# Exhibit E



US010691579B2

(12) **United States Patent**  (10) **Patent No.:**     **US 10,691,579 B2**

Poulin  (45) **Date of Patent:**         **Jun. 23, 2020**

(54) **SYSTEMS INCLUDING DEVICE AND NETWORK SIMULATION FOR MOBILE APPLICATION DEVELOPMENT**

(71) Applicant: **Wapp Tech Corp.**, Red Deer (CA)

(72) Inventor: **Donavan P. Poulin**, Kelowna (CA)

(73) Assignee: **WAPP TECH CORP.**, Alberta (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/083,186**

(22) Filed: **Mar. 28, 2016**

(65) **Prior Publication Data**

US 2016/0314060 A1     Oct. 27, 2016

**Related U.S. Application Data**

(60) Division of application No. 14/084,321, filed on Nov. 19, 2013, now Pat. No. 9,298,864, which is a division of application No. 12/705,913, filed on Feb. 15, 2010, now Pat. No. 8,589,140, which is a continuation-in-part of application No. 11/449,958, filed on Jun. 9, 2006, now Pat. No. 7,813,910.

(60) Provisional application No. 61/152,934, filed on Feb. 16, 2009, provisional application No. 60/689,101, filed on Jun. 10, 2005.

(51) **Int. Cl.**

| | |
|---|---|
| *G06F 9/455* | (2018.01) |
| *G06F 11/36* | (2006.01) |
| *G06F 8/71* | (2018.01) |
| *G06F 11/34* | (2006.01) |
| *G06F 30/33* | (2020.01) |
| *G06F 8/30* | (2018.01) |

(52) **U.S. Cl.**

CPC ............ *G06F 11/3664* (2013.01); *G06F 8/30* (2013.01); *G06F 8/71* (2013.01); *G06F 11/3457* (2013.01); *G06F 11/3668* (2013.01); *G06F 30/33* (2020.01); *G06F 9/455* (2013.01); *G06F 2201/86* (2013.01)

(58) **Field of Classification Search**

USPC .................... 703/2, 13, 22, 24, 27; 709/246

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,892,794 A | 4/1999 | Slegers | |
| 5,937,421 A | 8/1999 | Petrov et al. | |
| 6,389,384 B1 | 5/2002 | Hampshire et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2398456 | 8/2004 |
| GB | 2398457 | 8/2004 |

(Continued)

OTHER PUBLICATIONS

"A Simple MIDP Application", http://dsc.sun.com/mobility/midp/chapters/j2mewhite/chap04.pdf, Developing MI DP Applications, Chapter 4, Mar. 2002.

(Continued)

*Primary Examiner* — Thai Q Phan

(74) *Attorney, Agent, or Firm* — Sheridan Ross P.C.

(57) **ABSTRACT**

A system, method and software product emulate and profile an application playing on a mobile device. The mobile device is emulated using a model based upon characteristics related to performance of the mobile device. The application is played and monitored within the model to determine resource utilization of the application for the mobile device.

**36 Claims, 23 Drawing Sheets**



# US 10,691,579 B2

Page 2

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,393,437 B1 | 5/2002 | Zinda et al. | |
| 6,467,052 B1 | 10/2002 | Kaler et al. | |
| 6,477,483 B1 | 11/2002 | Scarlat et al. | |
| 6,560,564 B2 | 5/2003 | Scarlat et al. | |
| 6,708,293 B2 | 3/2004 | Kaler et al. | |
| 6,802,058 B2 | 10/2004 | Banavar et al. | |
| 7,047,176 B2 | 5/2006 | Klevans et al. | |
| 7,107,049 B2 | 9/2006 | Baberis et al. | |
| 7,313,772 B2 | 12/2007 | Hekmatpour et al. | |
| 7,339,891 B2 | 3/2008 | Binder et al. | |
| 7,508,868 B2 | 3/2009 | Chang | |
| 7,529,990 B2 | 5/2009 | Haggerty | |
| 7,546,298 B2 | 6/2009 | Poulin | |
| 7,613,453 B2 | 11/2009 | Hassan et al. | |
| 7,647,399 B2 | 1/2010 | Ofel | |
| 7,673,042 B2 | 3/2010 | Lesser | |
| 7,757,207 B2 | 7/2010 | Yan et al. | |
| 7,783,463 B2 | 8/2010 | Herro | |
| 7,813,910 B1 | 10/2010 | Poulin | |
| 7,877,230 B2 | 1/2011 | Ofel et al. | |
| 7,877,247 B2 | 1/2011 | Nahata et al. | |
| 8,086,904 B2 | 12/2011 | Goldstein et al. | |
| 8,108,201 B2 | 1/2012 | Ragnunath et al. | |
| 8,116,179 B2 | 2/2012 | Lewallen et al. | |
| 8,229,416 B2 * | 7/2012 | Akman | H04L 43/50 |
| | | | 455/419 |
| 8,255,876 B2 | 8/2012 | Drukman et al. | |
| 8,332,203 B1 | 12/2012 | Poulin | |
| 8,738,761 B2 | 5/2014 | Raisoni et al. | |
| 8,924,192 B1 | 12/2014 | Poulin | |
| 9,158,518 B2 | 10/2015 | Brown et al. | |
| 9,298,864 B2 | 3/2016 | Poulin | |
| 9,971,678 B2 | 5/2018 | Poulin | |
| 2001/0041973 A1 | 11/2001 | Abkowitz et al. | |
| 2002/0015382 A1 | 2/2002 | Houh | |
| 2002/0059054 A1 | 5/2002 | Bade et al. | |
| 2002/0077823 A1 | 6/2002 | Fox et al. | |
| 2002/0169591 A1 | 11/2002 | Ryzl | |
| 2002/0188713 A1 | 12/2002 | Bloch et al. | |
| 2003/0045298 A1 | 3/2003 | Linton et al. | |
| 2003/0139180 A1 * | 7/2003 | McIntosh | H04L 63/0853 |
| | | | 455/426.1 |
| 2003/0156549 A1 | 8/2003 | Binder et al. | |
| 2003/0163382 A1 | 8/2003 | Stefanik et al. | |
| 2003/0236657 A1 | 12/2003 | Ryzl | |
| 2004/0039975 A1 | 2/2004 | Kounik et al. | |
| 2004/0040010 A1 | 2/2004 | Kounik et al. | |
| 2004/0059562 A1 | 3/2004 | Bergman et al. | |
| 2004/0097237 A1 | 5/2004 | Aoyama | |
| 2004/0122645 A1 | 6/2004 | Shevenell et al. | |
| 2004/0128585 A1 | 7/2004 | Hind et al. | |
| 2004/0154016 A1 | 8/2004 | Randall | |
| 2005/0090239 A1 * | 4/2005 | Lee | H04M 1/72525 |
| | | | 455/418 |
| 2005/0090243 A1 | 4/2005 | El Husseini et al. | |
| 2005/0125211 A1 | 6/2005 | Nahata et al. | |
| 2005/0182611 A1 | 8/2005 | Sakamoto | |
| 2006/0009157 A1 | 1/2006 | Chiu | |
| 2006/0036941 A1 | 2/2006 | Neil | |
| 2006/0037002 A1 | 2/2006 | Vinberg et al. | |
| 2006/0041858 A1 | 2/2006 | Yan et al. | |
| 2006/0090136 A1 | 4/2006 | Miller | |
| 2006/0136191 A1 | 6/2006 | Irons | |
| 2006/0140125 A1 | 6/2006 | Ottinger et al. | |
| 2006/0205398 A1 | 9/2006 | Seckendorf et al. | |
| 2006/0223522 A1 | 10/2006 | Guo et al. | |
| 2006/0239198 A1 | 10/2006 | Mlinarsky et al. | |
| 2006/0277231 A1 | 12/2006 | Kral et al. | |
| 2006/0282247 A1 | 12/2006 | Brennan et al. | |
| 2007/0002753 A1 | 1/2007 | Bailey | |
| 2007/0005324 A1 | 1/2007 | Gong et al. | |
| 2007/0019769 A1 | 1/2007 | Green et al. | |
| 2007/0127426 A1 | 6/2007 | Watters et al. | |
| 2007/0142091 A1 | 6/2007 | Gasborro et al. | |
| 2007/0174490 A1 | 7/2007 | Choi et al. | |

| | | | |
|---|---|---|---|
| 2007/0288424 A1 | 12/2007 | Neil | |
| 2008/0313282 A1 | 12/2008 | Warila et al. | |
| 2009/0157811 A1 | 6/2009 | Bailor et al. | |
| 2009/0254330 A1 | 10/2009 | Goria | |
| 2010/0017185 A1 | 1/2010 | Bade et al. | |
| 2010/0075678 A1 * | 3/2010 | Akman | H04W 24/06 |
| | | | 455/436 |
| 2012/0129503 A1 | 5/2012 | Lindeman et al. | |
| 2018/0260315 A1 | 9/2018 | Poulin | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 99/63439 | 12/1999 |
| WO | WO 2005/053341 | 6/2005 |
| WO | WO 2006/089386 | 8/2006 |

### OTHER PUBLICATIONS

"Achieving Effective QoE in Networked Application and Infrastructure Before Deployment with Shunra's 'Virtual Enterprise'," Enterprise Management Associates, Mar. 2005, 6 pages.

"Agreement and Plan of Merger," Hewlett Packard Enterprise Company, Sep. 7, 2016, 121 pages.

"BlackBerry Java Development Environment Version 3.6," Research in Motion, Mar. 21, 2003, 248 pages.

"BlackBerry Simulator Version 3.6," Research in Motion, Apr. 10, 2003, 28 pages.

"Corporate Backgrounder," Shunra, Date Unknown, 2 pages.

"Creating a BREW Application from Scratch in Visual Studio 2005," Qualcomm, Apr. 28, 2006, 10 pages.

"Creating a BREW Application from Scratch," Qualcomm, Oct. 23, 2002, 49 pages.

"Creating BREW Applications Using Visual Studio .NET," Qualcomm, Mar. 11, 2003, 16 pages.

"Data Sheet: LoadRunner," Micro Focus, 2018, 5 pages.

"Dtrace User Guide," Sun Microsystems, 2006, 44 pages.

"EEMBC Benchmarks for the Java 2 Micro Edition J2ME Platform," EEMBC, May 2003, 5 pages.

"EPOC Emulator," Symbian, 1997, 14 pages.

"Getting Started", Openwave Systems, Inc, Jun. 2002, 24 pages.

"HP LoadRunner and HP Performance Center with Shunra Network Virtualization," Hewlett Packard Enterprise Company, Oct. 2013, 4 pages.

"HP Network Virtualization for Mobile," Hewlett Packard Enterprise Company, Mar. 2014, 4 pages.

"Interim Financial Statements for the Period from May 1, 2017 to Aug. 21, 2018," Micro Focus International PLC, 2018, 10 pages.

"J2ME Programming/MIDP Device Databases," Wikibooks, Apr. 28, 2010, 3 pages.

"Java Application Profiling using TPTP," International Business Machines Corp., Jul. 11, 2006, 12 pages.

"JBenchmark Homepage," JBenchmark, Feb. 10, 2005, 1 page.

"JBenchmark Mobile Java (J2ME) Performance Tools," JBenchmark, Feb. 5, 2005, 1 page.

"Macromedia FlashCast FAQ," 2006, 4 Pages.

"Mercury LoadRunner Tutorial, Version 8.1," Mercury, 2004, 137 pages.

"Microfocus International PLC Interim Results for the Six Months Ended Apr. 30, 2018," Micro Focus, Jul. 11, 2018, 52 pages.

"Microfocus International PLC Interim Results for the Six Months Ended Oct. 31, 2017," Micro Focus, Jan. 8, 2018, 68 pages.

"Motorola SDK iDEN Development and Runtime Utilities," Motorola, 2005, 106 pages.

"Native and Hybrid App Support," Micro Focus, Aug. 29, 2018, 5 pages.

"NetBeans IDE 4.1," NetBeans, May 2005, 49 pages.

"Network Computing Magazine Tests with Shunra Software's Preemptive Infrastructure Permacne Management Solutions," Business Wire, Apr. 28, 2003, 2 pages.

"Press Release: Mercury Announces Mercury Performance Center 8.1," Mercury, Oct. 10, 2005, 2 pages.

"Product Briefs," ADT Mag, Jun. 1, 2004, 6 pages.

**US 10,691,579 B2**

Page 3

(56)                **References Cited**

OTHER PUBLICATIONS

"Professional Flash Lite User Manual, 2nd Edition," Macromedia, Aug. 2003, 22 Pages.

"Record Scripts," Micro Focus, Aug. 29, 2018, 6 pages.

"*Seattle Spinco, Inc. and Entit Software LLC*, v. *Wapp Tech Limited Partnership and Wapp Tech Corp*., Complaint for Declaratory Judgment," United States District Court for the District of Delaware, Oct. 15, 2018, 34 pages.

"Series 60 Developer Platform: Debugging Software with Borland C++BuilderX," Nokia, Jan. 12, 2004, 27 pages.

"Shunra Network Tools and Sony Playstation 2," TMCNet, Jul. 28, 2004, 6 pages.

"Starting with BREW," Qualcomm, Apr. 27, 2004, 86 pages.

"StormRunner Load Help Center," Micro Focus, Feb. 1, 2018, 2 pages.

"The Network Connection", http://dsc.sun.com/mobility/midp/chapters/j2mewhite/chap13.pdf, The Generic Connection Framework, Chapter 13, Mar. 2002.

"The Shunra Virtual Enterprise Product Family," Shunra, 2004, 2 pages.

"United States Securities and Exchange Commission Form 8-K," Hewlett Packard Enterprise Company, Sep. 7, 2016, 9 pages.

