IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br>CAPITAL ONE, N.A.,<br>CAPITAL ONE SERVICES, LLC,<br>FROST BANK, and<br>CULLEN/FROST BANKERS, INC.<br><br>Defendants. | Civil Action No. 4:25-cv-00230<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Alden G. Harris, enters his appearance in this matter as counsel for Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp.  He may receive communications from the Court and all parties at:

> Alden G. Harris
> HEIM, PAYNE & CHORUSH, LLP
> 609 Main Street, Suite 3200
> Houston, TX 77002
> Telephone: (713) 221-2000
> Fax: (713) 221-2021
> E-mail:  aharris@hpcllp.com

DATED: March 6, 2025                               Respectfully submitted,

                                                    By: /s/ *Alden G. Harris*
                                                        Leslie V. Payne
                                                        State Bar No. 0784736
                                                        lpayne@hpcllp.com
                                                        R. Allan Bullwinkel
                                                        State Bar No. 24064327
                                                        abullwinkel@hpcllp.com
                                                        Alden G. Harris
                                                        State Bar No. 24083138
                                                        aharris@hpcllp.com
                                                        Christopher L. Limbacher
                                                        State Bar No. 24102097
                                                        climbacher@hpcllp.com
                                                        Carlos I. Ruiz
                                                        State Bar No. 24110614
                                                        cruiz@hpcllp.com
                                                        HEIM PAYNE & CHORUSH, LLP
                                                        609 Main Street, Suite 3200
                                                        Houston, Texas 77002
                                                        Telephone: (713) 221-2000
                                                        Facsimile: (713) 221-2021

                                                        **ATTORNEYS FOR PLAINTIFFS**
                                                        **WAPP TECH LIMITED PARTNERSHIP and**
                                                        **WAPP TECH CORP.**

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 6th day of March, 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Alden G. Harris*
Alden G. Harris