IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., CAPITAL ONE, N.A., CAPITAL ONE SERVICES, LLC, FROST BANK, and CULLEN/FROST BANKERS, INC. <br><br> Defendants. | § § § § § § § § § § § § § § § §  Civil Action No. 4:25-cv-00230 <br><br> JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Carlos I. Ruiz, enters his appearance in this matter as counsel for Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. He may receive communications from the Court and all parties at:

> Carlos I. Ruiz
> HEIM, PAYNE & CHORUSH, LLP
> 609 Main Street, Suite 3200
> Houston, TX 77002
> Telephone: (713) 221-2000
> Fax: (713) 221-2021
> E-mail: cruiz@hpcllp.com

DATED: March 6, 2025                    Respectfully submitted,

                                        By: /s/ *Carlos I. Ruiz*
                                            Leslie V. Payne
                                            State Bar No. 0784736
                                            lpayne@hpcllp.com
                                            R. Allan Bullwinkel
                                            State Bar No. 24064327
                                            abullwinkel@hpcllp.com
                                            Alden G. Harris
                                            State Bar No. 24083138
                                            aharris@hpcllp.com
                                            Christopher L. Limbacher
                                            State Bar No. 24102097
                                            climbacher@hpcllp.com
                                            Carlos I. Ruiz
                                            State Bar No. 24110614
                                            cruiz@hpcllp.com
                                            HEIM PAYNE & CHORUSH, LLP
                                            609 Main Street, Suite 3200
                                            Houston, Texas 77002
                                            Telephone: (713) 221-2000
                                            Facsimile: (713) 221-2021

                                            **ATTORNEYS FOR PLAINTIFFS**
                                            **WAPP TECH LIMITED PARTNERSHIP and**
                                            **WAPP TECH CORP.**

**CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 6th day of March, 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                           /s/ *Carlos I. Ruiz*
                                           Carlos I. Ruiz