# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., § § § § **Plaintiffs,** § § v. § § APPLE INC., § CAPITAL ONE, N.A., § CAPITAL ONE SERVICES, LLC, § FROST BANK, and § CULLEN/FROST BANKERS, INC. § § **Defendants.** § | Civil Action No. 4:25-cv-00230<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, R. Allan Bullwinkel, enters his appearance in this matter as counsel for Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. He may receive communications from the Court and all parties at:

> R. Allan Bullwinkel
> HEIM, PAYNE & CHORUSH, LLP
> 609 Main Street, Suite 3200
> Houston, TX 77002
> Telephone: (713) 221-2000
> Fax: (713) 221-2021
> E-mail: abullwinkel@hpcllp.com

DATED: March 6, 2025                    Respectfully submitted,

                                                      By: /s/ *R. Allan Bullwinkel*
                                                          Leslie V. Payne
                                                          State Bar No. 0784736
                                                          lpayne@hpcllp.com
                                                          R. Allan Bullwinkel
                                                          State Bar No. 24064327
                                                          abullwinkel@hpcllp.com
                                                          Alden G. Harris
                                                          State Bar No. 24083138
                                                          aharris@hpcllp.com
                                                          Christopher L. Limbacher
                                                          State Bar No. 24102097
                                                          climbacher@hpcllp.com
                                                          Carlos I. Ruiz
                                                          State Bar No. 24110614
                                                          cruiz@hpcllp.com
                                                          HEIM PAYNE & CHORUSH, LLP
                                                          609 Main Street, Suite 3200
                                                          Houston, Texas 77002
                                                          Telephone: (713) 221-2000
                                                          Facsimile: (713) 221-2021

                                                          **ATTORNEYS FOR PLAINTIFFS**
                                                          **WAPP TECH LIMITED PARTNERSHIP and**
                                                          **WAPP TECH CORP.**

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 6th day of March, 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *R. Allan Bullwinkel*
R. Allan Bullwinkel