IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., CAPITAL ONE, N.A., CAPITAL ONE SERVICES, LLC, FROST BANK, and CULLEN/FROST BANKERS, INC. <br><br> Defendants. | Civil Action No. 4:25-cv-00230 <br><br> JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Christopher L. Limbacher, enters his appearance in this matter as counsel for Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. He may receive communications from the Court and all parties at:

> Christopher L. Limbacher
> HEIM, PAYNE & CHORUSH, LLP
> 609 Main Street, Suite 3200
> Houston, Texas 77002
> Telephone: (713) 221-2000
> Fax: (713) 221-2021
> E-mail:  climbacher@hpcllp.com

DATED: March 6, 2025                    Respectfully submitted,

                                         By:  /s/ *Christopher L. Limbacher*
                                                       Leslie V. Payne
                                                       State Bar No. 0784736
                                                       lpayne@hpcllp.com
                                                       R. Allan Bullwinkel
                                                       State Bar No. 24064327
                                                       abullwinkel@hpcllp.com
                                                       Alden G. Harris
                                                       State Bar No. 24083138
                                                       aharris@hpcllp.com
                                                       Christopher L. Limbacher
                                                       State Bar No. 24102097
                                                       climbacher@hpcllp.com
                                                       Carlos I. Ruiz
                                                       State Bar No. 24110614
                                                       cruiz@hpcllp.com
                                                       HEIM PAYNE & CHORUSH, LLP
                                                       609 Main Street, Suite 3200
                                                       Houston, Texas 77002
                                                       Telephone: (713) 221-2000
                                                       Facsimile: (713) 221-2021

                                                       **ATTORNEYS FOR PLAINTIFFS**
                                                       **WAPP TECH LIMITED PARTNERSHIP and**
                                                       **WAPP TECH CORP.**

**CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 6th day of March, 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                          /s/ *Christopher L. Limbacher*
                          Christopher L. Limbacher