# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:25-cv-00230 |
| APPLE INC., CAPITAL ONE, N.A., CAPITAL ONE SERVICES, LLC, FROST BANK, and CULLEN/FROST BANKERS, INC. | § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. (collectively "Wapp" or "Plaintiffs") by and through their undersigned counsel state that they have no parent corporation and that no publicly held corporation owns 10% or more of their stock.

DATED: March 6, 2025								Respectfully submitted,

											By: /s/ *Leslie V. Payne*
											Leslie V. Payne
											State Bar No. 0784736
											lpayne@hpcllp.com
											R. Allan Bullwinkel
											State Bar No. 24064327
											abullwinkel@hpcllp.com
											Alden G. Harris
											State Bar No. 24083138
											aharris@hpcllp.com
											Christopher L. Limbacher
											State Bar No. 24102097
											climbacher@hpcllp.com
											Carlos I. Ruiz
											State Bar No. 24110614
											cruiz@hpcllp.com
											HEIM PAYNE & CHORUSH, LLP
											609 Main Street, Suite 3200
											Houston, Texas 77002
											Telephone: (713) 221-2000
											Facsimile: (713) 221-2021
											**ATTORNEYS FOR PLAINTIFFS**
											**WAPP TECH LIMITED PARTNERSHIP and**
											**WAPP TECH CORP.**

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 6th day of March, 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Leslie V. Payne*
Leslie V. Payne