# EXHIBIT 11



Search Best Buy

Directory  ›  TX  ›  Plano  ›  2800 N Central Expy

### GEEK SQUAD

# Best Buy Plano

| Closed | Opens at  10:00 AM |  4.1  ★★★★☆  (4009 reviews) |

 2800 N Central Expy
Plano, TX 75074

 (972) 578-8000

**Directions**

| Store Hours | Curbside Hours |

| Closed | Opens at 10:00 AM |

| **Wednesday** | **Jul. 23** | **10:00 AM - 9:00 PM** |
| Thursday | Jul. 24 | 10:00 AM - 9:00 PM |
| Friday | Jul. 25 | 10:00 AM - 9:00 PM |
| Saturday | Jul. 26 | 10:00 AM - 9:00 PM |
| Sunday | Jul. 27 | 11:00 AM - 7:00 PM |
| Monday | Jul. 28 | 10:00 AM - 9:00 PM |
| Tuesday | Jul. 29 | 10:00 AM - 9:00 PM |

## Services Offered

 Geek Squad Services

 Apple Shop

 Windows Store

 Samsung Experience Shop

 Samsung Experience Only

 Sony Experience

 LG Experience

 Car & GPS Installation Services

Samsung Open
House

Trade-In

Premium Home
Theater

## On This Page:

**Shop**

**Specialty Shops & Services**

**Explore**

**FAQs**

**Reviews**

**About**

**Nearby Stores**

# Find Items in This Store

Search Best Buy

# Shop Best Buy Plano



## Computers & Tablets



## TV & Home Theater



## Video Games



## Cell Phones



## Audio



## Appliances



## Smart Home, Security & Wi-Fi



## Cameras, Camcorders & Drones



## Wearable Technology







**Health, Fitness & Beauty**

**Home, Furniture & Office**

**Toys, Games & Collectibles**

# Specialty Shops and Services



## Apple Shop

Visit our store-within-a store for all things Apple: Mac, iPad, iPhone, Apple TV and more.



## Windows Store

Get help from Microsoft experts and try out a full range of Microsoft products and accessories.



## Samsung Experience Only



## Sony Experience

Sony experts are ready to show you the latest TVs, sound bars

See how Samsung's technology can redefine your home theater experience.

and gaming experiences from Sony.



## LG Experience

Discover the incredible pictures, theater-quality sound and stunning video of the latest LG TVs.



## Trade-In

Most stores offer Trade-In on eligible items including mobile phones, tablets, other hardware, and video game software purchased anywhere. Participating stores may have additional requirements.

# More to Explore



See what's in-store. Connect with us from



Save with open-box products at a store near you.

Case 4:25-cv-00230-ALM     Document 47-18     Filed 09/01/25     Page 7 of 12 PageID #: 695

anywhere.

**Get Connected**

Choose from a variety of open-box items, all discounted to save you money. Check back often because our selection varies. But you can rest assured that open-box products are always covered by our Return and Exchange Promise.

**Shop Open Box**

## Frequently Asked Questions About Best Buy Plano

How do I check product availability at the Plano Best Buy?          ⌄

How do I check my order status?          ⌄

My local Plano Best Buy store and BestBuy.com ran out of the item I want. Is there another way to get it?          ⌄

I bought a gift that requires service/installation. When can I expect that to be scheduled?          ⌄

What are Best Buy Plano stores' holiday hours?          ⌄

## Recent Reviews

**4.1**  (4009 reviews)

---

### Stephen P

July 20, 2025

⭐⭐⭐⭐⭐

**5 out of 5**

Dropped in to pick up a new TV for my mom. Great service and in and out quickly!

---

### Eddie A

July 19, 2025

⭐⭐⭐☆☆

**3 out of 5**

Most items in the store are not working well to test. Missing soundbars in some sections. Service is quite lacking.

> ### Response from Best Buy
>
> July 20, 2025
>
> Hello, Thank you for the review. I can understand your concern with demo's not working in the store. That would be frustrating. We would like to ensure your feedback is formally documented within our Corporate system to be reviewed internally by the appropriate teams. To do so, please send us a message on Facebook (https://bby.me/1q6fh2), Twitter/X (https://bby.me/h9pqvz), or Instagram (https://bby.me/bo8ssj). I'd recommend sending a private message or DM, as we will need you to provide your full name, email address, and telephone number to complete the documentation process. Please include Google Review 17948. Regards, ^ Kristy

---

### Droidvader 7

July 18, 2025

⭐⭐⭐⭐⭐

**5 out of 5**

Best Buy Mobile Audio Installer (Plano Location), Nathan, IS A GODSEND! My JVC head unit was giving me grief, intermittently shutting off and staying off. I have peace of mind, it's Best Buy warranty work. Nathan had my sound system back in Tip-Top shape, and I was back on the road in no time!! Ask for NATHAN!!

**Randy W**

July 14, 2025

⭐☆☆☆☆

**1 out of 5**

Just scan my stuff so I can pay and leave, not trying to get to know you.

## About Best Buy Plano

At Best Buy Plano, we specialize in helping you find the best technology to enrich your life. Together, we can transform your living space with the latest smart home technology, HDTVs, computers and gaming consoles from your favorite brands. We can walk you through updating your appliances with cutting-edge refrigerators, ovens, washers and dryers. And we can help you make the most of your active lifestyle with our huge selection of health and wellness gear.

You can also rely on the Best Buy Plano team to keep your devices running smoothly with the full range of Geek Squad® services , including installation, delivery, set up, protection, repair and support. To ensure you can get the assistance you need, you can schedule a service with Geek Squad® for a time and date that fits your busy lifestyle. Or come in and visit us at  2800 N Central Expy in Plano, TX, so we can help you find and navigate the perfect new camera, cell phone, TV , video games and more.

Can't make it to the Best Buy Plano? Don't worry — visit our virtual store where you can live chat, voice call or video call with product experts who can help you compare items, check out, or even show you a product

demo. You can also shop popular categories online or Discover & Learn with our detailed Shopping Guides, in-depth How-To guides and helpful Tips and Ideas. Learn how to live more sustainably, discover the latest must-have electronics and explore what best fits your lifestyle, home, workspace and everything in between.

**bestbuy.com**



Visit our Support Center

Check your Order Status

Shipping, Delivery & Store Pickup

Returns & Exchanges

Price Match Guarantee

Order & Purchases

Payment Options

Support & Services

Rewards & Membership

Partnerships



About Best Buy ⌄

---

Best Buy Canada

Legal & Privacy ⌄

In-store pricing may vary. Prices and offers are subject to change. © 2025 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.