# EXHIBIT 12



**Back to School Deals** Savings is one of our best subjects. Shop now

Yardbird     Best Buy Outlet     Best Buy Business     Shop with an Expert

Menu     Search Best Buy     🔍     San Francisco (13th and...     **Cart**

Back to School     Top Deals     Deal of the Day     Account     Recently Viewed     Order Status     Saved Items

Best Buy › Services

## Apple Service and Repair



Authorized Service Provider

# We're an Apple Authorized Service Provider

### Guaranteed low price. Same-day services.

Our Geek Squad® Agents are Apple-trained and use genuine
Apple parts on every repair.



# Learn how to schedule an appointment
# to get your Apple device serviced or repaired



| iPhone | Mac | Apple Watch | iPad | AirPods and Beats | iPod | HomePod | Apple TV |

# Why have your repair done at Best Buy?



# We are an Apple Authorized Service Provider.

Our Agents are Apple-trained, so you can trust us with all your Apple devices, no matter where you bought them.

# We use genuine Apple parts

We only use genuine Apple parts to deliver Apple-certified repairs, and only Apple-certified repairs are backed by Apple.

# Convenient locations, all on your schedule

You won't pay more for Apple service and repairs at Best Buy than you would at any other Apple Authorized Service Provider. Apple repairs and same-day iPhone screen replacement are available at most Best Buy stores.*

# Add AppleCare+ at the time of a repair

If you choose Geek Squad to repair your device, once it's back to working order, you can add AppleCare+ and get protection for peace of mind. Available on iPhone, Apple Watch, iPad, iPod, AirPods, Beats, Apple TV and HomePod.

Simply choose a monthly or one-time AppleCare+ payment option when you pick up your repaired device at the store.*

### Shop all things Apple

Discover the newest innovations for iPhone, iPad, Mac, Apple Watch and more.

### AppleCare+ Products

Service and support from the people who know your products best.

### Savings. Support. Protection.

My Best Buy Total™ members get 24/7 Geek Squad® tech support, exclusive prices and protection plans including AppleCare+.

Exclusions, terms and conditions apply.

---

## As an Apple Authorized Service Provider, we can repair many devices

### Devices we repair

**iPhone repair**
We can repair iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 16e, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone XR, iPhone XS Max, iPhone XS, iPhone X, iPhone 8 Plus, iPhone 8, iPhone 7 Plus, iPhone 7, iPhone SE, including iPhone screen repair.

**Mac repair**
We can repair MacBook, MacBook Pro, MacBook Air and iMac.

**Apple Watch repair**
We can repair Apple Watch and Apple Watch Sport, including watch screen repair.

**iPad repair**
We can repair 9.7-inch iPad Pro, 12.9-inch iPad Pro, iPad Air 2, iPad Air, iPad mini 2, iPad mini 4 and more.

**iPod repair**
We can repair iPod touch, iPod nano and iPod shuffle.

**HomePod repair**
We can repair all HomePod speakers.

**Apple TV repair**
We can repair Apple TV (4th generation) and Apple TV (3rd generation).

### Screen replacement

Cracked iPhone screen? We can repair your damaged screen and have your iPhone back the same day.* We use genuine Apple parts to deliver Apple-certified repairs that are backed by Apple, so you'll get your iPhone back and working exactly the way it should. Same-day service is available for iPhone 6s or newer models.

### Repairs we perform

- Fixing cracked screens and screen replacement
- General repairs
- Display issues
- Software issues
- Speaker replacement/audio issues
- Power/charging/battery issues
- Camera replacement
- Receiver/microphone replacement
- Vibe motor replacement
- Battery replacement
- Operating system upgrades
- Wi-Fi troubleshooting

## Disclosures

**Same-day repair:**
*Same-day repair excludes Mac or iPad hardware repairs. Same-day repair for iPhone 7s and newer is available at most Best Buy stores. Appointment required. Most repairs will be completed same-day if all necessary parts are in stock and device is not extensively damaged. Certain repairs may require a longer mail-in exchange process.

**Adding AppleCare+ at time of repair:**
*Device must have been purchased within two years of repair date. Coverage only applies for future repairs. Terms and Conditions apply.

**Same service and repair prices:**
*We will price match Apple service and repair costs of any Apple Authorized Service Provider. Prices will vary depending on the model and type of repair needed.

**Visit our Support Center**   **Check your Order Status**   **Shipping, Delivery & Store Pickup**   **Returns & Exchanges**   **Price Match Guarantee**

### Order & Purchases
Check Order Status
Shipping, Delivery & Pickup
Returns & Exchanges
Price Match Guarantee
Product Recalls
Trade-In Program
Gift Cards

### Payment Options
My Best Buy® Credit Card
Pay Your Bill at Citibank
Lease to Own
Buy Now, Pay Later

### Support & Services
Visit our Support Center
Shop with an Expert
Schedule a Service
Manage an Appointment
Protection & Support Plans
Haul Away & Recycling
Contact Us

### Rewards & Membership
My Best Buy Memberships
View Points & Certificates
Member Offers

### Partnerships
Sell on Best Buy Marketplace
Advertise with Us
Affiliates: Creators & Publishers
Best Buy Health
Best Buy Education
Best Buy Business
Partner+

### About Best Buy
Corporate Information
Careers
Corporate Responsibility
Sustainability

Sign in or Create Account

### Get the latest deals and more.

Enter email address

Sign Up

### Best Buy app
Learn more ›

Mobile Site    Best Buy Canada

Accessibility | Terms & Conditions | Privacy | Interest-Based Ads | State Privacy Rights | Health Data Privacy | Do Not Sell/Share My Personal Information | Limit Use of My Sensitive Personal Information | Targeted Advertising Opt Out | CA Supply Chain Transparency Act

In-store pricing may vary. Prices and offers are subject to change. © 2025 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.