# EXHIBIT 16

Find a store                    Search by location, ZIP, or store name                    Complete store list ›

# Apple UTC

Opens tomorrow at 10:00 a.m.


**Shop**
by drop-in
Available


**Shop**
by appointment
Reserve a shopping session ›


**Order pickup**
in store
Learn more ›


**Genius Bar**
by appointment
Make a reservation ›


**Today at Apple**
in store
Find a session ›

See all in-store and online services ⊕



## Address

4305 La Jolla Village Drive
San Diego, CA 92122

(858) 795-6392

Open in maps ↗

## Store Hours

| | | |
|---|---|---|
| **Today** | **July 23** | **10:00 a.m. - 9:00 p.m. *** |
| Thu | July 24 | 10:00 a.m. - 9:00 p.m. * |
| Fri | July 25 | 10:00 a.m. - 9:00 p.m. * |
| Sat | July 26 | 10:00 a.m. - 9:00 p.m. * |
| Sun | July 27 | 11:00 a.m. - 7:00 p.m. |

| Mon | July 28 | 10:00 a.m. - 9:00 p.m. * |
| Tue | July 29 | 10:00 a.m. - 9:00 p.m. * |

* Special store hours.

## How can we help you?

Need help finding what's right for you? Connect with a Specialist online. Or in a one-on-one session at an Apple Store.

Shop online with a Specialist ›    Reserve an in-store shopping session ›

From setting up your device to recovering your Apple Account to replacing a screen, Genius Support has you covered.

Get support ›

Sign language interpretation is available at our stores through an on-demand video service, instantly and at no cost to you. An in-person interpreter can be arranged by advanced request for in-store sessions and events, also at no cost.º

Request an in-person sign language interpreter ↗

## Today at Apple

Join free creative sessions happening every day.

See all sessions at this store ›



**Apple Camp**
Direct Your Own Friendship Film on iPad

See all times



**Get Started**
iPhone

See all times



**Get Started**
Apple Watch

See all times



**Workshop**
Video on iPhone

See all times



**Workshop**
Take Better Photos on iPhone

See all times



**Spotlight**
Apple Intelligence

See all times

See more ⌄

We use your IP address or browser to approximate your location. This information is discarded at the end of your session or in accordance with your browser settings.

º The information you provide as part of your request for a sign language interpreter will only be used to process your request and provide an interpreter.

◊ Available for Qualified Purchasers only. Qualified Purchasers purchasing an eligible Mac/iPad ("Eligible Product") with eligible AirPods/accessory ("Promotion Product") from a Qualifying Location through September 30, 2025 will receive Promotion Savings (up to $199, not to exceed the price of the Promotion Product). Customers will be charged for all items in their cart, including the Promotion Product. Only one Promotion Product per Eligible Product per Qualified Purchaser. Offer subject to availability. While supplies last. Additional restrictions apply. View full offer terms here.

† **AT&T iPhone 16 Special Deal:** Monthly price (if shown) reflects net monthly payment, after application of AT&T trade-in credit applied over 36 months with purchase of an iPhone 16 Pro, iPhone 16 Pro Max, or iPhone 16, and trade-in of eligible smartphone. Receive credit with purchase of an iPhone 16 Pro or iPhone 16 Pro Max of either $1000, $830, or $350 (based upon the model and condition of your trade-in smartphone). Receive credit with purchase of an iPhone 16 of either $800 or $350 (based upon the model and condition of your trade-in smartphone). Max bill credits will not exceed the cost of the device. Requires upgrade of an existing line or activation of a new line and purchase of a new iPhone 16 Pro, iPhone 16 Pro Max, or iPhone 16, on qualifying 36 month 0% APR installment plan, subject to carrier credit qualification. Customers purchasing this offer through Apple cannot add the Next Up Anytime option. $0 down for well qualified customers only, or down payment may be required and depends on a variety of factors. Tax on full retail price due at sale. Requires activation on eligible AT&T unlimited plan. AT&T may temporarily slow data speeds if the network is busy. If you cancel eligible wireless service, credits will stop and you will owe the remaining device balance. Activation/Upgrade Fee: $35. Trade in device may not be on existing installment plan. Bill credits are applied as a monthly credit over the 36 month installment plan. Credits start within 3 bills. Will receive catchup credits once credits start. Wireless line must be on an installment agreement, active, and in good standing for 30 days to qualify. Installment agreement starts when device is shipped. To get all credits, device must remain on agreement for entire term and you must keep eligible service on device for entire installment term. Limited time offer; subject to change. Limits: one trade-in per qualifying purchase and one

