# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>APPLE INC., CAPITAL ONE, N.A., CAPITAL ONE SERVICES, LLC, FROST BANK, and CULLEN/FROST BANKERS, INC.,<br><br>　　　Defendants. | Civil Action No. 4:25-cv-00230-ALM<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO DISMISS

Before the Court is Defendant Apple Inc.'s Motion to Dismiss. Having considered all materials and arguments submitted in connection therewith, the Court finds that the Motion should be and hereby is **GRANTED**, and the claims against Apple are hereby **DISMISSED**.

IT IS SO ORDERED.

1