IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTERNSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br> v. <br><br> APPLE INC., <br> CAPITAL ONE, N.A., <br> CAPITAL ONE SERVICES, LLC, <br> FROST BANK, and <br> CULLEN/FROST BANKERS, INC., <br><br> Defendants. | Case No. 4:25-CV-00230-ALM |

**DEFENDANT APPLE INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT APPLE INC.'S RENEWED MOTION TO DISMISS (DKT. NO. 62)**

Defendant Apple Inc. ("Apple") notifies the Court of supplemental authority relevant to Apple's Renewed Motion to Dismiss (Dkt. No. 62). Apple respectfully requests that the Court consider the recent Orders in *Advanced Coding Techs. LLC v. Apple Inc.*, Case No. 2:24-cv-00572-JRG, Dkt. No. 79 (E.D. Tex. Sept. 29, 2025) (Lead Case), *Advanced Coding Techs. LLC v. Apple Inc.*, Case No. 2:24-cv-00687-JRG, Dkt. No. 13 (E.D. Tex. Sept. 29, 2025) (Member Case), and *Avant Location Techs. LLC v. Apple Inc.*, Case No. 2:24-cv-00757-JRG (Dkt. No. 93) (E.D. Tex. Sept. 29, 2025), in which Judge Rodney Gilstrap in the Eastern District of Texas, Marshall Division, granted-as-modified, Apple's Motions to Dismiss, and transferred the above-referenced matters to the United States District Court for the Northern District of Texas. Judge Gilstrap's Orders from the *Advanced Coding Techs.* and *Avant Location Techs.* matters are attached hereto as Exhibit A and B.

1

Dated: October 6, 2025                                Respectfully submitted,

   /s/ *Melissa R. Smith*
_____
Indranil Mukerji
Ranganath Sudarshan
Brianne Bharkhda Sullivan (*Pro Hac Vice*)
Matthew Kudzin (*Pro Hac Vice*)
John Veiszlemlein (*Pro Hac Vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Email: imukerji@cov.com
Email: rsudarshan@cov.com
Email: bsullivan@cov.com
Email: mkudzin@cov.com
Email: jveiszlemlein@cov.com

Michael E. Bowlus
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Email: mbowlus@cov.com

Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 6, 2025, to all counsel of record via the Court's CM/ECF system.

/s/ *Melissa R. Smith*
Melissa R. Smith