# EXHIBIT 1B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., § § § § Plaintiffs, § § v. § § APPLE INC., § CAPITAL ONE, N.A., § CAPITAL ONE SERVICES, LLC, § FROST BANK, and § CULLEN/FROST BANKERS, INC. § § Defendants. § | Civil Action No. 4:25-cv-00230  JURY TRIAL DEMANDED |

## DEFENDANTS' PROPOSED SCHEDULING ORDER

| Deadline | Deadline Description |
|---|---|
| October 27, 2025 11:00 a.m. | Case Management Conference. |
| November 6, 2025 | P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions (and P.R. 3-2 document production) to be served.<br><br>Plaintiffs shall assert no more than 10 claims per patent and no more than 32 claims total. |
| December 1, 2025 | Join Additional Parties.<br><br>To extent not already required to be disclosed, exchange Mandatory Disclosures on all issues, including damages. |
| December 8, 2025 | P.R. 3-3 Invalidity Contentions (and P.R. 3-4 document production) to be served. |
| December 29, 2025 | Plaintiffs shall serve Final Election of Asserted Claims with no more than 16 total claims. |

1

| Deadline | Deadline Description |
|---|---|
| January 7, 2026 | Parties to disclose whether they believe claim construction experts are needed. |
| January 7, 2026 | Parties to exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112, ¶ 6 (P.R. 4-1). |
| January 12, 2026 | Privilege Logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| January 19, 2026 | Defendants shall serve Final Election of Asserted Prior Art with no more than 6 prior art references per patent and no more than 20 references total. For the purposes of this case, a prior art instrumentality and associated references that describe such instrumentality shall count as one reference. Any background or state of the prior art references, including references used to support a motivation to combine or used in connection with subject matter invalidity contentions to show that concepts were well known or conventional, do not count against the number of total references. |
| January 26, 2026 | Parties' Final Amended Pleadings (A motion for leave is required). |
| February 4, 2026 | Parties to exchange preliminary proposed claim construction and extrinsic evidence supporting same (P.R. 4-2). |
| February 16, 2026 | Respond to Amended Pleadings |
| February 19, 2026 | Joint Claim Construction and Prehearing Statement to be filed (P.R. 4-3). Provide an estimate of how many pages are needed to brief the disputed claims. |
| March 9, 2026 | Completion date for discovery on claim construction (P.R. 4-4). |
| March 16, 2026 | Opening claim construction brief (P.R. 4-5(a)). |
| March 27, 2026 | Submit technology synopsis/tutorial (both hard copy and disk). |
| March 30, 2026 | Responsive claim construction brief (P.R. 4-5(b)). |
| April 6, 2026 | Reply claim construction brief (P.R. 4-5(c)). |
| April 14, 2026 | Parties to file joint claim construction and chart (P.R. 4-5(d)). Parties shall work together to agree on as many claim terms as possible. |

| Deadline | Deadline Description |
|---|---|
| April 24, 2026 9:00 a.m. | Claim Construction Hearing at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090. |
| May 29, 2026 | Deadline for Initial Mandatory Disclosure of all persons, documents, data compilations and tangible things, which are relevant to a claim or defense of any party and which has not previously been disclosed.<br><br>This deadline is not an extension of earlier deadlines set out in this court's order or the Patent Rules, nor an excuse to delay disclosure of information. It is a "catchall" deadline for provision of all remaining information which may be relevant to a claim or defense of any party at trial. |
| June 10, 2026 | Fact Discovery Deadline. All fact discovery must be served in time to be completed by this date. |
| June 26, 2026 | Parties with burden of proof to designate Expert Witnesses other than claims construction experts and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(a)(2)(B).<br><br>**Note: Objections to any expert, including Daubert motions, shall be filed within 3 weeks after the expert's Report has been disclosed. Such objections and motions are limited to ten pages each.** |
| July 10, 2026 | Parties to Designate Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness report, to include for ALL experts all information set out in Rule 26(2)(B).<br><br>**Note: Objections to any expert, including Daubert motions, shall be filed within 3 weeks after the expert's Report has been disclosed. Such objections and motions are limited to ten pages each.** |
| July 24, 2026 | File Dispositive Motions and any other motions that may require a hearing. Regardless of how many dispositive motions a party files, each party is limited to a total of sixty pages for such motions. Each individual motion shall comply with Local Rule CV-7. Responses to motions shall be due in accordance with Local Rule CV-7(e). |
| July 22, 2026 | Expert Discovery Deadline. |

| **Deadline** | **Deadline Description** |
|---|---|
| 30 days after entry of the claim construction order | Deadline for parties to meet and confer regarding mediation. |
| September 28, 2026 | The parties will meet and confer to discuss further reducing the number of asserted claims and prior art references. |
| November 2, 2026 | Notice of intent to offer certified records. |
| November 2, 2026 | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (See www.txed.uscourts.gov) and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases). |
| November 9, 2026 | Motions *in limine* due.<br><br>File Joint Final Pretrial Order. Exchange Exhibits and deliver copies to the court. At this date, all that is required to be submitted to the court is a hyperlinked exhibit list on disk (2 copies) and no hard copies |
| November 9, 2026 | Deposition Designation due. Each party who proposes to offer a deposition shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and request cross-examination line and page numbers to be included. Counsel must consult on any objections, and only those which cannot be resolved shall be presented to the Court.<br><br>The party who filed an initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations, the applicable Federal Rules of Civil Procedure, and the Court's rulings on objections. |
| November 23, 2026 | Response to motions *in limine* due.<br><br>File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order. (This does not extend the deadline to object to expert witnesses). If numerous objections are filed the court may set a hearing prior to the final pretrial conference. File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |

| Deadline | Deadline Description |
|---|---|
|  | If Parties will be requesting daily copy of the transcript during trial, they must notify the Court's court reporter, Chris Bickham, Chris_Bickham@txed.uscourts.gov, by this date. |
| December 7, 2026 10:30 a.m. | Final Pretrial Conference at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090. |