# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., CAPITAL ONE, N.A., CAPITAL ONE SERVICES, LLC, FROST BANK, and CULLEN/FROST BANKERS, INC., <br><br> Defendants. | Civil Action No. 4:25-cv-00230-ALM <br><br> JURY TRIAL DEMANDED |

## DEFENDANT APPLE INC.'S NOTICE OF
## EX PARTE REEXAMINATIONS OF ALL ASSERTED PATENTS

Defendant Apple Inc. provides this notice of *ex parte* reexaminations of each of the five asserted patents at issue in this case, including all patent claims asserted against Apple.

On April 14, 2026, the United States Patent and Trademark Office ("USPTO") granted Apple's request for *ex parte* reexamination of claims 1 and 8 of U.S. Patent No. 9,298,864. *See* Exhibit A.

On April 14, 2026, the USPTO granted Apple's request for *ex parte* reexamination of claims 15, 16, 18, 27, and 33 of U.S. Patent No. 10,691,579. *See* Exhibit B.

On April 21, 2026, the USPTO granted Apple's request for *ex parte* reexamination of claim 1 of U.S. Patent No. 9,971,678. *See* Exhibit C.

On April 21, 2026, the USPTO granted Apple's request for *ex parte* reexamination of claims 1, 2, 4, 5, 9, 22, and 24 of U.S. Patent No. 10,353,811. *See* Exhibit D.

On April 22, 2026, the USPTO granted Apple's request for *ex parte* reexamination of claims 1, 2, 4, 5, 60, and 61 of U.S. Patent No. 8,924,192. *See* Exhibit E.

According to the USPTO, the prior art references identified by Apple in relation to the '864, '579, '678, '811 and '192 patents raise substantial new questions of patentability. Ex. A at 4-6; Ex. B at 8-9; Ex. C at 7-8; Ex. D at 8-14; Ex. E at 5-10.[1]

---

[1] Citations refer to the internal pagination of the "*Order Granting Request for Ex Parte Reexamination*" included in each of the exhibits.

Dated: May 8, 2026

*/s/ Melissa R. Smith*

Indranil Mukerji
Ranganath Sudarshan
Brianne Bharkhda Sullivan (*pro hac vice*)
Matthew Kudzin (*pro hac vice*)
John Veiszlemlein (*pro hac vice*)
Jia Hui Jiang (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
imukerji@cov.com
rsudarshan@cov.com
bsullivan@cov.com
mkudzin@cov.com
jveiszlemlein@cov.com
jhjiang@cov.com

Michael E. Bowlus
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission St., Ste. 5400
San Francisco, CA 94105
(415) 591-6000
mbowlus@cov.com

Melissa R. Smith
  Texas Bar No. 24001351
Andrew Thompson ("Tom") Gorham
  Texas Bar No. 24012715
James Travis Underwood
  Texas Bar No. 24102587
**GILLAM & SMITH LLP**
303 S. Washington Ave.
Marshall, TX 75670
(903) 934-8450
melissa@gillamsmithlaw.com
tom@gillamsmithlaw.com
travis@gillamsmithlaw.com

*Attorneys for Defendant Apple Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 8, 2026.

/s/ *Melissa R. Smith*
Melissa R. Smith

3