# Exhibit A

# Order Granting Request for Ex Parte Reexamination

# U.S. Patent No. 9,298,864

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/016,034 | 03/06/2026 | 9298864 | | 4653 |

| | |
|---|---|
| 97066          7590          04/14/2026<br>Innovation Capital Law Group, LLP<br>19900 MacArthur Blvd., Suite 610<br>Irvine, CA 92612 | **EXAMINER**<br>DESAI, RACHNA SINGH |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 04/14/2026 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Finnegan, Henderson, Farabow, Garrett & Dunner LLP

901 New York Avenue, NW
Washington, DC 20001-4413

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/016,034* .

PATENT UNDER REEXAMINATION *9298864* .

ART UNIT *3992* .

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| ***Order Granting Request For Ex Parte Reexamination*** | Control No. 90/016,034 | Patent Under Reexamination 9298864 | |
|---|---|---|---|
| | Examiner RACHNA S DESAI | Art Unit 3992 | AIA (FITF) Status No |

***--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

The request for *ex parte* reexamination filed 03/06/2026 has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments:   a)☐   PTO-892,        b)☑   PTO/SB/08,        c)☐   Other: _____

1. ☑     The request for *ex parte* reexamination is GRANTED.

RESPONSE TIMES ARE SET AS FOLLOWS:

For Patent Owner's Statement (Optional):  TWO MONTHS  from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

cc:Requester ( if third party requester )

U.S. Patent and Trademark Office
PTOL-471G(Rev. 01-13)          **Office Action in *Ex Parte* Reexamination**          Part of Paper No. 20260407

Application/Control Number: 90/016,034                                                      Page 2

Art Unit: 3992

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

1.      The present application is being examined under the pre-AIA first to invent

provisions.

### Decision on Request for Reexamination

2.      A substantial new question of patentability affecting claims 1 and 8 of US Patent

9,298,864 B2 (hereafter "the '864 patent") is raised by the request for ex parte

reexamination.

### References Cited in the Request

3.      The request cites the following prior art references:

-   Michael Morrison, "Beginning Mobile Phone Game Programming (Sams

    Publishing), Copyright 2005, first published October 2004 (hereinafter

    "Morrison").

-   Rick Kazman et al., "A Simulation Test-bed for Mobile Adaptive Architectures,

    Comput. Standards & Interfaces, Vol. 25, pp 291-29, Published 2003 (hereinafter

    "Kazman").

-   Linton, US 2003/0045298 A1, March 6, 2003 (filed 3/30/2001) (hereinafter

    "Linton").

### Issues Raised by Request

Application/Control Number: 90/016,034                                    Page 3

Art Unit: 3992

**Issue 1:**   The Requester alleges that Morrison in view of Kazman and Linton raises a substantial new question of patentability regarding claims 1 and 8 of the '864 Patent. These references were not cited nor applied during the original prosecution.

## Background

4.      Claims 1 and 8 of the '864 Patent are being requested in the instant request for reexamination.  The '864 Patent issued March 29, 2016 from application 14/084,321 filed on November 19, 2013 which claimed priority to a divisional application 12/705,913, viled on 02/15/2010, now US 8,589,140 and a continuation in part of application no. 11/449,958, filed on 06/09/2006, now US 7,813,910.  The '864 Patent also claims priority to provision application 61/152,934, filed on 02/16/2009 and 60/689,101 filed on 06/10/2005.

The '864 patent relates to a system, method and software product emulate and profile an application playing on a mobile device. The mobile device is emulated using a model based upon characteristics related to performance of the mobile device. The application is played and monitored within the model to determine resource utilization of the application for the mobile device.

## Prosecution History

### *Original Application 14/084,321*

5.      During prosecution of the original application 14/084,321, the Examiner issued a Notice of Allowance on 07/16/2015 following the filing of a terminal disclaimer to

Application/Control Number: 90/016,034                                      Page 4
Art Unit: 3992

overcome a Double Patenting rejection over the claims of US Patent 8,332,203.  A

Corrected Notice of Allowance issued on 03/15/2016 amending the title of the invention.


