# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.,** | § § § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § § | **Civil Action No. 4:25-cv-00230** |
| **APPLE INC., CAPITAL ONE, N.A., CAPITAL ONE SERVICES, LLC, FROST BANK, and CULLEN/FROST BANKERS, INC.** | § § § § § § § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § | |

## AMENDED SCHEDULING ORDER

Having considered the Joint Motion to Amend Scheduling Order (Dkt. #170), the motion is **GRANTED** and the Court hereby **ORDERS** the schedule is amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Initial Mandatory Disclosure of all persons, documents, data compilations, and tangible things, which are relevant to a claim or defense of any party and which has not previously been disclosed.<br><br>This deadline is not an extension of earlier deadlines set out in this court's order or that Patent Rules, nor an excuse to delay disclosure of information. It is a catchall deadline for provision of all remaining information that may be relevant to a claim or defense of any party at trial. | May 29, 2026 | July 17, 2026 |
| Discovery deadline. All discovery must be served in time to be completed by this date. | June 10, 2026 | July 31, 2026 |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Parties with burden of proof to designate Expert Witnesses other than claims construction experts and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(2)(B). <br><br> Objections to any expert, including Daubert motions, shall be filed within 3 weeks of the Expert Report disclosure. <br> Such objections and motions are limited to ten pages. | June 26, 2026 | August 21, 2026 |
| Parties designate expert witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness report, to include for ALL experts all information set out in Rule 26(2)(B). <br><br> Objections to any expert, including Daubert motions, shall be filed within 3 weeks of the Expert Report disclosure. <br> Such objections and motions are limited to ten pages. | July 10, 2026 | September 11, 2026 |
| Expert Discovery Deadline. | July 22, 2026 | October 2, 2026 |
| Deadline to file dispositive motions and any other motions that may require a hearing. Regardless of how many dispositive motions a party files, each party is limited to a total of sixty pages for such motions. Each individual motion shall comply with Local Rules CV-7. <br><br> Responses to motions shall be due in accordance with Local Rule CV-7(e). | July 24, 2026 | October 21, 2026 |
| Mediation deadline. | 30 days after entry of the claim construction order | 30 days after entry of the claim construction order |
| The parties will meet and confer to discuss further reducing the number of asserted claim and prior art references. | September 28, 2026 | December 23, 2026 |
| Notice of intent to offer certified records. | November 2, 2026 | January 27, 2027 |

2

| Event | Current Deadline | New Deadline |
|---|---|---|
| Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (See www.txed.uscourts.gov) and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases)). | November 2, 2026 | January 27, 2027 |
| Deposition Designations due. Each party who proposes to offer a deposition shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those that cannot be resolved shall be presented to the court.<br><br>The party who served the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the court's rulings on objections. | November 9, 2026 | February 3, 2027 |
| Motions in limine due.<br><br>File Joint Final Pretrial Order (*See* www.txed.uscourts.gov). Exchange Exhibits and deliver copies to the court. At this date, all that is required to be submitted to the court is a hyperlinked exhibit list on disk (2 copies) and no hard copies.<br><br>If Parties will be requesting daily copy of the transcript during trial, they must notify the Court's court reporter, Chris Bickham, Chris_Bickham@txed.uscourts.gov by this date. | November 9, 2026 | February 3, 2027 |

3

| Event | Current Deadline | New Deadline |
|---|---|---|
| Responses to motions in limine due.<br><br>File objections to witnesses, depositions extracts, and exhibits, listed in pre-trial order. This does not extend the deadline to object to expert witnesses. If numerous objections are filed, the court may set a hearing prior to docket call.<br><br>File Proposed Jury Instructions and Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). | November 23, 2026 | February 24, 2027 |
| **Final Pretrial Conference at 10:30 a.m.** at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. | December 7, 2026 | April 19, 2027 |
| **Jury selection and trial** at 10:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. | **TBD** | **TBD** |

**IT IS SO ORDERED.**

**SIGNED this 13th day of May, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

4