# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.,** | § § § § | |
| **Plaintiffs,** | § § § | |
| **v.** | § § | **Civil Action No. 4:25-cv-00230** |
| **APPLE INC., CAPITAL ONE, N.A., CAPITAL ONE SERVICES, LLC, FROST BANK, and CULLEN/FROST BANKERS, INC.** | § § § § § § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § § | |

## ORDER DENYING AS MOOT FROST'S MOTION TO DISMISS

Before the Court is the Joint Notice of Settlement between Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. ("Wapp") and Defendants Frost Bank and Cullen/Frost Bankers, Inc. ("Frost").

As requested in the Joint Notice by agreement of the parties, the Court **DENIES AS MOOT** Frost's pending 12(b)(6) Motion to Dismiss (Dkt. #60).

**IT IS SO ORDERED.**

**SIGNED this 26th day of May, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE