**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., | § § § | |
| *Plaintiffs,* | § § | Case No. 4:25-cv-00230 |
| v. | § § § | JURY TRIAL DEMANDED |
| APPLE INC., CAPITAL ONE, N.A., CAPITAL ONE SERVICES, LLC, FROST BANK, and CULLEN/FROST BANKERS, INC | § § § § § | |
| *Defendants.* | § | |

**DECLARATION OF CARLOS I. RUIZ IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL NONPARTY OPENTEXT CORP.'S COMPLIANCE WITH DOCUMENT AND DEPOSITION SUBPOENAS**

I, Carlos Ruiz, declare as follows:

1.    I am an attorney with the law firm of Heim, Payne & Chorush, LLP, which represents Wapp Tech Limited Partnership and Wapp Tech Corp. ("Wapp") in this matter. I am admitted to practice in Texas. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

2.    Attached hereto as **Exhibit A** is a true and correct copy of Wapp's Amended document production Subpoena to OpenText Corp., dated April 1, 2026;

3.    Attached hereto as **Exhibit B** is a true and correct copy of Wapp's Amended deposition Subpoena to OpenText Corp., dated April 1, 2026;

4.    Attached hereto as **Exhibit C** is a true and correct copy of a document titled Nonparty OpenText Corp.'s Responses and Objections to Plaintiffs' Document Subpoena, dated April 21, 2026;

1

5.      Attached hereto as **Exhibit D** is a true and correct copy of a document titled Nonparty OpenText Corp.'s Responses and Objections to Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action, dated April 21, 2026;

6.      Attached hereto as **Exhibit E** is a true and correct copy of email correspondence between Wapp's counsel and OpenText Corp's counsel, dated between April 21 and May 6, 2026;

7.      Attached hereto as **Exhibit F** is a true and correct copy of webpage url: https://www.opentext.com/about/office-locations, last accessed on May 18, 2026;

8.      Attached hereto as **Exhibit G** is a true and correct copy of webpage url: https://www.opentext.com/about/office-locations, last accessed on May 18, 2026;

9.      Attached hereto as **Exhibit H** is a true and correct copy of snippets of the websites https://www.distance.to/15725-Dallas-Pkwy,Addison,TX,75001,USA/101-E-Pecan-St,Sherman,TX,75090,USA (last visited on June 1, 2026) and https://www.distance.to/2711-N-Haskell-Ave,Ste-2300,Dallas,TX,75204,USA/101-E-Pecan-St,Sherman,TX,75090,USA      (last visited on June 1, 2026);

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of June, 2026, at Houston, Texas.

Respectfully submitted,

*/s/ Carlos I. Ruiz*
Carlos I. Ruiz

2