# Exhibit E

| | |
|---|---|
| **From:** | Carlos Ruiz |
| **To:** | "Guerra, Josué"; Carroll, Timothy |
| **Cc:** | Leslie V. Payne; Alden Harris; Allan Bullwinkel; Blaine Larson; Kelsey Kirk; Rushin, Noah; Howell, Pam |
| **Subject:** | RE: C.A. No. 4:25-cv-00230-ALM; Wapp Tech Limited Partnership, et al. v. Apple Inc., et al. |
| **Date:** | Wednesday, May 6, 2026 3:33:00 PM |
| **Attachments:** | image003.png |

Tim, Josue,

Thanks for the call this morning. We discussed Wapp's subpoena as it relates to Wapp's request for software and technical documents.

## I.      Software

As outlined this morning, under *Arctic Cat*, once Defendants identify the allegedly unmarked patented articles, Wapp bears the burden to prove that those identified products do not practice Wapp's patented invention. *Arctic Cat Inc. v. Bombardier Rec. Prods.*, 876 F.3d 1350, 1368 (Fed. Cir. 2017). Apple and Capital One have identified every version of the MF Products noted in Wapp's subpoenas. However, in an effort to reduce the burden on OpenText, Wapp has narrowed its request to the following software products and current version (which we believe to be 26.1):

- OpenText Professional Performance Engineering (with Network Virtualization), version 26.1.
- OpenText Enterprise Performance Engineering (with Network Virtualization), version 26.1.
- OpenText Core Performance Engineering (with Network Virtualization), version 26.1.
- OpenText Functional Testing Lab for Mobile and Web version 26.1.

In addition, you requested that Wapp clarify three points:

- Whether Wapp is seeking a demo, or an "on-premise" version. We are seeking an on-premise version except for OpenText Core, which we understand would be a cloud deployment (*i.e.*, off-premise). This version can be hosted on a remote desktop through which we can test the different features of the software.
- Whether Wapp would need to run the software within a specific environment. We assume that this is referring to the hosting environment for OpenText Core. If that's correct, then we have no preference, as long as the features behave the same regardless of the environment. If this is referring to something different, please let us know.
- How does the OpenText Functional Testing Lab for Mobile and Web work with the other software? This is something we are trying to understand ourselves. We understand that this software "provides an end-to-end quality lab of real devices, emulators, and browsers [and allows a user to] test, monitor, and optimize [] mobile apps...." https://admhelp.microfocus.com/digitallab/en/26.1-26.2/Content/Intro.htm. The OpenText website has a "Support Matrix" that describes the compatibility of the software with OpenText Professional Performance Engineering and Enterprise Performance Engineering. *See* https://admhelp.microfocus.com/documents/digitallab/SupportMatrix/2026.1.0/Matrix

.html. Therefore, we would like to determine how this interaction occurs, and what capabilities OpenText Functional Testing Lab provides, as it relates to Wapp's patent claims.

Please confirm that OpenText agrees to produce the software outlined above by Friday, May 8th.

## II.    **Technical Documents**

Regarding the documents, you mentioned that "OpenText has produced documentation for LoadRunner Cloud 2.2, which corresponds to Core Performance Engineering." However, this version appears to have been released in 2016. *See, e.g.,* OPENTEXT0178140 ("Last updated December 05, 2016.") As outlined in our subpoena, we need technical documents related to version "2021 R2 (or a contemporaneously released version of version 2021 R2 of products (a) [OpenText Professional] and (b) [OpenText Enterprise]....." In short, we request that OpenText produce any technical documentation it has available for OpenText Core/LoadRunner Cloud for the version available in the summer of 2021.

Finally, please confirm that OpenText agrees with the language provided in the April 30th declaration. If not, please provide any edits.

I will circulate a zoom link for Monday at 10:30am CST to finalize the discussion.

