# Exhibit F

**About us**

# Global office locations

View the office locations list for all offices, or complete our **contact form** and we will be in touch

Corporate Headquarters

## Global

### Waterloo

275 Frank Tompa Drive Waterloo ON N2L 0A1
Canada
Phone: 519-888-7111
Fax: 519-888-0677

**Get directions →**

Regional Headquarters

## USA

### Menlo Park

Suite 302, 2440 Sand Hill Road Menlo Park CA 94025
USA
Phone: (650) 645-3000

**Get directions →**

Regional Headquarters

## Europe, Middle East, and Africa (EMEA)

**OpenText**

85630
Germany
Phone: +49 89 4629 0
Fax: +49 89 4629 1199

**Get directions →**

Regional Headquarters

## Asia Pacific

Australia
Phone: +61 2 9026 3400
Fax: +61 2 9026 3455

**Get directions →**

Regional Headquarters

## Japan

### Tokyo

Marunouchi Trust Tower Main 18F 1-8-3, Marunouchi, Chiyoda-ku
Tokyo 100-0005
Japan
Phone: +81-3-4560-7700
Fax: +81-3-4560-7899

**Get directions →**

Regional Headquarters

## Latin America

### São Paulo

Avenida Brigadeiro Faria Lima rf 4300 Itaim Bibi São Paulo SP
04578-133
Brasil
Phone: +55 11 2536 0000

**Get directions →**

Canada     **USA**     EMEA     Asia Pacific     Japan     Latin America

Ohio

**Hilliard**

Texas

**Austin**

**Dallas**

15725 Dallas Pky, Two Addison
Circle Dallas,TX
75001
USA

**Get directions** ↗

**Dallas**

**San Antonio**

Utah

**Provo**

Virginia



# How can we help?



**About OpenText**



**OpenText Blogs**



**Contact us**

**Resources for**

Careers

Developers

Investors

Partners

Suppliers

**What is...**

Information Management

Artificial Intelligence

Cybersecurity

Content Management

Digital Transformation

**Quick links**

Executive thought leadership

Customer stories

Learning Paths

Demos

Case 4:25-cv-00230-ALM     Document 184-7     Filed 06/01/26     Page 4 of 4 PageID #: 9538

## Corporate overview

About us

Leadership

Board of Directors

Corporate governance

DevOps

## News & Events

Press room

Events & Webinars

OpenText World

OpenText Summits

Blogs

## Contact us

How can we help?

Global locations

Customer support

Subscribe to communications

📞 **1-800-499-6544**

Privacy Policy     Terms of Use     Cookie Policy     Cookies Preferences     Forward-Looking Statement

Copyright © 2026 Open Text Corporation. All Rights Reserved.

Powered by OpenText™ Web CMS