# Exhibit G

**About us**

# Global office locations

View the office locations list for all offices, or complete our **contact form** and we will be in touch

Corporate Headquarters

## Global

### Waterloo

275 Frank Tompa Drive Waterloo ON N2L 0A1
Canada
Phone: 519-888-7111
Fax: 519-888-0677

**Get directions →**

Regional Headquarters

## USA

### Menlo Park

Suite 302, 2440 Sand Hill Road Menlo Park CA 94025
USA
Phone: (650) 645-3000

**Get directions →**

Regional Headquarters

## Europe, Middle East, and Africa (EMEA)

### Munich

Technopark 2 Werner-von-Siemens-Ring 20 Munich Grasbrunn D-85630
Germany
Phone: +49 89 4629 0
Fax: +49 89 4629 1199

**Get directions →**

Regional Headquarters

## Asia Pacific

### Sydney

Level 6 80 Pacific Highway Sydney NSW NSW 2060
Australia
Phone: +61 2 9026 3400
Fax: +61 2 9026 3455

**Get directions →**

Regional Headquarters

## Japan

### Tokyo

Marunouchi Trust Tower Main 18F 1-8-3, Marunouchi, Chiyoda-ku
Tokyo 100-0005

**opentext™**

Fax: +81-3-4560-7899

**Get directions →**

Regional Headquarters

## Latin America

### São Paulo

Avenida Brigadeiro Faria Lima rf 4300 Itaim Bibi São Paulo SP
04578-133

**Get directions →**

Canada    **USA**    EMEA    Asia Pacific    Japan    Latin America

Ohio

**Hilliard**

Texas

**Austin**

**Dallas**

**Dallas**

2711 N. Haskell Ave., Ste 2300
Dallas,TX
75204-2960
USA

**Get directions** ↗

**San Antonio**

Utah

**Provo**

Virginia



# How can we help?



**About OpenText**

**OpenText Blogs**

**Contact us**

**Resources for**

Careers

Developers

Investors

Partners

Suppliers

**What is...**

Information Management

Artificial Intelligence

Cybersecurity

Content Management

Digital Transformation

**Quick links**

Executive thought leadership

Customer stories

Learning Paths

Demos

## Corporate overview

About us

Leadership

Board of Directors

Corporate governance

DevOps

## News & Events

Press room

Events & Webinars

OpenText World

OpenText Summits

Blogs

## Contact us

How can we help?

Global locations

Customer support

Subscribe to communications

📞 **1-800-499-6544**

Privacy Policy    Terms of Use    Cookie Policy    Cookies Preferences    Forward-Looking Statement

Copyright © 2026 Open Text Corporation. All Rights Reserved.

Powered by OpenText™ Web CMS