# Exhibit H



https://www.distance.to/15725-Dallas-Pkwy,Addison,TX,75001,USA/101-E-Pecan-St,Sherman,TX,75090,USA



https://www.distance.to/2711-N-Haskell-Ave,Ste-2300,Dallas,TX,75204,USA/101-E-Pecan-St,Sherman,TX,75090,USA