IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP et al, *Plaintiffs* | § § § § | |
| v. | § § | CASE NO. 4:25-cv-00230-ALM |
| APPLE INC. et al, *Defendants* | § § § | |

### REPORT OF MEDIATION

The above-captioned case was mediated via Zoom video conference by the undersigned on Thursday, June 4, 2026, between Plaintiffs, Wapp Tech Limited Partnership and Wapp Tech Corp., and Defendant, Apple Inc.  The mediation has been suspended.  The undersigned will continue discussions with the parties in an effort to reach a settlement.

Signed this 4th day of June 2026.

> */s/  David Folsom*
> David Folsom
> TXBN: 07210800
> **FOLSOM ADR PLLC**
> 6002-B Summerfield Drive
> Texarkana, Texas  75503
> Telephone:  (903) 277-7303
> Email:  david@folsomadr.com

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on June 4, 2026. As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

> */s/  David Folsom*
> David Folsom