**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**APPLE INC.,**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 4:25-cv-00230**<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Wapp Tech Limited Partnership and Wapp Tech Corp. ("Wapp") files this Unopposed Motion to Amend Scheduling Order as set forth in the attached proposed order. Defendant Apple Inc. ("Apple") has agreed to the deadlines in the proposed order and does not oppose this motion.

The requested schedule extends the expert report deadlines and dispositive motion deadlines by approximately 30 days. This request does not impact subsequent deadlines and does not change the pretrial or trial dates.

This motion is supported by good cause. The requested extension will provide additional time to prepare expert reports and resolve pending discovery disputes. There is sufficient time in the schedule to accommodate this extension without impacting the remaining case deadlines.

Accordingly, Wapp respectfully moves the Court to enter the attached proposed order amending the schedule.

DATED: July 20, 2026

Respectfully submitted,

By: /s/ *Alden G. Harris*

Leslie V. Payne
State Bar No. 0784736
lpayne@hpcllp.com
R. Allan Bullwinkel
State Bar No. 24064327
abullwinkel@hpcllp.com
Alden G. Harris
State Bar No. 24083138
aharris@hpcllp.com
Christopher L. Limbacher
State Bar No. 24102097
climbacher@hpcllp.com
Carlos I. Ruiz
State Bar No. 24110614
cruiz@hpcllp.com
Blaine A. Larson
State Bar No. 24083360
blarson@hpcllp.com
HEIM PAYNE & CHORUSH, LLP
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

J. Michael Young
WYNNE, SMITH & YOUNG, PLLC
State Bar No. 00786465
707 W. Washington
Sherman, Texas 75092
(909) 893-8177
(903) 892-0916 (fax)
E-mail: myoung@wynnesmithlaw.com

**ATTORNEYS FOR PLAINTIFFS**
**WAPP TECH LIMITED PARTNERSHIP and**
**WAPP TECH CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via ECF on July 20, 2026.

*/s/ Alden G. Harris*
Alden G. Harris

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), the undersigned certifies that Wapp and Apple have conferred, and this motion is unopposed.

*/s/ Alden G. Harris*
Alden G. Harris