"Unprocessed JBenchmark 2 Results," Jbenchmark, Feb. 4, 2005, 3 pages.

"User's Guide: Wireless Toolkit, Version 2.1 Java 2 Platform, Micro Edition," Sun Microsystems, Dec. 2003, 122 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp*., v. *Bank of America Corp*., Plaintiff's Opposition to Defendant's Motion to Stay," United States District Court for the Eastern District of Texas, Sherman Division, Oct. 31, 2018, 35 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp*., v. *Hewlett Packard Enterprise Co*., Plaintiff's Opposition to Defendant's Motion to Stay," United States District Court for the Eastern District of Texas, Sherman Division, Nov. 1, 2018, 48 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp*., v. *Micro Focus International PLC*, Plaintiff's Opposition to Defendant's Motion to Dismiss," United States District Court for the Eastern District of Texas, Sherman Division, Oct. 31, 2018, 69 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp*., v. *Micro Focus International PLC*, Plaintiff's Original Complaint," United States District Court for the Eastern District of Texas, Sherman Division, Jul. 2, 2018, 29 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp*., v. *Wells Fargo & Company*, Plaintiff's Opposition to Defendant's Motion to Stay," United States District Court for the Eastern District of Texas, Sherman Division, Oct. 31, 2018, 24 pages.

"Windows CE Development, Testing, and Tuning," Compuware NuMega, Date Unknown, 8 pages.

"Working with Emulators," Micro Focus, Aug. 29, 2018, 4 pages.

Adobe, "MAX Sneak Peeks", MAX 2005 Articles, Oct. 2005, 12 pages.

Adobe, "Unable to use a handset emulator to test Flash Lite content", Feb. 28, 2005, 1 page.

Adobe, FlashCast Add-in for Flash MX Professional 2004, 2009, 3 Pages.

Campbell, "Letter to Dr. TW Stevenson", Adobe Systems, Inc, Jan. 14, 2005, 2 Pages.

Compuware, "Windows CE Development, Testing and Tuning", Compuware NuMega, no date available.

De Herrera, "Windows Mobile 5.0 Emulator", Pocket PC FAQ, 2005, 9 pages.

Harrison, et al., "Appendix 4: Emulator Reference", Symbian OS for Mobile Phones, 2003, 15 pages.

Hewgill, "Copilot: Design and Development," Handheld Systems, May/Jun. 1998, 3 pages.

Kane Computing, LTD, , "Code Composer Studio Development Tools v3.1", Getting Started Guide, Texas Instruments, May 2005.

Kennedy, Storm STX-100 Box Profiles Your App Performance Under Variable Network Conditions, InfoWorld, Mar. 26, 2004, 5 pages.

Knudsen, "New Features in the J2ME Wireless Toolkit 1.0.4," Jun. 2002, 5 pages.

Li et al., "Beginning J2ME: From Novice to Professional, Third Edition," 2005, Apress, Berkeley, CA, 47 pages.

Lorimer, "Get Started Profiling Applications in Eclipse," EclipseZone, Oct. 13, 2005, 16 pages.

Maas, , "Using Palm OS Emulator", PalmSource, Mar. 2002, 238 pages.

Moore, "Wireless Apps Require Vigilant Monitoring," ComputerWorld, Aug. 18, 2000, 2 pages.

Morrison, "Day 3: Wireless Java with J2ME", InformIT, Jun. 17, 2001, 23 pages.

Morrison, "Getting to Know the J2ME Emulator", J2ME Emulator Essentials, Aug. 17, 2001.

Motorola, "iDEN Development and Runtime Utilities", Motorola, 2005.

Musich, "Shunras Network Modeling Tool Replicates WANs," eWeek, Apr. 28, 2005, 4 pages.

Nokia, "Release Note for Nokia's Series 60", Release Note for Nokia's Series 60, 2nd Edition SOK for Symbian OS Supporting Feature Pack 3, Jun. 17, 2005, 5 Pages.

NTT Docomo, "Flash Lite Authoring Guidelines for the i-mode Service", MX Professional 2004, 1st Edition, Mar. 2003, 48 Pages.

Pratschner, "Analyzing Device Application Performance with the .Net Compact Framework Remote Performance Monitor," Microsoft Developer, Apr. 17, 2005, 8 pages.

Rollin, "Palm OS Emulator 2.1/3.0," Palm Computing, Jul. 24, 1998, 35 pages.

Rollin, "The Palm OS Emulator," Handheld Systems, May/Jun. 1998, 6 pages.

Sarkar et al., "A Review of Simulation of Telecommunication Networks: Simulators, Classification, Comparison, Methodologies, and Recommendations," Journal of Selected Areas in telecommunications, Mar. 2011, pp. 10-17.

Satoh, "A Testing Framework for Mobile Computing Software", IEEE Computer Society, IEEE Transactions on Software Engineering; vol. 29 No. 12, Dec. 2003.

Sharma et al., "Network Simulators for Next Generation Networks: An Overview," International Journal of Mobile Network Communications & Telematics, vol. 4, No. 4, Aug. 2014, pp. 39-51.

Snyder, "How we tested Symantec's Mail Security 8100 Series applicance," Network World, Apr. 11, 2005, 2 pages.

Stevenson, "Code Composer Studio IDE v3 White Paper", Jul. 2004.

Sun Java System, "J2EE 1.4 Platform", NetBeans, May 2005.

Sun Microsystems, "J2ME Wireless Toolkit", User's Guide, Version 2.2, Oct. 2004.

Sun Microsystems, "White Paper on KVM and the Connected, Limited Device Configuration (CLDC)", J2ME Building Blocks for Mobile Devices, May 19, 2000.

Symbian, "EPOC Emulator", 1997.

Talbot, "Creating Flash Lite Applications", Adobe, 2006, 38 Pages.

Taylor, "AgentJ: Enabling Java for NS-2 Simulations of Distributed Network Applications," 2nd International Conference on Distributed Frameworks for Multimedia Applications, May 2006, 6 pages.

Taylor, Michael "J2ME IDE Comparison", Development Consulting Limited Version 1.1, Jun. 29, 2002.

Texas Instruments, "Code Composer Studio v3.0", Getting Started Guide, Sep. 2004.

Texas Instruments, "Code Composer Studio v5", Texas Instruments Embedded Processors Wiki, No date available.

Thinkvillage-Kiwi LLC, "Complaint and Demand for Jury Trial", Case No. CV 08-4166 JL, Sep. 1, 08, 12 Pages.

Vaughan, "Brave New Performance Management World," ADT Mag, Jan. 1, 2004, 5 pages.

Weinberg, "Shunra's Storm is a hardware-based network modeling tool that does a great job on the WAN," NetworkWorld, Nov. 2, 2004, 3 pages.

Yi et al., "World Performance: Help Device Developers Build Better Applications," Java World, Oct. 25, 2002, 17 pages.

Yuan, "Developing J2ME Applications with EclipseME", IBM, Nov. 30, 2004, 41 pages.

(56) **References Cited**

OTHER PUBLICATIONS

Official Action for U.S. Appl. No. 14/581,475, dated May 17, 2017, 12 pages.
Notice of Allowance for U.S. Appl. No. 14/581,475, dated Jan. 11, 2018, 5 pages.
Official Action for U.S. Appl. No. 13/673,692, dated Nov. 6, 2013, 6 pages.
Notice of Allowance for U.S. Appl. No. 13/673,692, dated Jul. 17, 2014, 5 pages.
Official Action for U.S. Appl. No. 12/759,543, dated Mar. 15, 2012, 7 pages.
Notice of Allowance for U.S. Appl. No. 12/759,543, dated Sep. 6, 2012, 5 pages.
Official Action for U.S. Appl. No. 11/449,958, dated Jun. 1, 2009, 10 pages.
Official Action for U.S. Appl. No. 11/449,958, dated Aug. 26, 2009, 10 pages.
Official Action for U.S. Appl. No. 11/449,958, dated Nov. 17, 2009, 11 pages.
Official Action for U.S. Appl. No. 11/449,958, dated Dec. 3, 2009, 11 pages.
Official Action for U.S. Appl. No. 11/449,958, dated Apr. 19, 2010, 11 pages.
Notice of Allowance for U.S. Appl. No. 11/449,958, dated Aug. 16, 2010, 4 pages.
Official Action for U.S. Appl. No. 15/979,330, dated Oct. 5, 2018, 9 pages.
"A Million Users in a Box: The WTS Story," Mobile Systems Verification Corporation, Date Unknown, 13 pages.
"About Mobile Systems Verification," Mobile Systems Verification Corporation, Feb. 11, 2002, 1 page.
"About MTS Tester Edition," mVerify Corporation, 2007, 2 pages.
"AppTest," Digia, Inc., 2003, retrieved from https://web.archive.org/web/20030610173449/http://digia.com:80/digia/devhome.nsf/pages/AppTest, 2 pages.
"Function: Getramfree()," Qualcommm Technologies Inc., 2010, retrieved from https://developer.brewmp.com/reference/api/brew-mp-102/function-getramfree, 2 pages.
"Gate II/MATE Overview," Ericsson Radio Systems, Date Unknown. 34 pages.
"Hotwire.com Selects Shunra Software to Proactively Ensure the Performance of its eCommerce Applications Over the Internet," Shunra Software Ltd., Nov. 8, 2004, retrieved from https://web.archive.org/web/20050405232409/http://www.shunra.com/newsroom/release/releaseDetail.php?r=38, 2 pages.
"How Shunra/Storm Works," Shunra Software Ltd., 2004, retrieved from https://web.archive.org/web/20040428035846/http://www.shunra.com:80/products/storm_sub/storm_2.php, 3 pages.
"IHEAP_GETMEMSTATS()," Qualcommm Technologies Inc., 2010, retrieved from https://developer.brewmp.com/reference/api/brew-mp-102/iheapgetmemstats, 2 pages.
"ISHELL_GETDEVICEINFO()," Qualcomm Technologies Inc., 2010, retrieved from https://developer.brewmp.com/reference/api/brew-mp-102/ishellgetdeviceinfo, 2 pages.
"Launch Configuration Settings," EclipseME, 2005, retrieved from https://web.archive.org/web/20050225034344/http://eclipseme.org/docs/refLaunchConfig.html, 4 pages.
"LG200 3G Load Generator," UbiNetics, 2002, retrieved from https://web.archive.org/web/20040224010205/http://www.ubinetics.com:80/product/product.asp?t ab=1&intId=14&s=S, 3 pages.
"Mate User Manual," Ericsson Radio Systems, 2001, 13 pages.
"Mercury LoadRunner—Features and Benefits," Mercury Interactive Corporation, 2004, retrieved from https://web.archive.org/web/20040529014436/http://www.mercury.com:80/us/products/performance-center/loadrunner/features.html, 1 page.
"Mercury LoadRunner—How It Works," Mercury Interactive Corporation, 2004, retrieved from https://web.archive.org/web/20040615191333/http://www.mercury.com/us/products/performance-center/loadrunnertworks.html, 1 page.
"MTS Road Map," mVerify Corporation, Sep. 8, 2006, 7 pages.

"MTS/LGS Logistics Solution," mVerify Corporation, 2006, 1 page.
"mVerify Solutions," mVerify Corporation, 2008, 3 pages.
"Nokia Developer's Suite for the Java 2 Platform, Micro Edition, Version 3.0 for Windows, User's Guide," Apr. 26, 2005, 105 pages.
"NXM Airlink Emulator," mVerify Corporation, Oct. 3, 2003, 5 pages.
"PacketStorm1800E/2600E IP Network Emulator," PacketStorm, Web Archive Dated Jun. 13, 2001, retrieved from https://web.archive.org/web/20010613092608/http://www.packetstorm.com:80/PacketStorm1800E.pdf, 39 pages.
"Products: Mercury LoadRunner for Automated Load Testing," Mercury Interactive Corporation, 2004, retrieved from https://web.archive.org/web/20040529014849/http://www.mercury.com/us/products/performance-center/loadrunner/, 1 page.
"Shunra Software delivers pre-emptive Infrastructure Performance Management," Shunra Software Ltd., 2004, retrieved from https://web.archive.org/web/20040815083936/http://www.shunra.com/products/cloud/image_cloud1.php, 1 page.
"Shunra Stratus 2.0 Shortens Development Lifecycle," International Developer, Jul. 5, 2004, retrieved from https://web.archive.org/web/20040625071924/http://www.intldeveloper.co.uk/news/general+news/shunra+stratus+2.0+shortens+development+lifecycl, 2 pages.
"Shunra Virtual Enterprise 4.0—Deliver It with Confidence," Shunra Software Ltd., 2006, 6 pages.
"Shunra/Cloud: Network Emulator for the Small Business Performance Lab," Shunra Software Ltd., 2004, retrieved from https://web.archive.org/web/20040603034347/http://www.shunra.com/products/cloud/cloud_1.php, 2 pages.
"Shunra/Storm Solution Suite: The Complete Enterprise Performance Lab," Shunra Software Ltd., 2004, retrieved from https://web.archive.org/web/20040220110254/http://www.shunra.com:80/products/storm/storm_1.php, 4 pages.
"Shunra/Storm: Bringing the Complete Enterprise Environment into Your Lab," Shunra Software Ltd., 2003, 7 pages.
"Shunra/Stratus 2.0 for Development Testing of Distributed Applications," Shunra Software Ltd., 2004, retrieved from https://web.archive.org/web/20040609052906/http://www.shunra.com/products/stratus/stratus_1.php, 3 pages.
"Shunra/Stratus: Performance Debugger for Distributed Applications," Shunra Software Ltd., 2004, retrieved from https://web.archive.org/web/20040405013310/http://www.shunra.com:80/products/stratus/stratus_1.php, 3 pages.
"Technology Briefing: Testing Complex Networks, Prepared for Lockheed-Martin," mVerify Corporation, Feb. 28, 2008, 25 pages.
"Testing Report: Shunra/Storm STX-100," CT Labs Testing Services, Oct. 2003, 9 pages.
"The Shunra Virtual Enterprise Architecture and Specifications," Shunra Software Ltd., 2004, retrieved from https://web.archive.org/web/20050403171105/http://www.shunra.com/products/Architecture.php, 4 pages.
"The Shunra Virtual Network (Desktop Edition)," Shunra Software Ltd., 2004, retrieved from https://web.archive.org/web/20050205135902/http://www.shunra.com/products/VirtualNetworkDesktop.php, 3 pages.
"The Shunra Virtual Network: Assess IT Services Over a Network Link," Shunra Software Ltd., Web Archive dated Mar. 7, 2005, 2 pages.
"Using the Brew MP 1.0.2 API Reference," Brew, 2019, retrieved from brewmp.com, 3932 pages. Submitted in Seven Parts.
"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Bank of America Corp.*, Defendant's P.R. 3-3 Invalidity Contentions," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 43 pages.
"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Bank of America Corp.*, Defendant's P.R. 3-3 invalidity Contentions: Appendix A," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 84 pages.
"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Bank of America Corp.*, Defendant's P.R. 3-3 Invalidity Contentions: Appendix B-1," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 1372 pages.
"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Bank of America Corp.*, Defendant's P.R. 3-3 Invalidity Contentions: Appen-