credit per line. May not be combinable with other offers, discounts, or credits. Purchase, financing, other limits, and restrictions apply. Price for iPhone 16 and iPhone 16 Plus includes $30 AT&T connectivity discount. Activation required.

**Boost Mobile iPhone 16 Special Deal:** Buy an iPhone 16 Pro, iPhone 16 Pro Max, iPhone 16, or iPhone 16 Plus and get $1000 in bill credits (not to exceed the cost of the iPhone) applied over 36 months. No trade-in required. If you are trading in a device with this deal, trade-in value will be applied as additional bill credits over 36 months. Monthly price (if shown) reflects net monthly payment, after application of $1000 in bill credit (not to exceed the cost of the iPhone purchased) and trade-in credit (if applicable) applied over 36 months respectively. Requires activation of a new line, Boost Mobile Infinite Access plan and purchase on qualifying 36-month 0% APR installment plan, subject to carrier credit qualification. After making 12 installment payments, you may upgrade to a new iPhone and get up to $1000 in bill credits (not to exceed the cost of the iPhone) applied over 36 months for the new iPhone on the Infinite Access plan and purchase on new qualifying 36-month 0% APR installment plan, subject to carrier credit qualification. Tax on full retail price due at sale. If you cancel eligible wireless service, credits will stop and you will owe the remaining device balance. Bill credits are applied as a monthly credit over the 36-month installment plan. Trade-in credits start within 3 bills. Installment agreement starts when device is shipped. To get all credits, device must remain on agreement for entire term and you must keep eligible service on device for entire installment term. Limited-time offer; subject to change. Limits: one credit per line. May not be combined with other offers, discounts, or credits. Purchase, financing, other limits, and restrictions apply. Price for iPhone 16 and iPhone 16 Plus includes $30 Boost Mobile connectivity discount. Activation required.

**T-Mobile iPhone 16 Special Deal:** Monthly price (if shown) reflects net monthly payment, after application of T-Mobile trade-in credit applied over 24 months with purchase of an iPhone 16 Pro, iPhone 16 Pro Max, iPhone 16, or iPhone 16 Plus and trade-in of eligible smartphone.

Existing customers: Receive credit with purchase of an iPhone 16 Pro, iPhone 16 Pro Max, iPhone 16, or iPhone 16 Plus (based upon the model and condition of your trade-in smartphone) of $1000, $800, or $400 for customers on an Experience Beyond or Go5G Next plan (excluding all 55, Military, First Responder plans) ($100+/mo. plan after AutoPay discount if applicable); or $800 or $400 for customers on an Experience More or Go5G Plus plan (excluding all 55, Military, First Responder plans) ($85+/mo. plan after AutoPay discount if applicable); or $800, $600, or $300 for customers on an Experience Beyond or Go5G Next 55, Military, or First Responder plan ($85+/mo. plan after AutoPay discount if applicable); or $600 or $300 for customers on an Experience More or Go5G Plus 55, Military, or First Responder plan ($70+/mo. plan after AutoPay discount if applicable); or $300 or $150 for customers on a Go5G, Magenta, Magenta MAX, or Essentials plan ($60+/mo. plan after AutoPay discount if applicable). Must be an existing T-Mobile customer.