## Substantial New Question


6.      In view of the prosecution history, it is considered that the evaluation of a prior art

reference or combination of references that teaches or suggests any of the features in

claim 1 reciting, *A system for testing an application for a mobile device comprising:*

*software configured to simulate, via one or more profile display windows, a plurality of*

*network characteristics indicative of performance of the mobile device when executing*

*the application; wherein the network characteristics are based on data of interaction*

*with networks in non-simulated environments,* would raise a substantial new question of

patentability.


## Analysis

### Issue 1

7.      None of Morrison, Kazman or Linton were cited or considered during original

prosecution.

Morrison discloses, among other things, Java 2 Micro Edition (J2ME) which is a

suite of developmental tools and an API for developing mobile phone applications

known as MiIDlets.  See page 34.  The J2ME emulator emulates a physical mobile

device on a desktop computer allowing a user to test MIDlets.  See page 51.  Morrison

discloses the J2ME emulator is used to test mobile games on a desktop computer

Application/Control Number: 90/016,034                                          Page 5
Art Unit: 3992

without having to download and run them on a physical mobile device.  See page 52.

See also pages 57-60 depicting a simulated mobile device and describing the J2ME

emulator.  Morrison discloses in figure 2.6 (page 56) a build process taking place in

KToolbar.  Figure 2.6 depicts a user interface allowing for the device selection via a

dropdown menu (see "DefaultColorPhone" selected).  See page 57.  On page 59, Tale

2.1, Morrison discloses mobile devices supported by the J2ME Wireless Toolkit.

Morrison discloses a memory monitoring tool that can assess how much memory the

mobile games are using.  A user can enable memory monitoring and run a MIDlet in the

J2ME emulator causing a memory monitor window to launch.  See pages 202-204,

figure 17.7.  The tool  contains a memory trace for the MIDlet being run allowing  a user

to watch the ebb and lfow of memory as you play a game in the emulator.  The status

bar on the bottom of the memory monitor window allows a user to see the exact

memory amounts including "Used", "Free", and "Total".

Kazman discloses, among other things, a simulation run showing battery usage

as on pages 5-7 and figure 4.  The simulation is based on the battery resource

available.  Additionally, Kazman also discloses simulating and displaying network

bandwidth and availability, changes in network bandwidth and availability.  See page 4.

See also figure 3 depicting a simulator GUI monitoring components.  On page 5,

Kazman discloses that the simulator consists of three key component types - resource

component type represents the usable system resources such as battery, CPU,

memory and network bandwidth.

Linton discloses, among other things, a wireless application simulation machine.

The invention provides a means of using information about the statistics of relevant

Application/Control Number: 90/016,034                                                                    Page 6
Art Unit: 3992

Quality of Service parameters such as data throughput and delay as a function of location and velocity, to simulate the behavior of applications as a function of location and velocity in the data communications or wireless environments. Linton discloses producing mappings and collecting measurements, then using an impairment unit to emulate network conditions during testing.  See paragraphs [0003]-[0023].  Linton discloses producing such QoS information involves driving throughout an area of interest, sending and receiving radio signals to measure the characteristics of the radio environment such as average attenuation of signal strength, multipath spreading of signals as they bounce off obstructions, etc.  Linton discloses the QoS statistics generated in a manner described above are then used by the present invention to operate on a data flow generated by any application to be evaluated.  Linton discloses the Selective Packet Impairment units 203 and 208 are implemented as a single software program running a processor in the Wireless Application Simulation Machine 200.  See figure 2 and paragraph [0018].  Linton discloses simulating bit/packet errors, packet loss, packet delays and latency.  Se paragraphs [0015]-[0018] and [0021]-[0023].

Since these teachings are directly related to subject matter considered as the basis for allowability of the patent claims, a reasonable examiner would consider evaluation of Morrison in view of Kazman and Linton as important in determining the patentability of the claims.  As such it is agreed that Morrison in view of Kazman and Linton raises a substantial new question of patentability with respect to at least claims 1 and 8 of the '864 Patent as relied upon in Issue I.