Thanks,

Carlos I. Ruiz
Heim, Payne, & Chorush LLP
713.221.2006

---

**From:** Guerra, Josué <jguerra@orrick.com>
**Sent:** Monday, May 4, 2026 2:02 PM
**To:** Carlos Ruiz <cruiz@hpcllp.com>; Carroll, Timothy <tim.carroll@orrick.com>
**Cc:** Leslie V. Payne <lpayne@hpcllp.com>; Alden Harris <aharris@hpcllp.com>; Allan Bullwinkel <abullwinkel@hpcllp.com>; Blaine Larson <blarson@hpcllp.com>; Kelsey Kirk <kkirk@hpcllp.com>; Rushin, Noah <nrushin@orrick.com>; Howell, Pam <phowell@orrick.com>
**Subject:** RE: C.A. No. 4:25-cv-00230-ALM; Wapp Tech Limited Partnership, et al. v. Apple Inc., et al.

***This message originated outside of Heim, Payne & Chorush***

Carlos,

We disagree with the assertions in your email.

What Apple and Capital One may have pointed to in this litigation does not expand OpenText's obligations. OpenText is not a party to this case, and the scope of its discovery obligations is governed by Rule 45 — not by Wapp's assertions regarding the marking statute.

On the quoted language from Response No. 3, your email ignores the prefatory language: "Subject to and without waiving the foregoing objections, OpenText responds as follows: OpenText will make available for inspection, in accordance with Rules 34 and 45 of the Federal Rules of Civil Procedure...." The offer was

expressly conditioned on OpenText's objections and the Federal Rules' protections for nonparties. After diligent investigation with our client, for the reasons explained in my email earlier today, it is clear that Professional and Enterprise Performance Engineering cannot reasonably be made available to a non-customer.

We are available to meet and confer Wednesday at 10:30 AM CT. Please circulate a Zoom invite.

Thank you,
Josué

---

**From:** Carlos Ruiz <cruiz@hpcllp.com>
**Sent:** Monday, May 4, 2026 11:54 AM
**To:** Guerra, Josué <jguerra@orrick.com>; Carroll, Timothy <tim.carroll@orrick.com>
**Cc:** Leslie V. Payne <lpayne@hpcllp.com>; Alden Harris <aharris@hpcllp.com>; Allan Bullwinkel <abullwinkel@hpcllp.com>; Blaine Larson <blarson@hpcllp.com>; Kelsey Kirk <kkirk@hpcllp.com>; Rushin, Noah <nrushin@orrick.com>; Howell, Pam <phowell@orrick.com>
**Subject:** RE: C.A. No. 4:25-cv-00230-ALM; Wapp Tech Limited Partnership, et al. v. Apple Inc., et al.

**[EXTERNAL]**

Josue,

As I explained, Apple and Capital One have pointed to the Functional Testing Lab software product as a software that should have been marked. Wapp *needs* to be able to test this product. If OpenText refuses to produce this product, Wapp will seek court intervention.

Putting that aside, it appears that OpenText is now refusing to produce most of the software products, and only willing to make available one: OpenText Core. However, this contradicts OpenText's earlier position:

> "OpenText will make available for inspection, in accordance with Rules 34 and 45 of the Federal Rules of Civil Procedure, only responsive current, supported versions of the requested software, more specifically, OpenText will make available for inspection current versions of the OpenText Professional Performance Engineering program, OpenText Core Performance Engineering, and OpenText Enterprise Performance Engineering software. OpenText will provide licenses to enable access to the current versions of the aforementioned software once Wapp provides the name and contact information of the individual who requires access so that credentials may be issued."

*See* OpenText's Resp. Request No. 3 (emphasis added).

Either way, we have been clear on what we need (which is far less than Capital One's subpoena is requesting). We are available on Wednesday morning at 10:30am. If that works for you, I will send an invite with a Zoom link.