## US 10,691,579 B2

Page 5

(56)          **References Cited**

OTHER PUBLICATIONS

dix B-2," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 1917 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Bank of America Corp.*, Defendant's P.R. 3-3 Invalidity Contentions: Appendix B-3," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 1924 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Bank of America Corp.*, Defendant's P.R. 3-3 Invalidity Contentions: Appendix B-4," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 1993 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Bank of America Corp.*, Defendant's P.R. 3-3 Invalidity Contentions: Appendix B-5," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 491 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Bank of America Corp.*, Defendant's P.R. 3-3 Invalidity Contentions: Appendix C," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 11 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Seattle Spinco, Inc., et al.*, Defendants' P.R. 3-3- Invalidity Contentions," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 43 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Seattle Spinco, Inc., et al.*, Defendants' P.R. 3-3- Invalidity Contentions: Appendix A," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 84 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Seattle Spinco, Inc., et al.*, Defendants' P.R. 3-3- Invalidity Contentions: Appendix B-1," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 1372 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Seattle Spinco, Inc., et al.*, Defendants' P.R. 3-3- Invalidity Contentions: Appendix B-2," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 1917 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Seattle Spinco, Inc., et al.*, Defendants' P.R. 3-3- Invalidity Contentions: Appendix B-3," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 1924 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Seattle Spinco, Inc., et al.*, Defendants' P.R. 3-3- Invalidity Contentions: Appendix B-5," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 491 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Seattle Spinco, Inc., et al.*, Defendants' P.R. 3-3- Invalidity Contentions: Appendix C," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 11 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Wells Fargo & Company*, Defendant's P.R. 3-3 Invalidity Contentions," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 43 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Wells Fargo & Company*, Defendants' P.R. 3-3- Invalidity Contentions: Appendix A," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 84 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Wells Fargo & Company*, Defendants' P.R. 3-3- Invalidity Contentions: Appendix B-1," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 1372 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Wells Fargo & Company*, Defendants' P.R. 3-3- Invalidity Contentions: Appendix B-2," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 1917 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Wells Fargo & Company*, Defendants' P.R. 3-3- Invalidity Contentions: Appendix B-3," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 1924 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Wells Fargo & Company*, Defendants' P.R. 3-3- Invalidity Contentions:

Appendix B-4," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 1993 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Wells Fargo & Company*, Defendants' P.R. 3-3- Invalidity Contentions: Appendix B-5," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 491 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Wells Fargo & Company*, Defendants' P.R. 3-3- Invalidity Contentions: Appendix C," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 11 pages.

"*Wapp Tech Limited Partnership and Wapp Tech Corp.*, v. *Wells Fargo & Company*, Defendants' P.R. 3-3- Invalidity Contentions: Exhibits 1-28," United States District Court for the Eastern District of Texas, Sherman Division, Dec. 20, 2019, 4550 pages. Submitted in Ten Parts.

"Wind River Workbench Product Note," Wind River, Web Archive Dated Jan. 31, 2005, retrieved from https://web.archive.org/web/20050131042600/http:/www.windriver.com/products/development_tools/ide/wind_river_workbench/wr_workbench-pn.pdf, 22 pages.

Andersson, "Chapter 14: Testing the Wireless Applications," in "GPRS and 3G Wireless Applications: Professional Developers Guide, "John Wiley & Sons, Inc., New York, NY, 2001.

Andersson, "Mobile Internet—An industry-wide paradigm shift," Ericsson Review, No. 4, 1999, pp. 206-213.

Avvenuti et al., "Internet Emulation for Java Applications through Socket Factories," Proceedings of the 26th Annual International Computer Software and Applications Conference, 2002, 6 pages.

Binder et al., "Mobile Systems Verification Corporation Investor Presentation," Arch Venture Partners, Jan. 17, 2002, 48 pages.

Binder et al., "The Advanced Mobile Application Testing Environment," Mobile Systems Verification Corporation, 2003, 29 pages.

Binder, "Chicago Start-up Previews Next Generation Wireless Testing," Mobile Systems Verification Corporation, 2002, 1 page.

Bourgois et al., "Necessity of an Emulator to Validate New Resources Allocation Protocols," Institute of Electrical and Electronics Engineers VTS 53rd Vehicular Technology Conference, May 2001, pp. 3049-3052.

Caporuscio et al., "An Experience in Evaluating Publish/Subscribe Services in a Wireless Network," WOSP '02: Proceedings of the 3rd International Workshop on Software and Performance, Jul. 2002, pp. 128-133.

Carson et al., "Nist Net—A Linux-based Network Emulation Tool," ACM SIGCOMM Computer Communications Review, vol. 33, No. 3, Jul. 2003, pp. 111-126.

Combee et al., "Chapter 7: Debugging Web Clipping Applications," in "Palm OS Web Application Developer's Guide," Syngress Publishing, Rockland, MA, 2001, pp. 1-2, 195-222.

Davies et al., "A Network Emulator to Support the Development of Adaptive Applications," Proceedings of 2nd USENIX Symposium on Mobile and Location Independent Computing, Ann Arbor, U.S., Apr. 1995, 9 pages.

Davies et al., "Evaluating a location-based application: a hybrid test and simulation environment" Pervasive Computing, Jul. 2004, pp. 48-56.

Drogseth et al., "Delivering WAN-ready applications with Shunra," Network World, Oct. 11, 2004, 4 pages.

Dubie, "Shunra updates network simulation, profiling tool," Network World, Feb. 9, 2006, 3 pages.

Gayraud et al., "Two-Stage Wireless Network Emulation," in "Broadband Satellite Communication Systems and the Challenges of Mobility," IFIP TC6 Workshops on Broadband Satellite Communication Systems and Challenges of Mobility, World Computer Congress, Aug. 2004, pp. 181-190.

Hernandez et al., "Ramon: Rapid-Mobility Network Emulator," Proceedings of the 27th Annual IEEE Conference on Local Computer Networks, 2002, 9 pages.

Holland, "Wireless Network Emulation System (WiNE)," HRL Laboratories, LLC Mar. 30, 2005, 14 pages.

Jiang et al., "A Portable Real-time Emulator for Testing Multi-Radio MANETs," Proceedings of the 20th International Parallel and Distributed Processing Symposium, Apr. 2006, 18 pages.

**US 10,691,579 B2**

Page 6

(56)                **References Cited**

OTHER PUBLICATIONS

Jin et al., "Designing and Implementing of a Wireless Network Emulator," Canadian Conference on Electrical and Computer Engineering, May 2004, 5 pages.
Kennedy, "Shunra unleashes an enterprise testing Storm," InfoWorld, Mar. 26, 2004, 5 pages.
Kenny et al., "Methods and Apparatus for Collecting and Reporting Performance Parameters for a Wireless Device," U.S. Appl. No. 60/665,293, dated Mar. 25, 2005, 21 pages.
Kojo et al., "Seawind: A Wireless Network Emulator," 2001 Aachen International Multiconference on Measurement, Modelling, and Evaluation of Computer-Communication Systems, Sep. 2001, 19 pages.
Kral et al., "An Integrated Software Development and Porting System for Wireless Devices," U.S. Appl. No. 60/688,243, dated Jun. 6, 2005, 40 pages.
Mahesh et al., "Device Pack and Version Specific Brew Simulation Libraries," U.S. Appl. No. 60/520,047, dated Nov. 13, 2003, 29 pages.
Nikkarinen et al., "Cosime: Real-life Cellular Network on the Desktop," Proceedings of the Joint International Conference on Autonomic and Autonomous Systems and International Conference on Networking and Services, Oct. 2005, 8 pages.
Noble et al., "Trace-Based Mobile Network Emulation," Proceedings of ACM SIGCOMM, Sep. 1997, 11 pages.

Parkvall et al., "WCDMA evolved—High-speed packet-data services,"Ericsson Review, No. 2, 2003, pp. 56-65.
Patzschke, "Systems and Methods for Monitoring and Evaluating a Connectivity Device," U.S. Appl. No. 60/586,426, dated Jul. 8, 2004. 55 pages.
Rajeev et al., "Preferred Roaming List Tracer," U.S. Appl. No. 60/693,462 dated Jun. 23, 2005, 21 pages.
Reves et al., "Real-Time Demonstrator for QoS Testing in 3G/4G Mobile Networks with IP Multimedia Applications," The Fifth European Wirless Conference: Mobile and Wireless Systems Beyond 3G, accepted Nov. 20, 2003, 9 pages.
Rhodes et al., "Chapter 6: Memory Manager," in "Palm OS Programming: The Developer's Guide," O'Reilly & Associates, Inc., Sebastopol, CA, 2002, pp. 1-2, 171-247.
Rischpater, "Chapter 3: Developing for the Qualcomm Brew Platform," in "Software Development for the Qualcomm Brew Platform," Springer-Verlag, New York, NY, 2003, pp. 1-2, 33-62.
Satoh, "Software Testing for Wireless Mobile Computing," IEEE Wireless Communications, vol. 11. No. 5, Oct. 2004, pp. 58-64.
Teyeb et al., "Respect: A Real-time Emulator for Service Performance Evaluation of Celluar Networks," IEEE 62nd Vehicular Technology Conference, vol. 1, Sep. 2005, pp. 402-406.
Topley et al., "Chapter 9: J2ME Programming Environments," in "J2ME in a Nutshell: A Desktop Quick Reference," pp. 267-299.
Wells, "J2ME Game Programming," Premier Press, Boston, MA, pp. 1-2, 13-268.

* cited by examiner



**FIG. 1A**

U.S. Patent          Jun. 23, 2020          Sheet 2 of 23          US 10,691,579 B2



*FIG. 1B*



*FIG. 2*



**FIG. 3**



**FIG. 4**

500



FIG. 5



**FIG. 6**

U.S. Patent          Jun. 23, 2020          Sheet 7 of 23          US 10,691,579 B2

700



FIG. 7

U.S. Patent          Jun. 23, 2020          Sheet 8 of 23          US 10,691,579 B2



*FIG. 8*



**FIG. 9**



*FIG. 10*



*FIG. 11*

U.S. Patent       Jun. 23, 2020       Sheet 12 of 23       US 10,691,579 B2

1200



**FIG. 12**



FIG. 13



**FIG. 14**



**FIG. 15**



**FIG. 16**



**FIG. 17**



**FIG. 18**



*FIG. 19*



**FIG. 20**



FIG. 21

FIG. 22

FIG. 23



**FIG. 24**



**FIG. 25**



**FIG. 26**

US 10,691,579 B2

**1**

# SYSTEMS INCLUDING DEVICE AND NETWORK SIMULATION FOR MOBILE APPLICATION DEVELOPMENT

## RELATED APPLICATIONS

This application is a division of U.S. application Ser. No. 14/084,321, filed Nov. 19, 2013 (now U.S. Pat. No. 9,298, 864), which claims priority to U.S. application Ser. No. 12/705,913, filed Feb. 15, 2010 (now U.S. Pat. No. 8,589, 140), which claims priority to U.S. Application No. 61/152, 934, filed Feb. 16, 2009, and is a continuation-in-part of U.S. application Ser. No. 11/449,958, filed Jun. 9,2006 (now U.S. Pat. No. 7,813,910), which claims priority to U.S. Application No. 60/689,101, filed Jun. 10, 2005, all of which are incorporated herein by reference.

## BACKGROUND

It is estimated that the mobile market is evolving at five times the speed of the eCommerce market. It is estimated that nearly 700 million new mobile devices will be shipped in 2005, with a new handset model being launched every other day. This rapid mobile device development requires that applications designed to run on these mobile devices also sustain rapid development. Development systems targeted at one mobile device may become obsolete and possibly of little value to the developer at the time it is shipped as well as development life cycles.