Add-a-Line customers: Receive credit with purchase of an iPhone 16 Pro, iPhone 16 Pro Max, iPhone 16, or iPhone 16 Plus (based upon the model and condition of your trade-in smartphone) of $1000, $800, or $400 for customers on an Experience Beyond or Go5G Next plan (excluding all 55, Military, First Responder plans) ($100+/mo. plan after AutoPay discount if applicable); or $800 or $400 for customers on an Experience More or Go5G Plus plan (excluding all 55, Military, First Responder plans) ($85+/mo. plan after AutoPay discount if applicable); or $800, $600, or $300 for customers on an Experience Beyond or Go5G Next 55, Military, or First Responder plan ($85+/mo. plan after AutoPay discount if applicable); or $600 or $300 for customers on an Experience More or Go5G Plus 55, Military, or First Responder plan ($70+/mo. plan after AutoPay discount if applicable); or $800 or $400 for customers on an Essentials, Magenta/MAX or Go5G plan (excluding all 55, Military, First Responder plans) ($60+/mo. plan after AutoPay discount if applicable); or $600 or $300 for customers on an Essentials 55 Choice, Magenta/MAX, or Go5G 55, Military, or First Responder plan ($45+/mo. plan after AutoPay discount if applicable). Must be a T-Mobile customer adding a new line to an existing T-Mobile account.

New customers: Receive credit with purchase of an iPhone 16 Pro, iPhone 16 Pro Max, iPhone 16, or iPhone 16 Plus (based upon the model and condition of your trade-in smartphone) of $1000, $800, or $400 for customers on an Experience Beyond plan (excluding all 55, Military, First Responder plans) ($100+/mo. plan after AutoPay discount if applicable); or $800 or $400 for customers on an Experience More plan (excluding all 55, Military, First Responder plans) ($85+/mo. plan after AutoPay discount if applicable); or $800, $600, or $300 for customers on an Experience Beyond 55, Military, or First Responder plan ($85+/mo. plan after AutoPay discount if applicable); or $600 or $300 for customers on an Experience More 55, Military, or First Responder plan ($70+/mo. plan after AutoPay discount if applicable); or $800 or $400 for customers on an Essentials (excluding all 55, Military, First Responder plans) ($60+/mo. plan after AutoPay discount if applicable); or $600 or $300 for customers on an Essentials 55 Choice, Military, or First Responder plan ($45+/mo. plan after AutoPay discount if applicable). Must be a new T-Mobile customer.

Max bill credits will not exceed the cost of the device. Credit comprised of (i) Apple instant trade-in credit at checkout and (ii) T-Mobile monthly bill credits applied over 24 months. Allow 2 bill cycles from valid submission and validation of trade-in. Tax on pre-credit price due at sale. Limited-time; subject to change. Qualifying credit, data plan, and trade-in (e.g., iPhone 15 Pro Max) in good condition required. Max 4 promotions on any iPhone per account. May not be combinable with some offers, discounts, or promotions. Activation required. **Contact T-Mobile before cancelling entire account to continue remaining bill credits, or credits stop & balance on required finance agreement is due. Bill credits end if you pay off early.**

**Verizon iPhone 16 Special Deal:** Monthly price (if shown) reflects net monthly payment, after application of Verizon trade-in credit applied over 36 months with purchase of an iPhone 16 Pro, iPhone 16 Pro Max, iPhone 16, or iPhone 16 Plus.

Existing customers: Customers on an Unlimited Ultimate plan (min. $90/mo w/Auto Pay (+taxes/fees) for 36 mos) receive: $1000 or $600 credit (based upon the model and condition of your trade-in smartphone) with purchase of an iPhone 16 Pro or iPhone 16 Pro Max; $930 or $600 credit (based upon the model and condition of your trade-in smartphone) with purchase of an iPhone 16 Plus; or $830 or $600 credit (based upon the model and condition of your trade-in smartphone) with purchase of an iPhone 16. Customers on an Unlimited Plus plan (min. $80/mo w/Auto Pay (+taxes/fees) for 36 mos) receive $830 or $450 credit (based upon the model and condition of your trade-in smartphone) with purchase of an iPhone 16 Pro, iPhone 16 Pro Max, iPhone 16, or iPhone 16 Plus. Customers on an Unlimited Welcome plan (min. $65/mo w/Auto Pay (+taxes/fees) for 36 mos) receive $600 or $360 credit (based upon the model and condition of your trade-in smartphone) with purchase of an iPhone 16 Pro, iPhone 16 Pro Max, iPhone 16, or iPhone 16 Plus. Must be an existing Verizon customer.