Application/Control Number: 90/016,034                                                    Page 7
Art Unit: 3992

**35 USC 325(d)**

8.      A review of the post grant history for the underlying patent indicates that there

have been no other Office post grant challenges made to the patent (Reexamination

Proceedings or Inter Partes Review, Post Grant Review, Covered Business Method

trials). Accordingly, a discretionary denial of reexamination pursuant to 35 USC 325(d)

is not applicable.


**Conclusion**

9.      In summary, it is agreed that Issue 1 raises a substantial new question of

patentability with respect to at least claims 1 and 8 of US Patent 9,298,864

as outlined above.


**Extensions of Time**

10.     Extensions of time under 37 CFR 1.136(a) will not be permitted in these

proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and

not to parties in a reexamination proceeding.  Additionally, 35 U.S.C. 305 requires that

reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)).

Extension of time in *ex parte* reexamination proceedings are provided for in 37 CFR

1.550(c).


**Amendment in Reexamination Proceedings**

11.     Patent Owner is notified that any proposed amendment to the specification

and/or claims in this reexamination proceeding must comply with 37 CFR 1.530(d)-(j),

Application/Control Number: 90/016,034                                    Page 8
Art Unit: 3992

must be formally presented pursuant to 37 CFR §1.52(a) and (b), and must contain any

fees required by 37 CFR §1.20(c).  See MPEP §2250(IV) for examples to assist in the

preparation of proper proposed amendments in reexamination proceedings.


## Submissions

12.    If the patent owner fails to file a timely and appropriate response to any Office

action or any written statement of an interview required under 37 CFR §1.560(b), the ex

parte reexamination proceeding will be terminated, and the Director will proceed to

issue a certificate under 37 CFR §1.570 in accordance with the last office action.


## Service of Papers

13.    After the filing of a request for reexamination by a third party requester, any

document filed by either the patent owner or the third party requester must be served on

the other party (or parties where two or more third party requester proceedings are

merged) in the reexamination proceeding in the manner provided in 37 CFR 1.248.  See

37 CFR 1.550(f).


## Notification of Concurrent Proceedings

14.    The patent owner is reminded of the continuing responsibility under 37 CFR

1.565(a) to apprise the Office of any litigation activity, or other prior or concurrent

proceeding, involving Patent No. 9,298,864 throughout the course of this reexamination

proceeding.  The third-party requester is also reminded of the ability to similarly apprise

Application/Control Number: 90/016,034                                              Page 9
Art Unit: 3992

the Office of any such activity or proceeding throughout the course of this reexamination

proceeding.  See MPEP §§ 2207, 2282 and 2286.

15.     Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Rachna Desai whose telephone number is (571)272-

4099. The examiner can normally be reached Monday-Friday 7am-3pm.

Examiner interviews are available via telephone, in-person, and video

conferencing using a USPTO supplied web-based collaboration tool. To schedule an

interview, applicant is encouraged to use the USPTO Automated Interview Request

(AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Alexander Kosowski can be reached on (571)272-3744. The fax phone

number for the organization where this application or proceeding is assigned is 571-

273-8300.

Information regarding the status of published or unpublished applications may be

obtained from Patent Center. Unpublished application information in Patent Center is

available to registered users. To file and manage patent submissions in Patent Center,

visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-

center for more information about Patent Center and

https://www.uspto.gov/patents/docx for information about filing in DOCX format. For

additional questions, contact the Electronic Business Center (EBC) at 866-217-9197

(toll-free). If you would like assistance from a USPTO Customer Service

Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Application/Control Number: 90/016,034                                        Page 10
Art Unit: 3992


/Rachna S Desai/
Patent Reexamination Specialist, Art Unit 3992

Conferees:


/ALEXANDER J KOSOWSKI/
Supervisory Patent Examiner, Art Unit 3992