Thanks,

Carlos I. Ruiz
Heim, Payne, & Chorush LLP
713.221.2006

**From:** Guerra, Josué <jguerra@orrick.com>
**Sent:** Monday, May 4, 2026 11:24 AM
**To:** Carlos Ruiz <cruiz@hpcllp.com>; Carroll, Timothy <tim.carroll@orrick.com>
**Cc:** Leslie V. Payne <lpayne@hpcllp.com>; Alden Harris <aharris@hpcllp.com>; Allan Bullwinkel <abullwinkel@hpcllp.com>; Blaine Larson <blarson@hpcllp.com>; Kelsey Kirk <kkirk@hpcllp.com>; Rushin, Noah <nrushin@orrick.com>; Howell, Pam <phowell@orrick.com>
**Subject:** RE: C.A. No. 4:25-cv-00230-ALM; Wapp Tech Limited Partnership, et al. v. Apple Inc., et al.

> ***This message originated outside of Heim, Payne & Chorush***

Hello Carlos,

Thank you for your email. We have investigated your inquiries with our client and respond as follows.

Regarding the Functional Testing Lab for Mobile and Web, OpenText's position remains as set forth in our April 21 responses. The Functional Testing Lab is a separate product not part of the LoadRunner portfolio. Wapp's request to produce it "with" Professional, Enterprise, and Core Performance Engineering is vague and ambiguous — it is unclear whether Wapp is requesting it as a standalone product, an add-on, or some other configuration. Responding would require engaging a product manager for an entirely separate product line, which would impose an expensive and burdensome effort, especially given the substantial production already made. OpenText will not produce the Functional Testing Lab.

Regarding software access, OpenText has acted in good faith at all times, and it has gone above and beyond what is required of a nonparty, producing over 100,000 files within 20 days of receiving the subpoenas, all to avoid bringing this issue before the Court. To be clear, OpenText is not producing software for download, and its offer to make software available for inspection was subject to the objections in our April 21 responses and the protections afforded nonparties under the Federal Rules. Consistent with the parties' agreement to "make this process as easy as possible for both sides and avoid motion practice," and with Rule 45(e)(1)(D)'s protection that a responding person "need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost," OpenText has explored every avenue to comply reasonably with the subpoenas, and it remains committed to work through issues so long as the burden is not disproportionate.

In this regard, Professional and Enterprise Performance Engineering are reasonably available only through entitlement portals for bona fide customers — entities that may pay well in excess of seven figures for access. Provisioning access for a non-customer would require substantial resources, including beta testing, network infrastructure, and dedicated cloud environments. This has never been asked of OpenText as a nonparty and doing so would be disproportionate to the needs of the case. OpenText cannot be required to undertake extensive technical efforts to configure, package, validate, and support executable software not maintained in the ordinary course of business to a non-customer. Such efforts would impose an undue burden and exceed the scope of reasonable discovery under Rules 34 and 45. OpenText will not produce Professional or Enterprise Performance Engineering.

That said, OpenText is prepared to make Core Performance Engineering (latest version, 26.2) available for inspection via a controlled cloud trial. This requires meaningful effort on OpenText's part, but we are willing to undertake it in good faith. Please confirm whether Wapp wishes to proceed on this basis.

Regarding documentation, OpenText has conducted a reasonable search and produced documents within its possession, custody, and control consistent with the Federal Rules and our agreement. To the extent Wapp seeks documentation labeled "OpenText Core Performance Engineering version 2021 R2," no such version exists. OpenText has produced documentation for LoadRunner Cloud 2.2, which corresponds to Core Performance Engineering. No further production is required.

As for your email, Tim is in surgery tomorrow morning.  We can make time to meet and confer on Wednesday.

Thank you,

Josué

---

**From:** Carlos Ruiz <cruiz@hpcllp.com>
**Sent:** Monday, May 4, 2026 10:33 AM
**To:** Guerra, Josué <jguerra@orrick.com>; Howell, Pam <phowell@orrick.com>; Carroll, Timothy <tim.carroll@orrick.com>; Rushin, Noah <nrushin@orrick.com>
**Cc:** Leslie V. Payne <lpayne@hpcllp.com>; Alden Harris <aharris@hpcllp.com>; Allan Bullwinkel <abullwinkel@hpcllp.com>; Blaine Larson <blarson@hpcllp.com>; Kelsey Kirk <kkirk@hpcllp.com>
**Subject:** RE: C.A. No. 4:25-cv-00230-ALM; Wapp Tech Limited Partnership, et al. v. Apple Inc., et al.