Many new mobile devices include a display management engine called a Flash Player; one example of a Flash Player suitable for mobile devices is FlashLite from Macromedia. The Flash Player provides a common application platform for playing applications on the mobile devices and allows developers to develop applications that may be played on multiple mobile devices that include the Flash Player. Applications for mobile devices are typically developed on a personal computer (PC) or workstation and target one or more types of mobile device that include a Flash Player. These applications require real-time testing of the application on all applicable mobile devices. Each mobile device has a certain amount of resources, such as processor, memory, graphics and networking. A certain portion of these resources is available for use by the application when it is executed (i.e., run) on the mobile device. Although a Flash Player application may operate correctly on one mobile device model, it may crash when playing on a different mobile device model. For example, a NOKIA 6600 has a 16% reduction in ARM CPU speed and available memory resources compared to a NOKIA 7610, thus an application that plays correctly on the NOKIA 7610 may not play correctly on the NOKIA 6600 due to this drop in inherent resources.

Development packages (e.g., FlashMX by Macromedia) are available to run on a PC and allow development of Flash Player applications for one or more mobile devices. However, although these development packages may simulate operation of the application playing on the targeted mobile device, they do not determine if the application will play correctly on the targeted mobile device based upon resource usage. Currently, the only way to determine if an application plays on a particular mobile device is to transfer the application to the device and play it. During development of an application for a mobile device, an application author may transfer and play the application hundreds of times (development life cycles) on the targeted mobile device before identifying and correcting all system resource problems

**2**

within the application. Where an application is targeted to play on many types of mobile device, it must be transferred and tested on a mobile device representative of each targeted mobile device type. This transferring and testing process is time-consuming and therefore costly for the application author.

Furthermore, having accessibility to all available mobile devices in targeted geographical markets worldwide as well as real-time interaction with network operators to measure and emulate network characteristics within each market is presently not possible.

## SUMMARY OF THE INVENTION

In one embodiment, a method emulates and profiles an application playing on a mobile device that includes an application player. Characteristics defining performance of the mobile device are loaded. The mobile device is emulated using a model based upon the characteristics. The application is played and monitored within the model to determine resource utilization of the application for the mobile device.

In another embodiment, a method authors, emulates and profiles an application playing on a mobile device that includes an application player. An application development tool authors the application and the mobile device is emulated using a model based upon the characteristics. The application is played within the model and the model is monitored to determine resource utilization of the application for the selected mobile device.

In another embodiment, an environment is provided for authoring an application to play on a mobile device that includes an application player. The application is authored using an application development tool. Resource utilization of the application for the mobile device is estimated. The steps of authoring and estimating are repeated until the resource utilization is less than or equal to the resources available on the mobile device.

In another embodiment, an emulator profiles an application of a mobile device that includes an application player, including: means for generating a model of the mobile device based upon mobile device characteristics, and means for playing the application within the model to determine resource utilization of the application when played by the mobile device.

In another embodiment, a method determines whether a frame-based application of a mobile device is operable. Characteristics are downloaded over the Internet for one or more mobile devices to be emulated and the application for the mobile devices is tested, via the Internet, using an emulator to determine if the application is operable on the mobile device.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. **1**A shows one exemplary embodiment of a system for emulating, authoring and visually profiling a frame-based application playing on a mobile device that includes an application player.

FIG. **1**B shows one exemplary embodiment of the system of FIG. **1**A within a computer.

FIG. **2** is a block diagram illustrating detail of an emulator of the system of FIGS. **1**A and **1**B.

FIG. **3** is a display showing one exemplary frame-based profile graph.

FIG. **4** is a display showing the modeled mobile device of FIGS. **1**A and **1**B.

US 10,691,579 B2

**3**

FIG. **5** shows one exemplary window that includes the display of FIG. **3**, the display of FIG. **4** and an exemplary user interface.

FIG. **6** is a flowchart illustrating a method for modeling and profiling a frame-based application to play on a mobile device that includes an application player.

FIG. **7** is a flowchart illustrating one method for authoring, emulating and profiling a frame-based application to play on a mobile device that includes an application player.

FIG. **8** is a block diagram illustrating the emulator of FIG. **1** interacting with an operator development server via the Internet for simulating playing of the application within a mobile device connected to a wireless network.

FIGS. **9**, **10**, **11** and **12** show exemplary user interface screens for interacting with the emulator of FIG. **1** to configure and test operation of the application within the model of the mobile device when connected to a wireless network.

FIG. **13** is a flowchart illustrating one exemplary method for configuring network simulation.

FIG. **14** is a flowchart illustrating one method for determining whether a frame-based application of a mobile device is operable.

FIG. **15** shows one exemplary authoring environment for emulating and profiling running of a frame-based application on multiple mobile devices.

FIG. **16** shows one exemplary development scenario illustrating an authoring environment connecting to a development server to retrieve and utilize one or more network models and one or more device models.

FIG. **17** shows one exemplary para-authoring environment wherein two application authoring environments cooperate to develop a frame-based application for a mobile device.

FIG. **18** shows one exemplary para-authoring system illustrating presence and social interaction between three authoring environments.

FIG. **19** shows one exemplary para-authoring system wherein a frame-based application is developed across three cooperating authoring environments.

FIG. **20** shows the para-authoring system of FIG. **19** wherein the authoring environment includes the emulator and the network simulator to host emulation of the application.

FIG. **21** shows an exemplary display illustrating profiled data that combines CPU, memory, graphics, and network utilization;

FIG. **22** shows an exemplary display illustrating profiled data for CPU utilization;

FIG. **23** shows an exemplary display illustrating profiled data for memory utilization;

FIG. **24** shows an exemplary display illustrating profiled data for graphic resource utilization;

FIG. **25** shows an exemplary display illustrating profiled data for network resource utilization; and

FIG. **26** shows an exemplary screen illustrating profiled data for total system resource utilization.

DETAILED DESCRIPTION OF THE FIGURES

When developing a software program, a software developer often utilizes a software profiler to generate a report on the amount of time a processor spends in each routine of the software program during execution. The report may be used to find and optimize resource intensive areas of the software program. Some profiling modes report units other than time (such as call counts) and/or report at granularities other than

**4**

per-routine. In the following description and examples, the term profiler may refer to a utility or function that determines or estimates mobile device resource utilization by an application running on that mobile device. For example, resource utilization may be determined for each output frame of a running frame-based application and displayed as a percentage of available resources for a particular mobile device.

FIG. **1A** shows one exemplary embodiment of a system **100** for emulating and profiling a frame-based application **104** playing on a mobile device **114** that includes an application player **116**. System **100** is shown with an emulator **101** and a profiler **106**. Emulator **101** generates a mobile device model **102**, based upon characteristics **115** of mobile device **114**. Model **102** emulates mobile device **114** to play frame-based application **104** and may, for example, generate an emulated mobile device display **111** that represents mobile device **114**. Emulated mobile device display **111** may be interactive to allow a user to interact (in a manner similar to interacting with mobile device **114**) with application **104** while playing within model **102**.

Mobile device **114** provides resources, such as processor resources, memory resources, graphic resources and networking resources, for use by application **104** when played within application player **116**. Processor resources available for running application **104** may be defined as a percentage of total processing resources of mobile device **114**; memory resources may be defined as a percentage of total memory within mobile device **114**; graphic resources may be defined as a percentage of total graphical resources of mobile device **114**; and networking resources may be defined as a percentage of total networking resources of mobile device **114**. In one example, 40% of a processor resource within a mobile device is available for running application **104**, indicating that application **104** may not exceed 40% of the available instruction cycles of the processor without potentially 'crashing' the mobile device.

Profiler **106** monitors playing of frame-based application **104** within model **102** to estimate resource usage of application **104** and generates a profile data display window **110**. Profile data display window **110** allows a user of system **100** to identify areas within application **104** that would exceed resources of mobile device **114**.

Application **104** may be developed using a frame-based application development tool **112** (indicated in dashed outline). Frame-based application development tool **112** may, for example, represent Flash MX or Studio 8 from Macromedia (now Adobe Systems) and application **104** may represent a Flash application. Once the user of system **100** has verified that the execution of application **104** does not exceed resources of mobile device **114**, development tool **112** can be instructed to publish application **104** to mobile device **114**, as shown.

In one example of operation, development tool **112** is used to develop frame-based application **104**. Application **104** is transferred to emulator **101** for playing within mobile device model **102** to estimate resource usage of application **104** when played on mobile device **114**. Upon playing application **104** within model **102**, emulator **101** utilizes profiler **106** to determine resource utilization of application **104** based upon mobile device characteristics **115**.

In one embodiment, emulator **101** is integrated with development tool **112** to form an authoring environment **122** that facilitates development and testing of application **104** without the need to continually load application **104** into mobile device **114**.

US 10,691,579 B2

5

In another embodiment, emulator **101** is an add-in module that may be configured to operate within development tool **112**.

Mobile device **114** is shown with application player **116**, display **118** and input keys **120**. In one embodiment, application player **116** is Flash Lite from Macromedia (Adobe Systems). Mobile device **114** may, for example, represent one of: a cell phone, a personal digital assistant (PDA), an interactive home appliances and other such devices. In one example, display **118** represents a color liquid crystal display (LCD) device for displaying text and images to a user of mobile device **114** and input keys **120** represent buttons that allow the user to interact with mobile device **114**.

FIG. 1B shows one exemplary embodiment of system **100** within a computer **130**. Computer **130** includes memory **132**, storage **134** and a processor **136**. Memory **132** is for example random access memory (RAM) and storage **134** is for example a disk drive or other non-volatile storage media.

Storage **134** is shown with emulator **101**, mobile device characteristics **115** and application **104**. Storage **134** may also include development tool **112**, if desired, for developing application **104**. Emulator **101** includes model algorithms **148** and profiler **106**. Model algorithms **148** represent one or more algorithms that operate to generate mobile device model **102** to emulate mobile device **114** while executing application **104**. Specifically, model algorithms **148** define operation of mobile device **114** based upon mobile device characteristics **115**.

TABLE 1

| Mobile Device Characteristics | |
|---|---|
| Parameter | Value |
| Name | NOKIA 3650 |
| Processor | ARM 4T |
| Processor Speed | 104 MHz |
| Storage Access | 5.88 |
| Speed | files/second |
| RAM Size | 256 MB |
| Storage Size | 512 MB |
| Display Width | 256 |
| Display Height | 394 |
| Pixel Depth | 24 |
| Processor Availability | 60% |
| RAM Availability | 60% |
| Storage Availability | 40% |

Table 1 Mobile Device Characteristics', shows exemplary characteristics that may be used to specify hardware attributes and performance of model **102** to emulate mobile device **114**. For example, in Table 1, the characteristics have the following meaning: 'Processor' specifies the type of the processor in mobile device **114**; 'Processor Speed' specifies the clocked speed of the processor within mobile device **114**; 'Storage Access Speed' specifies the rate at which data can be moved from storage to memory and/or screen within mobile device **114**; 'RAM Size' specifies the size of the RAM in mobile device **114**; 'Storage Size' specifies the size of the non-volatile memory in mobile device **114**; 'Display Width' specifies the number horizontal pixels on display **118** of mobile device **114**; 'Display Height' specifies the number of vertical pixels of display **118**; 'Pixel Depth' specifies the number of bits per pixel (e.g., the color depth) of display **118**; 'Processor Availability' specifies the percentage of processing resource available for use by applications (e.g., where mobile device **114** represents a cell phone, the phone has to maintain 'phone' operations while running any applications, thus there may only be a portion of the maximum

6

processing resource available to applications); 'RAM Availability' specifies the percentage of RAM available to applications; and 'Storage Availability' specifies the percentage of non-volatile storage space available to applications.

Table 1 may be represented as a data structure (e.g., shown as mobile device characteristics **115** within storage **134**) and may be stored in a file (not shown) or a database (not shown) within storage **134**, or stored remotely (e.g., on operator development server **808**, FIG. **8**, for download into authoring environment **122** as necessary). System **100** may include mobile device characteristics (e.g., mobile device characteristics **115**) for multiple devices (e.g., mobile device **114**). For example, characteristics **115** may be included for each mobile device type targeted by application **104**. A user of system **100** may then select one or more target mobile devices from a list based upon available characteristics **115**. As appreciated, additional or fewer characteristics may be included within characteristics **115** to specify hardware attributes and performance of mobile device **114** without departing from the scope hereof.

As new mobile device types are created, additional mobile device characteristics **115** may be easily created to specify hardware attributes and performance of the new device types, allowing application development to start before a physical mobile device is available. For example, if a company introduces a new series of six mobile phone handsets, six additional sets of mobile device characteristics **115** may be created based upon measured (e.g., by running benchmarks on the new handsets or prototype) or determined (e.g., by estimating performance based upon previous models) performance thereby allowing emulation and evaluation of applications targeting these new devices.

In one embodiment, mobile device characteristics **115** may be supplied with a device model specific to one mobile device. For example, a manufacturer may supply a combined device model and characteristics for each mobile device **114**. Emulator **101** may then utilize the combined device model as device model **102**.

In one example, computer **130** may include an interface (not shown) that provides communication with mobile device **114** via one or more of: USB, Ethernet, infra-red, Bluetooth, WiFi and other similar communication media. This interface may, for example, allow application **104** to be deployed on mobile device **114** for final testing of application **104**.

In one example of operation, processor **136** loads at least part of emulator **101** into memory **132** for execution. Emulator **101** then generates mobile device model **102**, based upon characteristics **115**, within memory **132**. Emulator **101** then loads and plays application **104** within model **102**. In all embodiments described herein, it is to be noted that emulation is performed on a processor extrinsic to the mobile device being emulated. Emulator **101** may load all or part of profiler **106** into memory **132** to monitor resources and/or performance of application **104** within model **102**. Specifically, as application **104** is played (i.e., utilizing an application player **154**) within model **102**, profiler **106** monitors and records, as profiled data **152**, resources utilized by application **104**. Profiled data **152** may be stored (as shown in dashed outline) within storage **134** and/or displayed as profile data display window **110** on display **140** of terminal **138**. In particular, profile data display **110** may be used to identify areas within application **104** whereupon playing of application **104** within mobile device **114**, performance of mobile device **114** would be stressed. Thus, areas where failure may occur within application **104** may be identified prior to running application **104** on mobile device **114**. For

US 10,691,579 B2

**7**

example, emulator **101** may display all or part of profiled data **152** on display **140** to facilitate development of application **104**.