New or Add-a-Line customers: Customers on an Unlimited Ultimate plan (min. $90/mo w/Auto Pay (+taxes/fees) for 36 mos) receive: $1000 or $600 credit (based upon the model and condition of your trade-in smartphone) with purchase of an iPhone 16 Pro or iPhone 16 Pro Max; $930 or $600 credit (based upon the model and condition of your trade-in smartphone) with purchase of an iPhone 16 Plus; or $830 or $600 credit (based upon the model and condition of your trade-in smartphone) with purchase of an iPhone 16. Customers on an Unlimited Plus plan (min. $80/mo w/Auto Pay (+taxes/fees) for 36 mos) receive $830 or $450 credit (based upon the model and condition of your trade-in smartphone) with purchase of an iPhone 16 Pro, iPhone 16 Pro Max, iPhone 16, or iPhone 16 Plus. Customers on an Unlimited Welcome plan (min. $65/mo w/Auto Pay (+taxes/fees) for 36 mos) receive $600 or $360 credit (based upon the model and condition of your trade-in smartphone) with purchase of an iPhone 16 Pro, iPhone 16 Pro Max, iPhone 16, or iPhone 16 Plus. Must be a new Verizon customer or adding a new line to an existing Verizon account.

Max bill credits will not exceed the cost of the device. Credit comprised of (i) Apple instant trade-in credit at checkout and (ii) Verizon monthly bill credits applied over 36 months. Customer must remain in the Verizon Device Payment Program for 36 months to receive the full benefit of the Verizon bill credits. Bill credits may take 1-2 bill cycles to appear. If it takes two cycles for bill credits to appear, you'll see the credit for the first cycle on your second bill in addition to that month's credit. Requires purchase and activation of a new iPhone 16 Pro, iPhone 16 Pro Max, iPhone 16, or iPhone 16 Plus with the Verizon Device Payment Program at 0% APR for 36 months, subject to carrier credit qualification, and iPhone availability and limits. Taxes and shipping not included in monthly price. Sales tax may be assessed on full value of new iPhone. Requires eligible unlimited service plan. Requires trade-in of eligible device in eligible condition. Must be at least 18 to trade-in. Apple or its trade-in partners reserve the right to refuse or limit any trade-in transaction for any reason. In-store trade-in requires presentation of a valid, government-issued photo ID (local law may require saving this information). In-store promotion availability subject to local law; speak to a Specialist to learn more. Limited-time offer; subject to change. Additional terms from Apple, Verizon, and Apple's trade-in partners may apply. Price for iPhone 16 and iPhone 16 Plus includes $30 Verizon connectivity discount. Activation required.

**AT&T iPhone 16e Special Deal:** Buy an iPhone 16e 128 GB and get $383.36 in bill credits applied over 36 months. Buy an iPhone 16e 256 GB and get $303.36 in bill credits applied over 36 months. Buy an iPhone 16e 512 GB and get $323.36 in bill credits applied over 36 months. Requires upgrade of an existing line (or activation of a new line) and purchase on qualifying 36-month 0% APR installment plan, subject to carrier credit qualification. $0 down for well-qualified customers only, or down payment may be required and depends on a variety of factors. Tax on full retail price due at sale. Requires activation on eligible AT&T unlimited plan. AT&T may temporarily slow data speeds if the network is busy. If you cancel eligible wireless service, credits will stop and you will owe the remaining device balance. Activation/Upgrade Fee: $35. Bill credits are applied as a monthly credit over the 36-month installment plan. Credits start within 3 bills. Will receive catch-up credits once credits start. Wireless line must be on an installment agreement, active,

and in good standing for 30 days to qualify. Installment agreement starts when device is shipped. To get all credits, device must remain on agreement for entire term and you must keep eligible service on device for entire installment term. Limited-time offer; subject to change. Limits: one credit per line. May not be combinable with other offers, discounts, or credits. Purchase, financing, other limits, and restrictions apply. Activation required.