> **ADVANCED ANALYSIS PENDING**
>
> This email is undergoing additional security analysis. Results will be available shortly.

**[EXTERNAL]**

Tim, Josue,

Wapp's subpoenas were served on April 1st. Over a month has passed, and OpenText has not produced the requested software. Please confirm that OpenText intends to produce the requested software by COB today. To be clear, Wapp requests the following software (in a format that can be tested by Wapp):

- OpenText Professional Performance Engineering (with Network Virtualization), versions 2021 R2 and 26.1, with OpenText Functional Testing Lab for Mobile and Web versions 2021 R2 and 26.1.
- OpenText Enterprise Performance Engineering (with Network Virtualization), versions 2021 R2 and 26.1, with OpenText Functional Testing Lab for Mobile and Web versions 2021 R2 and 26.1.
- OpenText Core Performance Engineering (with Network Virtualization), versions 2021 R2 and 26.1, with OpenText Functional Testing Lab for Mobile and Web versions 2021 R2 and 26.1.

If OpenText is unable to produce the requested software to Wapp by COB today, please provide your availability for a meet and confer tomorrow morning that includes lead/local counsel.

Thanks,

Carlos I. Ruiz
Heim, Payne, & Chorush LLP
713.221.2006

---

**From:** Guerra, Josué <jguerra@orrick.com>
**Sent:** Thursday, April 30, 2026 7:17 AM
**To:** Carlos Ruiz <cruiz@hpcllp.com>; Howell, Pam <phowell@orrick.com>; Carroll, Timothy

<tim.carroll@orrick.com>; Rushin, Noah <nrushin@orrick.com>
**Cc:** Leslie V. Payne <lpayne@hpcllp.com>; Alden Harris <aharris@hpcllp.com>; Allan Bullwinkel <abullwinkel@hpcllp.com>; Blaine Larson <blarson@hpcllp.com>; Kelsey Kirk <kkirk@hpcllp.com>
**Subject:** RE: C.A. No. 4:25-cv-00230-ALM; Wapp Tech Limited Partnership, et al. v. Apple Inc., et al.

> ***This message originated outside of Heim, Payne & Chorush***

Hi Carlos,

We are continuing to investigate the issues raised in your email below and we expect to respond more fully, or provide an update, by close of business tomorrow.

Thank you,
Josué

---

**From:** Carlos Ruiz <cruiz@hpcllp.com>
**Sent:** Thursday, April 23, 2026 4:36 PM
**To:** Howell, Pam <phowell@orrick.com>; Carroll, Timothy <tim.carroll@orrick.com>; Rushin, Noah <nrushin@orrick.com>; Guerra, Josué <jguerra@orrick.com>
**Cc:** Leslie V. Payne <lpayne@hpcllp.com>; Alden Harris <aharris@hpcllp.com>; Allan Bullwinkel <abullwinkel@hpcllp.com>; Blaine Larson <blarson@hpcllp.com>; Kelsey Kirk <kkirk@hpcllp.com>
**Subject:** RE: C.A. No. 4:25-cv-00230-ALM; Wapp Tech Limited Partnership, et al. v. Apple Inc., et al.

**[EXTERNAL]**

OpenText Counsel,

We've received your objections/responses, and production.

Based on OpenText's objections, it appears that OpenText is objecting to produce the OpenText Functional Testing Lab for Mobile and Web software product. The reason appears to be that it is a "separate and distinct software product[]" and is not "automatically tied to" the other software requested. However, Apple and Capital One have pointed to this software as a product that should have allegedly been marked. Therefore, this information is relevant to Wapp's burden to show that it complied with the marking statute. Whether these programs are "automatically tied" to the other software is immaterial. Consistent with Wapp's requests, please confirm that OpenText's production of the Professional Engineering, Performance Engineering, and Core Performance Engineering, will include the Functional Testing Lab for Mobile and Web software product.