FIG. **2** is a block diagram illustrating emulator **101** of FIGS. 1A and 1B in further detail. In particular, profiler **106**, within emulator **101**, is shown with a processor profile module **202**, a memory profile module **204**, a graphic profile module **206** and a system profile module **208**. Processor profile module **202** may, for example, estimate processor utilization of application **104** within model **102**. Memory profile module **204** may, for example, estimate memory utilization by application **104** within model **102**. Graphic profile module **206** may, for example, estimate utilization of 30 fill rate and 30 polygon count of application **104** within model **102**. System profile module **208** may, for example, determine overall system utilization of application **104** within model **102**. More or fewer profile modules may be included within profiler **106** without departing from the scope hereof.

Device model **102**, within emulator **101**, has a modeled display **210**, a modeled processor **212**, modeled input keys **214**, modeled memory **216** and modeled non-volatile storage **218**. In this example, modeled display **210** represents display **118** of mobile device **114**, FIG. **1**, processor **212** represents a processor (not shown) of mobile device **114**, modeled input keys **214** represent input keys **120** of mobile device **114**, modeled memory **216** represents memory (e.g., RAM) of mobile device **114** and modeled non-volatile storage **218** represents non-volatile storage (e.g., flash memory, disk drive storage) of mobile device **114**. Fewer or more elements and/or components of mobile device **114** may be modeled within device model **102** without departing from the scope hereof.

Modeled non-volatile storage **218** is shown with application player **154** that may be the same as, or similar to, application player **116**, FIG. **1**. In one example, application player **154** has similar operation to application player **116**, but includes modifications that facilitate monitoring of application **104** within model **102** by profiler **106**.

Flash applications are based upon a timeline of frames that may include graphical information and action scripts, FS Commands, network protocols, selected frame rate, etc. Application player **116** within mobile device **114** thus operates upon a time line of frames within application **104** to provide graphical displays (e.g., animations, rich media content) upon display **118**. Accordingly, profiled data **152** may also be based upon the timeline and frames of application **104** and displayed (e.g., via profile data display window **110**) as resource utilization related to one or more of: timeline, frames and processing performance of action scripts.

In FIG. **2**, application **104** is shown with a timeline **222** that includes frames **223**. Each frame of frames **223** may include graphics and/or action scripts that generate the graphical image for display. For example, an action script may reference one or more graphic files (e.g., movie file **224**) to provide graphical images for emulated mobile device display **111**. Where each frame of frames **223** includes multiple graphic elements and/or action scripts that involve image manipulation (e.g., retrieving data from non-volatile storage, avatar manipulations, animations, etc.), each frame may require differing resources in order to display correctly. For example, where a frame includes Avatar (e.g., an animated character) manipulation, a certain amount of processor resource is required, whereas a frame that is based upon movie file **224** may simply require data transfer time. If mobile device **114** has insufficient processor

**8**

resources (e.g., because the animation is too complex for the targeted mobile device), application **104** may crash (i.e., cease to function correctly). Thus, it is important to determine the 'stress' applied by application **104** to resources of mobile device **114**.

In one example of operation, application player **154** plays application **104** within model **102**. In particular, player **154** processes frames **223** of application **104** based upon ordering of frames **223** within timeline **222**. One or more profile modules **202**, **204**, **206** and **208** within profiler **106** monitor resource utilization of each frame, storing results as profiled data **152**. Profiled data **152** is then displayed as profile data display window **110** on display **140** for review by the user. Profiled data **152** may be displayed in real time as application **104** is played within model **102**. Alternatively, the user may scroll through profiled data **152** as desired by interacting with profile data display **110**. Alternatively, profiled data **152** may be output as a report (not shown). The user interacts with emulated mobile device display **111** to control application **104** as if application were running on mobile device **114**.

FIG. **3** shows one exemplary profile data display window **110** showing a frame-based display of profiled data **152**, FIG. 1B, determined by processor profile module **202**. In particular, profile window **110** is shown with a time line **302** that represents timeline **222** of application **104**. In this example, each bar **304** indicates processor resource utilization for each of certain frames **223** of application **104**. In each embodiment of the present system described herein, each bar may, alternatively, represent a particular point or period in time during the execution of an application **104** which is non-frame-based. During play of application **104** within model **102**, a current position indicator **306** shows the frame (i.e., frame **1** in this example) currently displayed by emulated mobile device display **111** (see FIG. **4**). A capacity line **308** (capout line) indicates the maximum processor resource available to application **104**. Where bars **304** rise above capacity line **308** at locations **310**, resource utilization for indicated frames of application **104** exceed the available processor resources of mobile device **114**; thus application **104** may 'capout' or crash when playing those frames. Profile window **110** displays per-frame (or point-in-time) processor resource utilization of application **104**, thereby facilitating assessment of stresses applied to mobile device **114** when playing application **104**. Where the number of frames **223** of application **104** exceeds the display capacity of profile window **110**, a scroll bar **312** allows the user to scroll through bars **304** for application **104**.

Other profile modules **204**, **206** and **208**, may have similar displays that indicate resource utilization during playing of application **104** within model **102**, thereby estimating resource utilization of application **104** when played within mobile device **114**.

FIG. **4** shows one exemplary display **400** generated from device model **102** within emulator **101**, FIG. **1**. In particular, display **400** shows an image (e.g., generated from a bitmap of mobile device **114**) of mobile device **114** with a display area **402** and input keys **404**. Display **400** allows the user to see and interact with an application running within device model **102**. For example, display area **402** may represent display **118** of mobile device **114** and input keys **404** may represent input keys **120** of mobile device **114**.

FIG. **5** shows an exemplary window **500** that includes profile window **110** of FIG. **3** and display **400** of FIG. **4** and an exemplary user interface. In particular, window **500** shows selection of a mobile device (i.e., NOKIA 3650 in this example) from a pull-down list **502** that results in display of

**9**

characteristics **504** of the selected mobile device in system information window **506**. Characteristics **504** may represent characteristics **115** of FIG. **1**A, for example. System information window **506** may contain information related to system resource utilization with respect to the handset CPU and memory, the executing application, and network and various system resources. Window **500** facilitates interaction with model **102** through display **400** and monitoring of resource utilization of application **104** through profile window **110**. Furthermore, pull-down list **502** allows easy selection of further mobile devices upon which application **104** is to be profiled.

FIG. **6** is a flowchart illustrating a method **600** for modeling and profiling an application playing on a mobile device that includes an application player. Method **600** may, for example, be implemented within emulator **101**.

In step **602**, method **600** loads characteristics defining hardware attributes and performance of the mobile device. In one example of step **602**, a user of window **500** selects a mobile device using pull-down list **502** and emulator **101** loads mobile device characteristics **115** into memory **132**.

In step **604**, method **600** emulates the mobile device using a model based upon the characteristics. In one example of step **604**, emulator **101** generates device model **102** based upon mobile device characteristics **115**.

In step **606**, method **600** loads the application into the model. In one example of step **606**, emulator **101** loads application **104** into device model **102**.

In step **608**, method **600** plays the application within the model. In one example of step **608**, emulator **101** plays application **104** within model **102**.

In step **610**, method **600** monitors the application playing in the model to determine resource utilization of the application for the mobile device. In one example of step **610**, emulator **101** utilizes profiler **106** to monitor application **104** playing within model **102** to determine profiled data **152**.

In step **612**, method **600** displays the resource utilization information. In one example of step **612**, emulator **101** displays all or part of profiled data **152** as frame-based profile data display window **110** on display **140**.

FIG. **7** is a flowchart illustrating one method **700** for authoring, emulating and profiling an application to play on a mobile device that includes an application player. Method **700** may be implemented within emulator **101**, for example.

In step **702**, method **700** receives instructions for authoring an application for a mobile device. In one example of step **702**, a user interacts with frame-based application development tool **112** to author application **104**.

In step **704**, method **700** plays the application within an emulation of the mobile device. In one example of step **704**, emulator **101** generates model **102** based upon characteristics **115** of mobile device **114** and then loads and plays application **104** within model **102**.

In step **706**, method **700** determines resource utilization of the playing application. In one example of step **706**, emulator **101** utilizes one or more profile modules **202**, **204**, **206** and **208** of profiler **106** to determine resource utilization of application **104** within model **102** and stores the resource utilization information as profiled data **152**.

In step **708**, method **700** evaluates resource utilization in view of characteristics of the mobile device. In one example of step **708**, emulator **101** evaluates profiled data **152** to determine, based upon characteristics **115**, if resource utilization is within available resources of mobile device **114**.

Step **710** is a decision. If in step **710**, method **700** determines that the resource utilization of step **708** is within

**10**

available resources of mobile device **114** (i.e., OK), method **700** continues with step **714**; otherwise method **700** continues with step **712**.

In step **712**, method **700** receives instructions for authoring the application to resolve resource issues. In one example of step **712**, the user modifies application **104**, based upon determined resource utilization of step **708**, using development tool **112**. Method **700** continues with step **704**. Steps **704** though **712** thus repeat until the estimated resources requirement of the application is within available resources of the mobile device.

Step **714** is optional and is particularly suited for testing applications (e.g., application **104**) running on a mobile device (e.g., mobile device **114**) that is a mobile phone. In step **714**, emulator **101** interacts with one or more operator development servers (e.g., operator development server **808**, FIG. **8**) to configure device model **102** for simulated network operation to allow testing of application **104** within a simulated wireless network environment (e.g., a simulated mobile phone wireless network environment). Simulated network operation is described in further detail below and shown in FIGS. **8** though **13**.

In step **716**, method **700** transfers the application to the mobile device. In one example of step **716**, emulator **101** instructs development tool **112** to publish application **104** to mobile device **114**.

FIG. **8** is a block diagram illustrating interaction of emulator **101** with an operator development server **808** via Internet **822** for simulating playing of application **104** within a mobile device connected to a wireless network (e.g., a mobile phone wireless network). FIGS. **9**, **10**, **11** and **12** show exemplary windows that allow a user to interact with emulator **101** for configuring and testing operation of application **104** within model **102** when simulating connection to a wireless network. FIGS. **8**, **9**, **10**, **11** and **12** are best viewed together with the following description.

Emulator **101** is shown with an operator interface **802** that interacts with operator development server **808** via Internet **822**. Internet **822** may, for example, represent the world wide web (WWW), an Intranet or any fixed or wireless server connection. Operator development server **808** is shown with a simulator **810**, characteristic data **815** and model data **820**. Model data **820** may, for example, represent live network profiles. To facilitate connection to operator development server **808**, a user of emulator **101** purchases a subscription from a provider of operator development server **808** (or from a third party) that allows emulator **101** to connect to operator development server **808** via Internet **822**. Upon connection to operator development server **808**, emulator **101** may download characteristic data **815** from operator development server **808** for one or more mobile device types supported by operator development server **808** (i.e., supported by the operator's wireless network). Characteristic data **815** may, for example, represent mobile device characteristics **115** of FIG. **1**. Further, emulator **101** may download additional model data **820** for use within device model **102** for increasing simulated functionality of model **102** (e.g., simulating additional handset functionality and/or network functionality). The user of emulator **101** may, for example, purchase model data **820** for additional mobile device types as they become available, thereby allowing emulator **101** to include modeling capability for a new pre-release mobile device, scheduled release mobile device and current mobile devices. Alternatively, the use of characteristic data **815** and model data **820** may be included within a monthly subscription fee, thereby allowing the user to author applications for new mobile devices (e.g., new

US 10,691,579 B2

**11**

mobile phone models and live mobile profiles) provided by an operator (e.g., mobile phone wireless network operator).

In one example of operation, emulator **101** downloads a network simulator interface **804** from operator development server **808** into device model **102** as shown in FIG. **8**. Network simulator interface **804** includes functionality that allows device model **102** to communicate with simulator **810** to simulate connectivity of mobile device **114** with a wireless network. Specifically, network simulator interface **804** within model **102** interacts with data provider **812** and event generator **814** to determine resource utilization resulting from network interaction with model **102**. Thus, as application **104** plays within model **102**, the effects of mobile device **114** interacting with a wireless network are simulated such that frame-based profile data display window **110** shows resource utilization that includes the live or scripted effects of interaction with the wireless network. In one embodiment, capacity line **308** in profile data display window **110** is dynamically modified to show actual resource availability to application **104** resulting from resource utilization by simulated wireless network activity within device model **102**. For example, if a message is received and/or retrieved by model **102** while playing application **104**, certain resources are required to handle the received message, and therefore available resources for application **104** is reduced accordingly.

Simulator **810** is shown with a data provider **812** and an event generator **814**. Data provider **812** may, for example, simulate data transfers within a wireless network. For example, the data transfer may be cased upon a certain bandwidth associated with the wireless network. Event generator **814** may, for example, generate certain events (e.g., incoming calls, incoming text messages, etc) that occur within a wireless network. Simulator **810**, using data provider **812** and event generator **814**, thus interacts with network simulator interface **804** to model operation of a wireless network (e.g., a mobile phone network).

Operator interface **802** may interact with multiple operator development servers **808** to facilitate testing of application **104** with many operators' networks. As appreciated, where application **104** is designed to function on multiple mobile devices operating on wireless networks worldwide, operator network simulation removes the burden of traveling to operator network locations from application developers, since application operation on a mobile device connected to a network may be simulated by emulator **101** and thus measured back against the authoring environment.