**T-Mobile iPhone 16e Special Deal:** Monthly price (if shown) reflects net monthly payment, after application of T-Mobile trade-in credit applied over 24 months with purchase of an iPhone 16e and trade-in of eligible smartphone.

Existing customers: Receive credit with purchase of an iPhone 16e (based upon the model and condition of your trade-in smartphone) of $899, $800, or $400 for customers on an Experience Beyond or Go5G Next plan (excluding all 55, Military, First Responder plans) ($100+/mo. plan after AutoPay discount if applicable); or $800 or $400 for customers on an Experience More or Go5G Plus plan (excluding all 55, Military, First Responder plans) ($85+/mo. plan after AutoPay discount if applicable); or $800, $600, or $300 for customers on an Experience Beyond or Go5G Next 55, Military, or First Responder plan ($85+/mo. plan after AutoPay discount if applicable); or $600 or $300 for customers on an Experience More or Go5G Plus 55, Military, or First Responder plan ($70+/mo. plan after AutoPay discount if applicable); or $300 or $150 for customers on a Go5G, Magenta, Magenta MAX, or Essentials plan ($60+/mo. plan after AutoPay discount if applicable). Must be an existing T-Mobile customer.

Add-a-Line customers: Receive credit with purchase of an iPhone 16e (based upon the model and condition of your trade-in smartphone) of $899, $800, or $400 for customers on an Experience Beyond or Go5G Next plan (excluding all 55, Military, First Responder plans) ($100+/mo. plan after AutoPay discount if applicable); or $800 or $400 for customers on an Experience More or Go5G Plus plan (excluding all 55, Military, First Responder plans) ($85+/mo. plan after AutoPay discount if applicable); or $800, $600, or $300 for customers on an Experience Beyond or Go5G Next 55, Military, or First Responder plan ($85+/mo. plan after AutoPay discount if applicable); or $600 or $300 for customers on an Experience More or Go5G Plus 55, Military, or First Responder plan ($70+/mo. plan after AutoPay discount if applicable); or $800 or $400 for customers on an Essentials, Magenta/MAX or Go5G plan (excluding all 55, Military, First Responder plans) ($60+/mo. plan after AutoPay discount if applicable); or $600 or $300 for customers on an Essentials 55 Choice, Magenta/MAX, or Go5G 55, Military, or First Responder plan ($45+/mo. plan after AutoPay discount if applicable). Must be a T-Mobile customer adding a new line to an existing T-Mobile account.

New customers: Receive credit with purchase of an iPhone 16e (based upon the model and condition of your trade-in smartphone) of $899, $800, or $400 for customers on an Experience Beyond plan (excluding all 55, Military, First Responder plans) ($100+/mo. plan after AutoPay discount if applicable); or $800 or $400 for customers on an Experience More plan (excluding all 55, Military, First Responder plans) ($85+/mo. plan after AutoPay discount if applicable); or $800, $600, or $300 for customers on an Experience Beyond 55, Military, or First Responder plan ($85+/mo. plan after AutoPay discount if applicable); or $600 or $300 for customers on an Experience More 55, Military, or First Responder plan ($70+/mo. plan after AutoPay discount if applicable); or $800 or $400 for customers on an Essentials (excluding all 55, Military, First Responder plans) ($60+/mo. plan after AutoPay discount if applicable); or $600 or $300 for customers on an Essentials 55 Choice, Military, or First Responder plan ($45+/mo. plan after AutoPay discount if applicable). Must be a new T-Mobile customer.