Regarding the individual who will access the requested software, please provide such license to Mr. Matt McKune, email: mmckune@sabreiw.com. Please clarify how OpenText intends to produce the software. Will OpenText send a link to download the software? In addition, please confirm that OpenText will provide Mr. McKune a license to run the following software products requested:

- OpenText Professional Performance Engineering (with Network Virtualization), versions

- 2021 R2 and 26.1, with OpenText Functional Testing Lab for Mobile and Web versions 2021 R2 and 26.1.
- OpenText Enterprise Performance Engineering (with Network Virtualization), versions 2021 R2 and 26.1, with OpenText Functional Testing Lab for Mobile and Web versions 2021 R2 and 26.1.
- OpenText Core Performance Engineering (with Network Virtualization), versions 2021 R2 and 26.1, with OpenText Functional Testing Lab for Mobile and Web versions 2021 R2 and 26.1.

While many of the technical documents are publicly available via OpenText's ADMHelp page, as noted on April 7, the only version publicly available for OpenText Core Performance Engineering is the 26.1 version. Wapp needs OpenText to produce documentation regarding OpenText Core Performance Engineering version 2021 R2, or a contemporaneous version as the 2021 R2 releases for Open Text Professional Performance Engineering and Open Text Enterprise Performance Engineering. We were not able to locate those documents in OpenText's production. Please confirm that OpenText intends to provide these documents.

Thanks,

Carlos I. Ruiz
Heim, Payne, & Chorush LLP
713.221.2006

---

**From:** Howell, Pam <phowell@orrick.com>
**Sent:** Tuesday, April 21, 2026 6:26 PM
**To:** Leslie V. Payne <lpayne@hpcllp.com>; Allan Bullwinkel <abullwinkel@hpcllp.com>; Alden Harris <aharris@hpcllp.com>; Blaine Larson <blarson@hpcllp.com>; Chris Limbacher <climbacher@hpcllp.com>; Carlos Ruiz <cruiz@hpcllp.com>; myoung@wynnesmithlaw.com; imukerji@cov.com; bbharkhda@cov.com; jhjiang@cov.com; jveiszlemlein@cov.com; mkudzin@cov.com; rsudarshan@cov.com; Melissa Richards Smith <melissa@gillamsmithlaw.com>; tom@gillamsmithlaw.com; travis@gillamsmithlaw.com; mckellar@gillamsmithlaw.com; bstevens@wscylaw.com; hcannom@wscylaw.com; mbowlus@cov.com; Matthew Moore <Matthew.moore@lw.com>; Adam Greenfield <adam.greenfield@lw.com>; gabriel.bell@lw.com; jorge.morales@lw.com; Tiffany Weston <tiffany.weston@lw.com>; brian.kim@lw.com; john.svendsen@lw.com; william.vieth@lw.com; raghav.bajaj@lw.com; christa.sanford@bakerbotts.com; alexis.robison@bakerbotts.com; Doug Kubehl <doug.kubehl@bakerbotts.com>; emily.deer@bakerbotts.com; morgan.mayne@bakerbotts.com
**Cc:** Carroll, Timothy <tim.carroll@orrick.com>; Rushin, Noah <nrushin@orrick.com>; Guerra, Josué <jguerra@orrick.com>
**Subject:** C.A. No. 4:25-cv-00230-ALM; Wapp Tech Limited Partnership, et al. v. Apple Inc., et al.

***This message originated outside of Heim, Payne & Chorush***

Counsel,

Attached are the following documents in connection with the referenced matter:

- Nonparty OpenText Corp.'s Responses and Objections to Plaintiffs' Document Subpoena; and

- Nonparty OpenText Corp.'s Responses and Objections to Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action.

Thank you.
pam

**Pam Howell**
Executive Legal Assistant to Ryan C. Wooten, Vann Pearce, Steve Routh,
Laura A. Wytsma, Tim Carroll, Evan Krygowski, Jeff Quilici, and Thomas A. James

Orrick
Houston  Ⓥ

T 713.658.6441
phowell@orrick.com

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.