FIG. **9** shows one exemplary window **900** for selecting operator networks based upon a desired geographic location. Window **900** shows a menu item **902** that, upon selection by the user, displays a world map **904** that allows the user to select a geographical region in which mobile device **114** is to operate. For example, window **900** shows a mouse pointer **906** selecting the United Kingdom, resulting in a sub-map display **908** of the selected location showing available wireless networks **910**. Sub-map display **908** is, for example a 'mouse-over' event. Upon selection of the location, world map **904** is replaced by sub-map **908** of the selected location and a pull-down list **1004** of available operators within that location as shown in window **1000**, FIG. **10**. Alternatively, the use may select menu item **1002** to display pull-down list **1004**.

Upon selection of an operator within pull-down list **1004**, emulator **101** displays a pull-down list **1104** of mobile devices supported by the selected operator, as shown in window **1100** of FIG. **11**. Alternatively, the use may select the menu item **1102** to display list **1104**. Upon selection of

**12**

a mobile device from list **1104**, window **1200**, FIG. **12**, is displayed to allow the user to select desired network characteristics for simulation.

Window **1200** shows a pull-down list **1202** of network characteristics that may be simulated by simulator **810**. For example, simulator **810** may allow control of scripted events (e.g., cell tower identification, service message, bandwidth, etc.), consumer events (e.g., checking email, checking messages, browsing network, available minutes, selecting images, etc.) and incoming events (e.g., phone calls, WAP Messages, receiving MMS, receiving SMS, etc.). Based upon selection from list **1202**, a second list may be presented to allow further simulation requirements to be entered. In the example of window **1200**, consumer events entry of list **1202** was selected, resulting in display of pull-down list **1204** from which check messages was selected resulting in the display of pull-down list **1206**. In this example, the user may select 'send message' from list **1206** to evaluate the performance of application **104** while a message is received from the network.

In one embodiment, maps **904**, **908** and lists **1004**, **1104**, **1202**, **1204** and **1206** are based upon information received by operator interface **802** from one or more operator development servers **808**. Thus, functionality of model **102** and selectable simulations of simulator **810** may be easily updated by the operator as new mobile devices are created without requiring updates to software of emulator **101**.

Optionally, the user may select menu item **901**, FIG. **9**, to immediately locate, download and import modeling characteristics into emulator **101**. These characteristics may be stored within storage **134** of computer **130**, FIG. 1B.

FIG. **13** is a flowchart illustrating one exemplary method **1300** for configuring wireless network simulation.

In step **1302**, method **1300** selects a geographic location of the wireless network. In one example of step **1302**, emulator **101** displays window **900** and the user selects the United Kingdom as the wireless network location.

In step **1304**, method **1300** selects a network operator from within the selected location. In one example of step **1304**, emulator **101** displays window **1000** including pull-down list **1004** of network operators within the location selected in step **1302**.

In step **1306**, method **1300** connects to the selected network operator's development server. In one example of step **1306**, emulator **101** utilizes operator interface **802** to connect to operator development server **808** based upon the operator selected in step **1304**.

In step **1308**, method **1300** downloads a list of mobile devices supported by the simulator of the operator selected in step **1304**. In one example of step **1308**, emulator **101** downloads characteristic data **815** from server **808** to determine mobile devices supported by simulator **810** and populates list **1104** of window **1100**. Of note, an operator may add functionality to simulator **810** based upon a new mobile device prior to supporting the device within the operator's wireless network, thereby encouraging development of applications for the new device before its launch, increasing operator and/or author revenues.

In step **1310**, method **1300** selects a mobile device from the list of supported mobile devices. In one example of step **1310**, the user selects a mobile device for emulation from list **1104** of window **1100**. In another example, where the user has already selected a mobile device from pull-down list **502**, emulator **101** automatically selects the same device, if available, from list **1104**.

In step **1312**, method **1300** downloads a network simulator interface for the selected mobile device. In one

US 10,691,579 B2

**13**

example of step **1312**, emulator **101** instructs operator interface **802** to download network simulator interface **804** from server **808**.

In step **1314**, method **1300** loads the network simulator interface into the mobile device model. In one example if step **1314**, emulator **101** loads network simulator interface **804** into model **102**.

In step **1316**, method **1300** selects network characteristics to simulate. In one example of step **1316**, the user utilizes lists **1202**, **1204** and **1206** of window **1200** to specify network characteristics for simulation by simulator **810**.

In step **1318**, method **1300** models the application running within a mobile device connected to a wireless network. In one example of step **1318**, model **102** interacts with simulator **810** via network simulator interface **804** and internet **822** while playing application **104** and displaying profile window **110**.

In one embodiment, the user may purchase and download simulator **810** from operator development server **808** to facilitate local simulation of the wireless network (i.e., without utilizing Internet **822**). In this embodiment, simulator **810** may operate within emulator **101**, within authoring environment **122** or within computer **130** to provide interaction with model **102**.

Emulator **101** may utilize operator interface **802** to interact with one or more operator development servers **808** to download characteristics (e.g., characteristic data **815**) and modeling data (e.g., model data **820**) for generating mobile device model **102**. As new mobile devices are made available, each application author (i.e., user) is able to download these modeling characteristics and test applications for the new mobile device. As mobile devices become more sophisticated and include additional hardware and functionality, emulator **101**, though a subscription service with an operator, for example, may download this additional functionality for use in model **102**. These characteristics (e.g., characteristic data **815**) may include bitmaps, characteristics handset profiles, modeling algorithms, complete mobile device models, bandwidths etc. thereby automatically updating functionality of authoring environment **122**. Wireless network operators participate by updating their development servers (e.g., development servers **808**) to provide the latest emulation information and functionality for each supported mobile device (e.g., mobile phone handset) and by updating their network simulators (e.g., simulator **810**) to include functionality and/or proposed functionality of their wireless networks.

Application authors (e.g., users of emulator **101**) are provided with a visual authoring environment in which the authored application may be emulated as operating within one or more modeled mobile devices (that are optionally connected to a simulated wireless network) without leaving the authoring environment.

The emulator (e.g., emulator **101**) may be provided as part of the authoring environment, or as an add-on to an existing development tool.

In an embodiment, characteristics for each mobile device to be emulated are downloaded from a server for a determined price or subscription fee. Since new mobile devices are continually being produced, application authors continually require new modeling characteristics to be able to test their applications. For example, a subscribed charge of $10-15 dollars per handset saves each developer from purchasing a mobile device ($100-200 dollars) and alleviates the need to travel to a wireless network location when testing each mobile device. Thus, the wireless network operator may receive revenue from developers by providing the

**14**

developers with online network simulation capability. The application authors, via the Internet, are then able to test applications for mobile devices running on wireless networks worldwide.

Characteristics for each mobile device to be emulated may be downloaded from a server for a determined price, licensing or subscription fee. It is estimated that nearly 700 million new mobile devices will be shipped in 2005, with a new handset model being launched every other day. This rapid mobile device development requires that applications designed to run on these mobile devices also sustain rapid development. Development systems targeted at one mobile device may become obsolete and possibly of little value to the developer at the time it is shipped. Since a new mobile device is being launched every other day, application authors continually require purchasing all addressable targeted devices prior to consumer release. For example, a charge of $10-15 dollars per modeled handset would save each developer purchasing each target mobile device ($100-200 dollars) as well as alleviating the need to travel to a wireless network location whilst testing each mobile device before public release, two substantial development and release costs.

During development of an application for a mobile device, an application author may transfer and play the application hundreds of times (development life cycles) on the targeted mobile device before identifying and correcting all system resource problems within the application. Live server and profile updates would substantially reduce and alleviate a high churn rate of development life cycles, enabling a more cost effective authoring model for the developer. As well, although the purchase of a 'static' PC authoring environment may become obsolete due to the ongoing release of new mobile handsets (the target release platform) emulator **101** and operator development server **808** maintains a live and continually updatable business model and authoring platform long after the initial authoring platform has released to the market.

FIG. **14** is a flowchart illustrating one method for determining whether an application of a mobile device is operable. In step **1402**, method **1400** downloads characteristics over Internet for one or more mobile devices to be emulated. In step **1404**, method **1400** tests the application for the mobile devices, via the Internet, using an emulator to determine if the application is operable on the mobile device.

FIG. **15** shows one exemplary authoring environment **1502** for emulating and profiling running of a frame-based application **1506** on multiple mobile devices. Authoring environment **1502** includes a display **1540** and an input device **1542** that allow a user to interact with authoring environment **1502**. Display **1540** may represent one or more computer displays and input device **1542** may represent one or more input devices such as keyboard, mouse, graphic tablet, etc. In one embodiment, display **1540** and input device **1542** are combined in the form of a touch screen. Authoring environment **1502** also includes an application developer **1504** (e.g., Flash MX for Flash Lite applications, xCode and Instruments for Apple applications, and Android for Google applications) that is used to create and/or modify application **1506**. The user interacts with application developer **1504**, via input device **1542** and display **1540**, to create an application **1506**. Application **1506** is, for example, a Flash Lite application for use on a mobile device running a Flash Lite environment, or an Android application for use on a mobile device implementing Android.

US 10,691,579 B2

15

16

Authoring environment **1502** also includes an emulator **1510** and one or more device models **1512** for emulating operation of one or more mobile devices to allow the user to test operation of application **1506** on each device. Emulator **1510** may output, to display **1540**, one or more frame-based profile data displays **1544** and one or more emulated mobile device displays **1548**. Displays **1544** and **1548** are for example shown within windows and/or frames on display **1540**.

Authoring environment **1502** may also include a network simulator **1520** that simulates a service provider network and interacts **1526** with one or more emulated device models **1512**. Network simulator **1520** includes a data provider **1522** that provides data to device models **1512** and an event generator **1524** that generates network events to simulate connection of device models **1512** to a real service provider network. That is, data and events of the real network are simulated by network simulator **1520**.

Application developer **1504**, emulator **1510** and network simulator **1520** may each be a part of authoring environment **1502**, or may each be an external software program that is configured to cooperate with components of authoring environment **1502**. That is, authoring environment **1502** may incorporate one or more software programs to facilitate creation, modification and testing of application **1506**.

In one example of operation, the user creates and/or edits application **1506** by interacting with application developer **1504** via display **1540** and input device **1542**. Application **1506** is then loaded into one or more selected device models **1512** and one or more frame-based profile data displays **1544** and emulated mobile device displays **1548** are shown on display **1540**. If, during running of application **1506** on emulated device model **1512**, a problem or optimization is identified, the user may modify application **1506** using application developer **1504**. In one example, the user interacts with application developer **1504** to modify application **1506**, which then, through cross pollination **1508**, updates each device model **1512**. That is, application **1506** is updated within each device model **1512** automatically such that changes to application **1506** within application developer **1504** are duplicated within each device model **1512**.

In another example of operation, the user modifies application **1506** within device model **1512** by interacting with one or more of frame-based profile data displays **1544** and/or emulated mobile device displays **1548**. The user may select a frame of application **1506** to edit by manipulating a current position indicator (e.g., position indicator **306**, FIG. **3**). Authoring environment **1502**, through cross pollination **1508**, automatically updates application **1506** within application developer **1504** and application **1506** within any other device model **1512**, such that each application **1506** within authoring environment **1502** remains 'current'.

In another example of operation, the user emulates multiple device models **1512** within emulator **1510** to test application **1506** within each device model **1512** simultaneously. Emulator **1510**, through emulation of device models **1512**, identifies problems within application **1506** that are specific to each emulated device model **1512**. For example, where CPU and/or memory over utilization of the emulated device model **1512** occurs when running application **1506**, device model **1512** and/or emulator **1510** identifies the location (i.e., frame) within application **1506** of such over utilization problems and they are reported to the user within frame-based profile display data **1544** (and optionally other summary displays generated by emulator **1510**).

Emulator **1510** may operate such that emulated mobile device display **1548**, network display **1554** and application display **1552** for each emulated device model **1512** appears to operate substantially in real time (i.e., as if application **1506** is actually running on the mobile device being emulated). More specifically, emulator **1510** may provide run-time profiling of real time mobile device resource utilization by application **1506** to produce frame based profile data display **1544**, emulated mobile device display **1548**, network display **1554** and application display **1552**.

Where emulator **1510** emulates more than one device model **1512**, these device models may be synchronized at an application frame level. That is, for each device model **1512**, the currently frame of application **1506** within each frame based profile data display **1544**, emulated mobile device display **1548**, network display **1554** and application display **1552**, is the same. Further, interaction with any one of frame based profile data display **1544**, emulated mobile device display **1548**, network display **1554** and application display **1552**, of any device model **1512**, may automatically be propagated to any other device model **1512** running within emulator **1510**.

A user may interact with one or more of frame based profile data displays **1544** of device model **1512** to modify resources available to application **1506**. For example, the user may interactively adjust a resource capacity line (e.g., capacity line **308**, FIG. **3**) of one or more of frame based profile data displays **1544** to control the resource amount available to application **1506** within the associated device. In particular, a user may move a processor resource capacity line up to increase the available processor resource above that defined for the emulated mobile device. For example, the user may increase the available processor resources to pass a processor intensive frame within application **1506**, thereby allowing evaluation of frames within application **1506** beyond a point where application **1506** would otherwise crash. In another example, the user may decrease a memory resource available to application **1506** (e.g., by lowering the memory capacity line within the memory display **1544**) in order to 'stress test' application **1506**.