Max bill credits will not exceed the cost of the device. Credit comprised of (i) Apple instant trade-in credit at checkout and (ii) T-Mobile monthly bill credits applied over 24 months. Allow 2 bill cycles from valid submission and validation of trade-in. Tax on pre-credit price due at sale. Limited-time; subject to change. Qualifying credit, data plan, and trade-in (e.g., iPhone 15 Pro Max) in good condition required. Max 4 promotions on any iPhone per account. May not be combinable with some offers, discounts, or promotions. Activation required. **Contact T-Mobile before cancelling entire account to continue remaining bill credits, or credits stop & balance on required finance agreement is due. Bill credits end if you pay off early.**

**Verizon iPhone 16e Special Deal:** Monthly price (if shown) reflects net monthly payment, after application of Verizon trade-in credit applied over 36 months with purchase of an iPhone 16e.

Existing customers: Customers on an Unlimited Ultimate plan, Unlimited Plus plan, or Unlimited Welcome plan (min. $65/mo w/Auto Pay (+taxes/fees) for 36 mos) receive $600 credit (based upon the model and condition of your trade-in smartphone) with purchase of an iPhone 16e. Must be an existing Verizon customer.

New or Add-a-Line customers: Customers on an Unlimited Ultimate plan, Unlimited Plus plan, or Unlimited Welcome plan (min. $65/mo w/Auto Pay (+taxes/fees) for 36 mos) receive $600 credit (based upon the model and condition of your trade-in smartphone) with purchase of a iPhone 16e. Must be a new Verizon customer or adding a new line to an existing Verizon account.

Max bill credits will not exceed the cost of the device. Credit comprised of (i) Apple instant trade-in credit at checkout and (ii) Verizon monthly bill credits applied over 36 months. Customer must remain in the Verizon Device Payment Program for 36 months to receive the full benefit of the Verizon bill credits. Bill credits may take 1-2 bill cycles to appear. If it takes two cycles for bill credits to appear, you'll see the credit for the first cycle on your second bill in addition to that month's credit. Requires purchase and activation of a new iPhone 16e with the Verizon Device Payment Program at 0% APR for 36 months, subject to carrier credit qualification, and iPhone availability and limits. Taxes and shipping not included in monthly price. Sales tax may be assessed on full value of new iPhone. Requires eligible unlimited service plan. Requires trade-in of eligible device in eligible condition. Must be at least 18 to trade-in. Apple or its trade-in partners reserve the right to refuse or limit any trade-in transaction for any reason. In-store trade-in requires presentation of a valid, government-issued photo ID (local law may require saving this information). In-store promotion availability subject to local law; speak to a Specialist to learn more. Limited-time offer; subject to change. Additional terms from Apple, Verizon, and Apple's trade-in partners may apply. Activation required.

**AT&T iPhone 15 Special Deal:** Buy an iPhone 15 128 GB and get $441.36 in bill credits applied over 36 months. Buy an iPhone 15 256 GB and get $361.36 in bill credits applied over 36 months. Buy an iPhone 15 512 GB and get $381.36 in bill credits applied over 36 months. Requires upgrade of an existing line (or activation of a new line) and purchase on qualifying 36-month 0% APR installment plan, subject to carrier credit qualification. $0 down for well-qualified customers only, or down payment may be required and depends on a variety of factors. Tax on full retail price due at sale. Requires activation on eligible AT&T unlimited plan. AT&T may temporarily slow data speeds if the network is busy. If you cancel eligible wireless service, credits will stop and you will owe the remaining device balance. Activation/Upgrade Fee: $35. Bill credits are applied as a monthly credit over the 36-month installment plan. Credits start within 3 bills. Will receive catch-up credits once credits start. Wireless line must be on an installment agreement, active, and in good standing for 30 days to qualify. Installment agreement starts when device is shipped. To get all credits, device must remain on agreement for entire term and you must keep eligible service on device for entire installment term. Limited-time offer; subject to change. Limits: one credit per line. May not be combinable with other offers, discounts, or credits. Purchase, financing, other limits, and restrictions apply. Activation required.

**T-Mobile iPhone 15 Special Deal:** Monthly price (if shown) reflects net monthly payment, after application of T-Mobile trade-in credit applied over 24 months with purchase of an iPhone 15 or iPhone 15 Plus and trade-in of eligible smartphone.