Emulator **1510** may also emulate device models **1512** at speeds other than real time. For example, a user of application developer **1504** and emulator **1510** may elect to emulate device model **1512** at half speed during testing of at least part of application **1506**. Alternatively, where application **1506** is being tested for operability on a plurality of mobiles devices, the user may elect to emulate device models **1512** as fast as possible. In one example, the user may define one or more input scripts **1562** for use with application **1506** such that user interaction with each device model **1512** is not required unless resource utilization is exceeded by application **1506** for that model. For example, input scripts **1562** may predefine user interaction at defined frames of application **1506**.

In an embodiment, when all of frame based profile data display **1544**, emulated mobile device display **1548**, network display **1554** and application display **1552** of a first device model **1512** are minimized (i.e., not currently displaying content within display **1540**), input made to any other device model **1512** is automatically propagated to that first device model **1512**.

In an alternate embodiment, each device model **1512** operates, within emulator **1510**, independently of any other device model **1512**, allowing the user to interact with (or define an input script for) each device model **1512** independently.

US 10,691,579 B2

**17**

FIG. **16** shows one exemplary development scenario **1600** illustrating an authoring environment **1602** connecting to a development server **1660** to retrieve and utilize one or more network models **1606** and one or more device models **1608**. Authoring environment **1602** may represent authoring environment **1502**, FIG. **15**, and authoring environment **122** and include similar functionality. Development server **1660** may represent development server **808**, FIG. **8**, and include similar functionality. Authoring environment **1602** and development server **1660** may include additional functionality, as described below.

At least one service provider **1642**(**1**) generates a network model **1606**(**1**) based upon characteristics of a real network service of service provider **1642**(**1**). Service provider **1642**(**1**) provides network model **1606**(**1**) to development server **1660** where it is stored within a network model library **1662**. Development server **1660** may receive other network models (e.g., network model **1606**(**2**)) from other service providers (e.g., service provider **1642**(**2**)), each of which may be stored within network model library **1662**.

A device manufacturer **1644**(**1**) generates a device model **1608**(**1**) based upon a mobile device developed by device manufacturer **1644**(**1**). That is, device model **1608**(**1**) is designed to emulate characteristics of the mobile device. Device manufacturer **1644**(**1**) provides device model **1608**(**1**) to development server **1660** where it is stored within a device model library **1664**. Development server **1660** may receive other device models (e.g., device model **1608**(**2**)) from other device manufacturers (e.g., device manufacturer **1644**(**2**)), each of which may be stored within device model library **1664**. Further, an author using authoring environment **1602**(**2**) may also submit new and/or amended device models (e.g., device model **1608**(**1**)′) to development server **1660** for use by authors and authoring environments **1602**. Development server **1660** may employ one or more techniques for managing updates to network model library **1662** and device model library **1664** to prevent unauthorized changes.

Development server **1660** may also store authoring environment software **1666** for download by a user to create or update an authoring environment **1602**. In one example of operation, the user logs into an account manager **1668** of development server **1660** that, upon validation of the user using account data **1670**, allows the user to download authoring environment software **1666** and one or more network models **1606** and/or one or more device models **1608**, based upon a subscription status of the user. Account manager **1668** may store account information of the user within account data **1670** that includes subscription status for accessing development server **1660**. At a first subscription level, the user subscribes to development server **1660** to access authoring environment software **1666**, and any updates thereto. At a second subscription level, the user subscribes to device model library **1664**, and any updates thereto. At a third subscription level, the user subscribes to network model library **1662**, and any updates thereto. These subscriptions may be based upon time, e.g., a monthly subscription fee, or may be based upon a number of accesses (e.g., the user may download X network models **1606** and Y device models **1608**, where the user has prepaid for X network models and Y device models).

Development server **1660** provides a single source for obtaining development tools for creation and/or modification of application **1612** and allows the user to retrieve the latest models from device manufacturers **1644** and service providers **1642**. In certain embodiments, authoring environment **1602** is configured to automatically obtain the latest

**18**

software and models, as they become available, based upon the user's subscription (or upon paid fees) to development server **1660**.

FIG. **17** shows one exemplary 'para-authoring' environment **1700** wherein two application authors use authoring environments **1702**(**1**) and **1702**(**2**) to cooperate to develop a frame-based application **1704** for a mobile device. For the purposes of the present document, the term 'para-authoring' is defined as the simultaneous or near-simultaneous collaborative authoring of a particular application by more than one author. In the present system, para-authoring may be performed via an Internet connection between two or more sites, or locally in a desktop/online environment. Authoring environments **1702** may represent authoring environment **1602**, FIG. **16**, as well as the authoring environments shown in FIGS. **9** through **12**, as they relate to one or more developers authoring a frame based application, and may include similar functionality. Authoring environments **1702** may include additional functionality, as described below.

Authoring environments **1702**(**1**) and **1702**(**2**) may each be used to develop a subsection of frame-based application **1704** and cooperate, through facilities of development server **1706** to combine and test these parts as one application **1704**. Authoring environments **1702** may be located anywhere providing that communication with development server **1706** is possible. That is, authoring environments **1702** need not be located proximate to one another to be able to provide para-authoring environment **1700**.

FIG. **18** shows one exemplary para-authoring system **1800** illustrating presence and social (collaborative) interaction between three authoring environments **1802**. Each authoring environment **1802** includes a suite of development tools **1804** that facilitate development of a frame-based application **1806** that is formed of subsections (labeled (**1**), (**2**) and (**3**) in this example, although application **1806** may include more or fewer subsections of varying sizes without departing from the scope hereof). For example, application **1806** may include a background section, a foreground section, a menu section, and a data section, each of which may be authored within a different authoring environment. In the example of FIG. **18**, three authoring environments cooperate to develop frame-based application **1806**. In particular, of application **1806**, subsection (**1**) is developed within authoring environment **1802**(**1**), subsection (**2**) is developed within authoring environment **1802**(**2**), and subsection (**3**) is developed within authoring environment **1802**(**3**). However, for complete application evaluation, certain or all subsections of application **1806** may be loaded into each authoring environment **1802** as they are made available (i.e., published) by the respective authoring environment.

Each authoring environment **1802** includes a para-monitor **1808** that publishes status information **1810** indicating activity of that authoring environment to a para-authoring manager **1812**. For example, para-monitor **1808**(**1**) publishes status information of authoring environment **1802**(**1**), para-monitor **1808**(**2**) publishes status information of authoring environment **1802**(**2**), and para-monitor **1808**(**3**) publishes status information of authoring environment **1802** (**3**); each of para-monitors **1808**(**1**), **1808**(**2**) and **1808**(**3**) sending status information **1810**(**1**), **1810**(**2**) and **1810**(**3**), respectively, to para-authoring manager **1812**.

Para-authoring manager **1812** operates to receive published online status **1814** from para-monitor **1808** and maintains a group **1813** association of related status information **1810**. Group **1813** in this example is identified as associating authoring environments **1802**(**1**), **1802**(**2**) and **1802**(**3**). Para-authoring manager **1812** may store other groups with

US 10,691,579 B2

**19**

more or fewer associations, without departing from the scope hereof. That is, manager **1812** maintains presence information of authoring environments **1802**. In one embodiment, manager **1812** is located on a development server (e.g., development servers **1660** and **1706**). Para-authoring manager **1812** may also include a repository for storing sections of application **1806** to facilitate retrieval by associated authoring environments **1802**. In another embodiment, para-authoring manager **1812** is located within one of authoring environments **1802**.

Para-monitor **1808**, within each authoring environment **1802**, receives (either by request or by a 'publish on change' mechanism–push) published status information **1810** of associated authoring environments **1802**, and displays this status information as one or both of online status **1814** and application status **1818** within authoring environment **1802**. For example, para-monitor **1808**(**1**) may display status of authoring environments **1802**(**2**) and **1802**(**3**) and availability of associated sections of application **1806**. Para-monitor **1808** may also provide other communication facilities, such as, but not limited to, one or more of video conferencing facilities **1850**, audio conferencing facilities **1852**, and text communication facilities **1816**.

More specifically, para-monitor **1808** may publish status information on one or more of network simulator **1824**, emulator **1822** and application editor **1830** (collectively development tools **1804**), thereby allowing para-authors using associated (grouped) authoring environments **1802** to receive status of associated development of application **1806**.

FIG. **19** shows one exemplary para-authoring system **1900** wherein a frame-based application **1906** is developed across three cooperating authoring environments **1902**(**1**), **1902**(**2**) and **1902**(**3**). A development server **1912** includes a para-authoring manager **1914**, a network simulator **1924** and an emulator **1922**. Development server **1912** may represent development server **1660** of FIG. **16** and include functionality of development server **1660**. Para-authoring manager **1914** may represent para-authoring manager **1812** of FIG. **18** and include functionality of para-authoring manager **1812**. Network simulator **1924** and emulator **1922** may represent network simulator **1620** and emulator **1622**, respectively, and include similar functionality. Authoring environment **1902** may represent authoring environment **1602** and authoring environment **1802** of FIG. **18** and **16** and include similar functionality.

Each authoring environment **1902** is used to develop a section of application **1906**. Authoring environments **1902** each include a viewer **1930** that operates to view application **1906** playing on an emulated mobile device within emulator **1922** of development server **1912**, described in further detail below. Viewer **1930** may represent a web browser where output of emulator **1922** is in the form of an interactive web page.

Through collaborative development (or 'social networking'), users of authoring environments **1902** are aware of other para-authors' activities and may cooperatively view testing of application **1906**. Development server **1912**, under control of authoring environment **1902**, loads application **1906** into emulator **1922** where it is profiled running on a model (e.g., device model **102**, FIGS. **1A**, **1B**, **2**, and **8**, **1512**, FIGS. **15**, and **1608**, FIG. **16**) of a mobile device. In particular, emulator **1922** generates profile data **1942** and device view **1944** based upon the emulated application and selected device model. Profile data **1942** includes data defining estimated application utilization of the mobile devices resources, including one or more of: processor

**20**

resources, memory resources, graphic resources, and networking resources. Profile data **1942** is similar to profile data **152**, FIG. **1B**, and may be displayed (e.g., within viewers **1930**) numerically and/or graphically (e.g., as a graph, such as shown in profile window **110**, FIG. **3**). Device view **1944** is a graphical representation of application **1906** running within the device model of the mobile device. In particular, device view **1944** shows output of application **1906** on the mobile device and may allow one or more para-authors to interact with application **1906** and/or the emulated mobile device (i.e., the device model). Optionally, the device model interacts with network simulator **1924** to simulate use of the emulated mobile device on a real network. That is, network simulator **1924** interacts with the emulated device model to simulate operation of the mobile device within a real network. Emulator **1922** may also generate a control screen **1946** that allows authoring environment **1902**(**1**) to control operating of emulator **1922** and optionally network simulator **1924**. Para-authoring manager **1914** also allows authoring environments **1902**(**2**) and **1902**(**3**) to view, using viewers **1930**(**2**) and **1930**(**3**), respectively, profile data **1942** and device view **1944** during emulation of application **1906**.

In one example of operation, authoring environment **1902**(**1**) controls emulator **1922** and network simulator **1924** through control screen **1946** and viewer **1930**(**1**). Para-monitor **1908**(**1**) publishes activity status of environment **1902**(**1**) to para-authoring manager **1914**, which in turn updates environments **1902**(**2**) and **1902**(**3**) as to this activity. Environments **1902**(**2**) and **1902**(**3**) may then elect, through para-monitor **1908**(**2**) and **1908**(**3**), to also view profile data **1942** and device view **1944** on viewers **1930**(**2**) and **1930**(**3**), respectively. Para-monitor **1908**, as shown with para-monitor **1808** in FIG. **18**, may also provide other collaborative communication means, such as video, audio and text communication, that allow users of environments **1902** to communicate during the shared emulation of application **1906**. Optionally, for example under control of environment **1902**(**1**), environments **1902**(**2**) and **1902**(**3**) may be allowed to interact with the emulated device model through device view **1944**.

In one embodiment, control screen **1946** may be transferred between environments **1902** to allow control of emulator **1922** and network simulator **1924** to be transferred between para-authors. For example, environment **1902**(**1**) may transfer control screen **1946** to environment **1902**(**2**) such that the para-author using environment **1902**(**2**) may control application **1906** within emulator **1922**.

In an alternate embodiment, shown in FIG. **20**, authoring environment **1902**(**1**) includes emulator **1922** and network simulator **1924**, and hosts emulation of application **1906**. FIG. **20** shows para-authoring system **1900** wherein an application **1906** is developed across three cooperating authoring environments **1902**(**1**), **1902**(**2**) and **1902**(**3**). More or fewer para-authoring environments may cooperate without departing from the scope hereof. Para-monitor **1908** (**1**) publishes activities of environment **1902** (**1**) to para-monitor (**1908**(**2**) and **1908**(**3**), such that para-authors using environments **1902**(**2**) and **1902**(**3**) may selectively view emulation of application **1906** via internet **1920**. In particular, para-monitors **1908** may cooperate to form one or more direct peer-to-peer communication links between environments **1902** to allow profile data **1942** and device view **1944** to be viewed within authoring environments **1902**(**2**) and **1902**(**3**). Para-monitor **1908** may still operate with para-authoring manager **1914** to determine communication configuration possibilities, but providing direct peer-to-peer communication links between environments **1902** may

US 10,691,579 B2

allow faster data transfer between environments and avoid overload of development server **1912**.