Existing customers: Receive credit with purchase of an iPhone 15 or iPhone 15 Plus (based upon the model and condition of your trade-in smartphone) of $1000, $800, or $400 for customers on an Experience Beyond or Go5G Next plan (excluding all 55, Military, First Responder plans) ($100+/mo. plan after AutoPay discount if applicable); or $800 or $400 for customers on an Experience More or Go5G Plus plan (excluding all 55, Military, First Responder plans) ($85+/mo. plan after AutoPay discount if applicable); or $800, $600, or $300 for customers on an Experience Beyond or Go5G Next 55, Military, or First Responder plan ($85+/mo. plan after AutoPay discount if applicable); or $600 or $300 for customers on an Experience More or Go5G Plus 55, Military, or First Responder plan ($70+/mo. plan after AutoPay discount if applicable); or $300 or $150 for customers on a Go5G, Magenta, Magenta MAX, or Essentials plan ($60+/mo. plan after AutoPay discount if applicable). Must be an existing T-Mobile customer.

Add-a-Line customers: Receive credit with purchase of an iPhone 15 or iPhone 15 Plus (based upon the model and condition of your trade-in smartphone) of $1000, $800, or $400 for customers on an Experience Beyond or Go5G Next plan (excluding all 55, Military, First Responder plans) ($100+/mo. plan after AutoPay discount if applicable); or $800 or $400 for customers on an Experience More or Go5G Plus plan (excluding all 55, Military, First Responder plans) ($85+/mo. plan after AutoPay discount if applicable); or $800, $600, or $300 for customers on an Experience Beyond or Go5G Next 55, Military, or First Responder plan ($85+/mo. plan after AutoPay discount if applicable); or $600 or $300 for customers on an Experience More or Go5G Plus 55, Military, or First Responder plan ($70+/mo. plan after AutoPay discount if applicable); or $800 or $400 for customers on an Essentials, Magenta/MAX or Go5G plan (excluding all 55, Military, First Responder plans) ($60+/mo. plan after AutoPay discount if applicable); or $600 or $300 for customers on an Essentials 55 Choice, Magenta/MAX or Go5G 55, Military, or First Responder plan ($45+/mo. plan after AutoPay discount if applicable). Must be a T-Mobile customer adding a new line to an existing T-Mobile account.

New customers: Receive credit with purchase of an iPhone 15 or iPhone 15 Plus (based upon the model and condition of your trade-in smartphone) of $1000, $800, or $400 for customers on an Experience Beyond plan (excluding all 55, Military, First Responder plans) ($100+/mo. plan after AutoPay discount if applicable); or $800 or $400 for customers on an Experience More plan (excluding all 55, Military, First Responder plans) ($85+/mo. plan after AutoPay discount if applicable); or $800, $600, or $300 for customers on an Experience Beyond 55, Military, or First Responder plan ($85+/mo. plan after AutoPay discount if applicable); or $600 or $300 for customers on an Experience More 55, Military, or First Responder plan ($70+/mo. plan after AutoPay discount if applicable); or $800 or $400 for customers on an Essentials (excluding all 55, Military, First Responder plans) ($60+/mo. plan after AutoPay discount if applicable); or $600 or $300 for customers on an Essentials 55 Choice, Military, or First Responder plan ($45+/mo. plan after AutoPay discount if applicable). Must be a new T-Mobile customer.

Max bill credits will not exceed the cost of the device. Credit comprised of (i) Apple instant trade-in credit at checkout and (ii) T-Mobile monthly bill credits applied over 24 months. Allow 2 bill cycles from valid submission and validation of trade-in. Tax on pre-credit price due at sale. Limited-time; subject to change. Qualifying credit, data plan, and trade-in (e.g., iPhone 15 Pro Max) in good condition required. Max 4 promotions on any iPhone per account. May not be combinable with some offers, discounts, or promotions. Activation required. **Contact T-Mobile before cancelling entire account to continue remaining bill credits, or credits stop & balance on required finance agreement is due. Bill credits end if you pay off early.**