FIG. **21** shows one exemplary display **2100** illustrating a display of profiled data **152**, that combines CPU, memory, graphics, and network utilization as determined by processor profile module **202**, memory profile module **204**, graphic profile module **206**, and system profile module **208**. In particular, display **2100** is shown with a time line **2102** that represents timeline **222** of application **104**. In this example, each bar **2104** indicates total resource utilization for each of certain frames **223** of application **104**. Each bar **2104** may, alternatively, represent a particular point or period in time during the execution of the application **104**. Bars **2104** are displayed prior to execution of the application to indicate a pre-execution profile of the program. During the playing of application **104** within model **102**, a current position indicator **2106** shows the frame (i.e., frame **1** in this example) currently displayed by emulated mobile device display **111**. A capacity line **2108** indicates the maximum total resource available to application **104**. Where bars **2104** rise above capacity line **2108**, resource utilization for indicated frames of application **104** exceed the available resources of mobile device **114**; thus application **104** may 'capout' or crash when playing those frames. Display **2100** also includes a resource utilization level indicator **2114** that shows the total resource utilization for the current frame of application **104** (i.e., as indicated by current position indicator **2106**).

Display **2100** illustrates total resource utilization by frames **223** of application **104**, thereby facilitating assessment of stresses applied to mobile device **114** when playing application **104**. Where the number of frames **223** (displayed as bars **2104**) of application **104** exceeds the display capacity of display **2100**, a scroll bar **2112** allows the user to scroll through bars **2104** for application **104**. The displayed bars **2104** are also grouped to indicate different sections, including "Introduction" **2122**, "Main Menu" **2124**, "Network" **2126**, and "Advertisements-Ending" **2128**, of application **104**. For example, section **2122** represents initial frames of application **104** that correspond to the 'introduction' of an application, i.e., the beginning preamble or introductory material prior to a 'main menu'. In a sports application, for example, the 'introduction' of an application might consist of introducing the corporate sponsors for a given event, including setting up the landscape of the application which leads into the main menu.

FIG. **22** shows one exemplary display **2200** illustrating a frame based display of profiled data **152** for CPU utilization as determined by processor profile module **202**. In particular, display **2200** is shown with a time line **2202** that represents timeline **222** of application **104**. In this example, each bar **2204** indicates processor resource utilization for certain frames **223** of application **104**. During play of application ψwithin model **102**, a current position indicator **2206** shows the frame (frame **1** in this example) currently displayed by emulated mobile device display **111** (see FIG. **4**A). Capacity line **2208** indicates the maximum processor resource available to application **104**. Where bars **2204** rise above capacity line **2208**, processor resource utilization for associated frames of application **104** exceed the available processor resources of mobile device **114**; thus application **104** may 'capout' or crash when playing those frames. Display **2200** illustrates processor resource utilization by frames **223** of application **104**, thereby facilitating assessment of processor stresses applied to mobile device **114** when playing application **104**. Where the number of frames **223** of application

**104** exceeds the display capacity of display **2200**, a scroll bar **2212** allows the user to scroll through bars **2204** for application **104**.

The displayed bars **2204** are also shown grouped to indicate different sections (e.g., "Introduction" **2222**, "Main Menu" **2224**, and "Advertisements Ending" **2226**) of application **104**. Display **2200** further shows one exemplary line graph **2242** illustrating alternate display options for frames **2204**, and the use of a movement tool **2244** to adjust capacity line **2208** and/or the amount of available processor resource.

FIG. **23** shows one exemplary display **2300** illustrating a frame based display of profiled data **152** for memory utilization as determined by memory profile module **204**. In particular, display **2300** is shown with a time line **2302** that represents timeline **222** of application **104**. In this example, each bar **2304** indicates memory resource utilization for certain frames **223** of application **104**. During play of application **104** within model **102**, a current position indicator **2306** shows the frame (i.e., frame **1** in this example) currently displayed by emulated mobile device display **111** (see FIG. **4**). A capacity line **2308** indicates the maximum memory resources available to application **104**. Where bars **2304** rise above capacity line **2308**, memory resource utilization for associated frames of application **104** exceed the available memory resources of mobile device **114**; thus application **104** may 'capout' or crash when playing those frames. Display **2300** illustrates memory resource utilization by frames **223** of application **104**, thereby facilitating assessment of memory stresses applied to mobile device **114** when playing application **104**. Where the number of frames **223** of application **104** exceeds the display capacity of display **2300**, a scroll bar **2312** allows the user to scroll through bars **2304** for application **104**.

FIG. **24** shows one exemplary display **2400** illustrating a frame based display of profiled data **152** for graphic resource utilization as determined by graphic profile module **206**. In particular, display **2400** is shown with a time line **2402** that represents timeline **222** of application **104**. In this example, each bar **2404** indicates graphic resource utilization for certain frames **223** of application **104**. During play of application **104** within model **102**, a current position indicator **2406** shows the frame (i.e., frame **1** in this example) currently displayed by emulated mobile device display **111** (see FIG. **4**). A capacity line **2408** indicates the maximum graphic resources available to application **104**. Where bars **2404** rise above capacity line **2408**, graphic resource utilization for associated frames of application **104** exceed the available graphic resources of mobile device **114**; thus application **104** may 'capout' or crash when playing those frames. Display **2400** illustrates graphic resource utilization by frames **223** of application **104** in profile window **110**, thereby facilitating assessment of graphic stresses applied to mobile device **114** when playing application **104**. Where the number of frames **223** of application **104** exceeds the display capacity of display **2400**, a scroll bar **2412** allows the user to scroll through bars **2404** for application **104**.

FIG. **25** shows one exemplary display **2500** illustrating a frame based display of profiled data **152** for network resource utilization as determined by system profile module **208**. In particular, display **2500** is shown with a time line **2502** that represents timeline **222** of application **104**. In this example, each bar **2504** indicates network resource utilization for certain frames **223** of application **104**. During play of application **104** within model **102**, a current position indicator **2506** shows the frame (i.e., frame **1** in this example) currently displayed by emulated mobile device display **111** (see FIG. **4**). A capacity line **2508** indicates the

23

maximum network resources available to application **104**. Where bars **2504** rise above capacity line **2508**, network resource utilization for associated frames of application **104** exceed the available network resources of mobile device **114**; thus application **104** may 'capout' or crash when playing those frames. Display **2500** illustrates network resource utilization by frames **223** of application **104**, thereby facilitating assessment of network stresses applied to mobile device **114** when playing application **104**. Where the number of frames **223** of application **104** exceeds the display capacity of display **2500**, a scroll bar **2512** allows the user to scroll through bars **2504** for application **104**.

FIG. **26** shows one exemplary screen **2600** illustrating a frame based display of profiled data **1942**, FIG. **20**, for total system resource utilization as determined by one or more profilers within emulator **1922**. In particular, screen **2600** is shown with a time line **2602** that represent a timeline of application **1906**. In this example, each bar **2604** indicates total resource utilization for certain frames of application **1906**. During play of application **1906** within emulator **1922**, a current position indicator **2606** shows the frame (i.e., frame **1** in this example) currently displayed by emulated mobile device display **2652**. A capacity line **2608** indicates the maximum total resources available to application **1906**. Where bars **2604** rise above capacity line **2608**, total resource utilization for associated frames of application **1906** exceed the available total resources of mobile device **114**; thus application **1906** may 'capout' or crash when playing those frames. Display **2600** illustrates total resource utilization by frames of application **1906**, thereby facilitating assessment of total stresses applied to mobile device **114** when playing application **1906**. Where the number of frames of application **1906** exceeds the display capacity of display **2600**, a scroll bar **2612** allows the user to scroll through bars **2604** for application **1906**.

Screen **2600** may be simultaneously viewed within viewer **1930** of one or more authoring environments **1902**. For example, where application **1906** is developed by two or more cooperating developers using authoring environments **1902**, each authoring environment **1902** may display screen **2600** to show profile data **1942** and device view **1944** within viewer **1930** through operation of para-monitor **1908**. In the example of FIG. **26**, the application is developed by four cooperating developers (1-4), each developing one of four parts **2662**, **2664**, **2666**, and **2668**, respectively, of the application. For example, developer #**1** may be working on a first part of the application, while developer #**2** is working on a second part and developer #**3** is working on a third part of the application.

Changes may be made in the above methods and systems without departing from the scope hereof. It should thus be noted that the matter contained in the above description or shown in the accompanying drawings should be interpreted as illustrative and not in a limiting sense. The following claims are intended to cover all generic and specific features described herein, as well as all statements of the scope of the present method and system, which, as a matter of language, might be said to fall therebetween.

What is claimed is:

**1**. A non-transitory, computer-readable medium comprising software instructions for developing an application to be run on a mobile device, wherein the software instructions, when executed, cause a computer to:

    display a list of one or more mobile device types from which a user can select;

    simulate one or more characteristics of a selected mobile device type;

24

    initiate loading of at least one of the selected characteristics from at least one of a remote server and a computer-readable media;

    monitor utilization of one or more resources of the selected mobile device type over time as an application is running;

    display a representation of one or more of the monitored resources.

**2**. The medium of claim **1**, wherein the software instructions include identifying one or more areas of code, or functions, or both of the application responsible for utilization of a specific displayed resource at a given time.

**3**. The medium of claim **1**, wherein the one or more characteristics include at least one of a processor type, processor speed, storage access speed, RAM size, storage size, display width, display height, pixel depth, processor availability, RAM availability or storage availability.

**4**. The medium of claim **1**, wherein the monitored resources include processor usage and RAM usage.

**5**. The medium of claim **1**, wherein the instructions initiate transmission of the application that is being developed to one or more physical versions of a mobile device corresponding to the selected mobile device type.

**6**. The medium of claim **5**, wherein the instructions display simultaneously two or more representations of the monitored resource.

**7**. The medium of claim **1**, wherein the instructions simulate one or more characteristics, including bandwidth, indicative of a network on which the selected mobile device type can operate.

**8**. The medium of claim **7**, wherein the one or more characteristics are derived at least in part from information captured from one or more wireless networks.

**9**. The medium of claim **8**, wherein the information captured from one or more wireless networks are stored in at least one of a file, a database, and on computer-readable media that is accessible via the internet.

**10**. The medium of claim **7**, wherein the one or more characteristics are at least partially based on a geographical region.

**11**. The medium of claim **7**, wherein the instructions are capable of simulating one or more network events that occur when interacting with a wireless network.

**12**. The medium of claim **11**, wherein scripts can be created to simulate events that occur on a selected mobile device type to determine the performance of the application, or the network, or both.

**13**. The medium of claim **1**, wherein the one or more characteristics are available for testing the application within one or more mobile devices connected to at least one of the internet and a wireless network.

**14**. The medium of claim **13**, wherein the one or more mobile devices connected to the at least one of the internet and a wireless network enable a user to interact with and test the application on one or more mobile devices.

**15**. A non-transitory, computer-readable medium comprising software instructions for developing an application to be run on a mobile device, wherein the software instructions, when executed, cause a computer to:

    select one or more characteristics associated with a mobile device;

    monitor utilization of one or more resources of the mobile device over time by an application running on a simulation of the mobile device;

    display a representation of one or more of the monitored resource;

US 10,691,579 B2

25

correspond the utilization of a specific displayed resource
at a given time with one or more functions, or code, or
both of the application responsible for that utilization;
initiate transmission of the application on a simulation of
the mobile device, or to the physical mobile device, or
both.

**16**. The medium of claim **15**, wherein the instructions
initiate loading of at least one of the one or more charac-
teristics from at least one of a remote server and a computer-
readable media, wherein the physical mobile device is
connected to at least one of the internet, a wireless network
and the remote server, to enable a user to interact with and
test the application.

**17**. The medium of claim **15**, wherein the software
instructions include identifying one or more areas of code,
or functions, or both of the application responsible for
utilization of a specific displayed resource at a given time.

**18**. The medium of claim **15**, wherein the characteristics
include bandwidth information.

**19**. The medium of claim **18**, wherein the instructions
simulate one or more network events that occur when
interacting with a wireless network.

**20**. The medium of claim **19**, wherein scripts can be
created to simulate events that occur on the mobile device to
determine the performance of the application, or the net-
work, or both.

**21**. The medium of claim **18**, wherein the one or more
characteristics are derived at least in part from information
captured from one or more wireless networks.

**22**. The medium of claim **21**, wherein the information
captured from one or more wireless networks are stored in
at least one of a file, a database, and on computer-readable
media that is accessible via the internet.

**23**. The medium of claim **18**, wherein the one or more
characteristics are based on a geographical region.

**24**. The medium of claim **23**, wherein the one or more
geographical characteristics indicative of a network are
stored in at least one of a file, a database, and on computer-
readable media that is accessible via the internet.

26

**25**. The medium of claim **18**, wherein the network char-
acteristics are displayed using at least one of a map, drop-
down list, and drop-down menu.

**26**. The medium of claim **18**, wherein the network char-
acteristics can be managed or custom network characteris-
tics can be created.

**27**. The medium of claim **18**, wherein the instructions
display simultaneously two or more representations of the
monitored resource.

**28**. The medium of claim **27**, wherein the instructions to
display the representations are stored in at least one of a file,
a database, and on computer-readable media that is acces-
sible via the internet.

**29**. The medium of claim **15**, wherein at least one of the
one or more characteristics are stored on at least one of a file,
a database and on a computer-readable media that is acces-
sible via the internet.

**30**. The medium of claim **15**, wherein the instructions
include a set of declared resources for the application.

**31**. The medium of claim **30**, wherein the declared
resources include information to evaluate performance of at
least one of the application or a network.

**32**. The medium of claim **31**, wherein the event perfor-
mance measurement can be used to evaluate performance of
the application, or the network, or both.

**33**. The medium of claim **15**, wherein the instructions
allow scripts to be created that simulate actions capable of
being performed by the mobile device.

**34**. The medium of claim **33**, wherein the scripts can be
modified or recorded.

**35**. The medium of claim **34**, wherein the scripts include
an event generator to determine resource utilization of at
least one of the application and the network.

**36**. The medium of claim **35**, wherein the event generator
can be used to evaluate performance of at least one of the
application and the network.

\*   \*   \*   \*   \*