1. Trade-in values will vary based on the condition, year, and configuration of your eligible trade-in device. Not all devices are eligible for credit. You must be at least 18 years old to be eligible to trade in for credit or for an Apple Gift Card. Trade-in value may be applied toward qualifying new device purchase, or added to an Apple Gift Card. Actual value awarded is based on receipt of a qualifying device matching the description provided when estimate was made. Sales tax may be assessed on full value of a new device purchase. In-store trade-in requires presentation of a valid photo ID (local law may require saving this information). Offer may not be available in all stores, and may vary between in-store and online trade-in. Some stores may have additional requirements. Apple or its trade-in partners reserve the right to refuse or limit quantity of any trade-in transaction for any reason. More details are available from Apple's trade-in partner for trade-in and recycling of eligible devices. Restrictions and limitations may apply.

2. Apple Card Monthly Installments (ACMI) is a 0% APR payment option that is only available if you select it at checkout in the U.S. for eligible products purchased at Apple Store locations, apple.com, the Apple Store app, or by calling 1-800-MY-APPLE, and is subject to credit approval and credit limit. See support.apple.com/102730 for more information about eligible products. Existing customers: See your Customer Agreement for your variable APR. As of July 1, 2025, the variable APR on new Apple Card accounts ranges from 18.24% to 28.49%. You must elect to use ACMI at checkout. If you buy an ACMI-eligible product with a one-time payment on Apple Card at checkout, that purchase is subject to your Apple Card's variable APR, not the ACMI 0% APR. Taxes and shipping on items purchased using ACMI are subject to your Apple Card's variable APR, not the ACMI 0% APR. In order to buy an iPhone with ACMI, you must select one of the following carriers: AT&T, Boost Mobile, T-Mobile, or Verizon. An iPhone purchased with ACMI is always unlocked, so you can switch carriers at any time, subject to your carrier's terms. ACMI is not available for purchases made online at the following special stores: Apple Employee Purchase Plan; participating corporate Employee Purchase Programs; Apple at Work for small businesses; Government and Veterans and Military Purchase Programs; or on refurbished devices. The last month's payment for each product will be the product's purchase price, less all other payments at the monthly payment amount. ACMI is subject to change at any time for any reason, including but not limited to installment term lengths and eligible products. See the Apple Card Customer Agreement for more information about ACMI.

To access and use all Apple Card features and products available only to Apple Card users, you must add Apple Card to Wallet on an iPhone or iPad that supports and has the latest version of iOS or iPadOS. Apple Card is subject to credit approval, available only for qualifying applicants in the United States, and issued by Goldman Sachs Bank USA, Salt Lake City Branch.

If you reside in the U.S. territories, please call Goldman Sachs at 877-255-5923 with questions about Apple Card.

 > Retail > Apple UTC

**Shop and Learn**
Store
Mac
iPad
iPhone
Watch
Vision
AirPods
TV & Home
AirTag
Accessories
Gift Cards

**Apple Wallet**
Wallet
Apple Card
Apple Pay
Apple Cash

**Account**
Manage Your Apple Account
Apple Store Account
iCloud.com

**Entertainment**
Apple One
Apple TV+
Apple Music
Apple Arcade
Apple Fitness+
Apple News+
Apple Podcasts
Apple Books
App Store

**Apple Store**
Find a Store
Genius Bar
Today at Apple
Group Reservations
Apple Camp
Apple Store App
Certified Refurbished
Apple Trade In
Financing
Carrier Deals at Apple
Order Status
Shopping Help

**For Business**
Apple and Business
Shop for Business

**For Education**
Apple and Education
Shop for K-12
Shop for College

**For Healthcare**
Apple in Healthcare
Mac in Healthcare
Health on Apple Watch
Health Records on iPhone and iPad

**For Government**
Shop for Government
Shop for Veterans and Military

**Apple Values**
Accessibility
Education
Environment
Inclusion and Diversity
Privacy
Racial Equity and Justice
Supply Chain Innovation

**About Apple**
Newsroom
Apple Leadership
Career Opportunities
Investors
Ethics & Compliance
Events
Contact Apple

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE (1-800-692-7753).

Copyright © 2025 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map    United States